UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHANE BOSHART, *individually and on behalf*                 :
*of all others similarly situated*,                         :
                                      Plaintiff,            :       24 Civ. 6132 (LGS)
                                                            :
                  -against-                                 :            ORDER
                                                            :
SPRINKLR, INC., et al.*,*                                   :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 13, 2024, Plaintiff filed this action.

WHEREAS, on October 15, 2024, multiple movants filed motions to appoint lead

plaintiff(s).  It is hereby

**ORDERED**  that any party seeking to respond to the motions shall file a response by

October 29, 2024.

Dated: October 16, 2024
       New York, New York

                                                    _____
                                                         **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**