

**Via ECF**

Aric H. Wu
T: +1 212 479 6550
ahwu@cooley.com

October 18, 2024

Application **GRANTED**.  In anticipation of initial conference and the amended complaint, Defendants' time to answer shall be **adjourned sine die**.

Dated: October 21, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:    *Boshart v. Sprinklr, Inc., et al.*, Case No. 24-cv-06132
       **Request for Adjournment of Time to Respond to Initial Complaint**

Dear Judge Schofield:

We represent Defendants Sprinklr, Inc., Ragy Thomas, and Manish Sarin in the above-captioned action.  On August 13, 2024, Plaintiff Shane Boshart filed a Complaint on behalf of himself and a proposed class asserting claims under the Securities Exchange Act of 1934.  ECF No. 1.  Under the Private Securities Litigation Reform Act, a lead plaintiff for the putative class must be appointed.  *See* 15 U.S.C. § 78u-4(a)(3)(B).  On October 15, 2024, Todd Van Beurden and Anthony Marcheschi filed competing motions for lead plaintiff.  ECF Nos. 18, 21.  On October 16, 2024, the Court ordered that any responses to the motions be filed by October 29.  ECF No. 25.

With the consent of Plaintiff Shane Boshart, and in anticipation that an amended complaint will be filed by the court-appointed lead plaintiff, we are writing to request that the Court enter an order adjourning *sine die* Defendants' time to answer, move against, or otherwise respond to Mr. Boshart's Complaint.  Defendants' current deadline to respond to Mr. Boshart's Complaint is October 25, 2024.

There has been no previous request for an adjournment or extension of time.  The parties' next scheduled appearance before the Court is the initial pretrial conference scheduled for December 3, 2024.  ECF No. 10.

Respectfully submitted,

*/s/ Aric H. Wu*

Aric H. Wu

cc:    All counsel of record via ECF