

**Via ECF**

Aric H. Wu
T: +1 212 479 6550
ahwu@cooley.com

November 18, 2024

Application **GRANTED**.  The initial pre-trial conference scheduled for December 3, 2024, is adjourned to **January 8, 2025, at 4:20pm.**  The materials described at Dkt. 10 shall be filed by **January 3, 2025.**

Dated: November 19, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:    *Boshart v. Sprinklr, Inc., et al.*, Case No. 24-cv-06132
       Request for Adjournment of Case Management Joint Letter and Plan Deadline

Dear Judge Schofield:

We represent Defendants Sprinklr, Inc., Ragy Thomas, and Manish Sarin in the above-captioned action.  With Plaintiff Shane Boshart's consent, we are writing to request that the Court enter an order adjourning the deadline for the parties' joint letter statement and proposed case management plan and scheduling order until after a lead plaintiff has been appointed.  There has been no previous request for an adjournment of this deadline.

On August 13, 2024, Plaintiff Shane Boshart filed a Complaint on behalf of himself and a proposed class asserting claims under the Securities Exchange Act of 1934.  ECF No. 1.  On August 15, 2024, the Court scheduled an initial pretrial conference for December 3, 2024, and ordered the parties to file a joint letter statement and proposed case management plan and scheduling order by November 19, 2024.  ECF No. 10.

Under the Private Securities Litigation Reform Act, a lead plaintiff for the putative class must be appointed.  *See* 15 U.S.C. § 78u-4(a)(3)(B).  On October 15, 2024, Todd Van Beurden and Anthony Marcheschi filed competing motions for lead plaintiff.  ECF Nos. 18, 21. On October 21, 2024, the Court adjourned *sine die* Defendants' time to answer, move against, or otherwise respond to Plaintiff Shane Boshart's Complaint.  ECF No. 28.

Because (i) Plaintiff Shane Boshart has not moved to be appointed lead plaintiff; (ii) a lead plaintiff has not yet been appointed; and (iii) an amended complaint will be filed by the court-appointed lead plaintiff, we request that the Court enter an order adjourning the parties' deadline for filing a joint letter statement and proposed case management plan and scheduling order to a time after a lead plaintiff has been appointed.  Plaintiff Shane Boshart consents to this request.

Respectfully submitted,

*/s/ Aric H. Wu*

Aric H. Wu

cc:    All counsel of record via ECF