UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SPRINKLR, INC. SECURITIES LITIGATION        Case No. 1:24-cv-06132-LGS

### DECLARATION OF SARAH M. TOPOL IN SUPPORT OF
### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Sarah M. Topol, declare as follows:

1.      I am an attorney with the law firm of Cooley LLP, counsel for Defendants Sprinklr, Inc. ("Sprinklr"), Ragy Thomas, and Manish Sarin in the above-captioned action. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint. I have personal knowledge of the following and, if called upon as a witness, would testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct excerpted copy of Sprinklr's Form 10-Q for the period ending July 31, 2021, filed with the U.S. Securities and Exchange Commission ("SEC") on September 10, 2021. It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934521000013/cxm-20210731.htm.

3.      Attached as **Exhibit 2** is a true and correct excerpted copy of Sprinklr's Form 10-Q for the period ending October 31, 2021, filed with the SEC on December 10, 2021. It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934521000020/cxm-20211031.htm.

4.      Attached as **Exhibit 3** is a true and correct excerpted copy of Sprinklr's Form 8-K, filed with the SEC on April 6, 2022. It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934522000002/cxm-20220406.htm.

1

5.      Attached as **Exhibit 4** is a true and correct excerpted copy of Sprinklr's Form 10-K for the fiscal year ending January 31, 2022, filed with the SEC on April 11, 2022.  It is publicly available  at:  https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934522000006/cxm-20220131.htm.

6.      Attached as **Exhibit 5** is a true and correct excerpted copy of Sprinklr's Form 10-Q for the period ending April 30, 2022, filed with the SEC on June 14, 2022.  It is publicly available at:       https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934522000016/cxm-20220430.htm.

7.      Attached as **Exhibit 6** is a true and correct excerpted copy of Sprinklr's Form 10-Q for the period ending July 31, 2022, filed with the SEC on September 8, 2022.  It is publicly available at:  https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934522000024/cxm-20220731.htm.

8.      Attached as **Exhibit 7** is a true and correct excerpted copy of Sprinklr's Form 10-Q for the period ending October 31, 2022, filed with the SEC on December 6, 2022.  It is publicly available at:  https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934522000035/cxm-20221031.htm.

9.      Attached as **Exhibit 8** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on December 6, 2022.  It is referenced in paragraph 54 of the Amended Complaint.

10.      Attached as **Exhibit 9** is a true and correct excerpted copy of the transcript of an held by Sprinklr on March 29, 2023.  It is referenced in paragraphs 55, 86, and 157 of the Amended Complaint.

2

11.     Attached as **Exhibit 10** is a true and correct excerpted copy of Sprinklr's Form 10-K for the fiscal year ending January 31, 2023, filed with the SEC on April 3, 2023.  It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934523000023/cxm-20230131.htm.

12.     Attached as **Exhibit 11** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on June 5, 2023.  It is referenced in paragraphs 92, 148, and 157 of the Amended Complaint.

13.     Attached as **Exhibit 12** is a true and correct excerpted copy of Sprinklr's Form 8-K filed with the SEC on June 5, 2023.    It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934523000038/cxm-20230601.htm.

14.     Attached as **Exhibit 13** is a true and correct excerpted copy of the transcript of Sprinklr's Investor Day call, held on July 12, 2023.  The Investor Day conference is referenced in paragraphs 96, 97, 99, and 101 of the Amended Complaint.

15.     Attached as **Exhibit 14** is a true and correct excerpted copy of Sprinklr's Presentation for the Investor Day call, held on July 12, 2023.  The Investor Day conference is referenced in paragraphs 96, 97, 99, and 101 of the Amended Complaint, and the presentation is publicly available at:  https://investors.sprinklr.com/events-presentations/presentations.

16.     Attached as **Exhibit 15** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on September 6, 2023.  It is referenced in paragraphs 105, 107, 143, 149, and 157 of the Amended Complaint.

17.     Attached as **Exhibit 16** is a true and correct excerpted copy of a transcript of Sprinklr's presentation at the Citi Tech conference held on September 7, 2023.  It is referenced in paragraphs 109, 111, and 157 of the Amended Complaint.

18.     Attached as **Exhibit 17** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on December 6, 2023. It is referenced in paragraphs 8, 9, 114 to 121, 140, 149, and 158 of the Amended Complaint.

19.     Attached as **Exhibit 18** is a true and correct excerpted copy of Sprinklr's Form 8-K, filed with the SEC on March 27, 2024.    It is publicly available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1569345/000156934524000015/cxm-20240326.htm.

20.     Attached as **Exhibit 19** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on March 27, 2024.  It is referenced in paragraphs 129 and 158 of the Amended Complaint.

21.     Attached as **Exhibit 20** is a true and correct excerpted copy of the transcript of an earnings call held by Sprinklr on June 5, 2024.  It is referenced in paragraphs 11, 133 to 135, and 162 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 17, 2025
      New York, New York

Respectfully submitted,

*/s/ Sarah M. Topol*
Sarah M. Topol