# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K
**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): April 6, 2022**

# Sprinklr, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-40528 | 45-4771485 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**29 West 35th Street**
**7th Floor**
**New York, New York**          **10001**
(Address of principal executive offices)          (Zip Code)

**Registrant's Telephone Number, Including Area Code: (917) 933-7800**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Class A Common stock, par value $0.00003 per share | CXM | The New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

1

**Item 2.02     Results of Operations and Financial Condition.**

On April 6, 2022, Sprinklr, Inc. (the "**Company**") issued a press release announcing its financial results for the fourth quarter and year ended January 31, 2022. A copy of the press release is furnished herewith as Exhibit 99.1 and incorporated herein by reference.

The information contained in this report, including Exhibit 99.1 attached hereto, is furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or subject to the liabilities of that section. The information shall not be deemed incorporated by reference into any other filing with the Securities and Exchange Commission made by the Company regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01     Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description of Exhibits |
| --- | --- |
| 99.1 | Press Release dated April 6, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: April 6, 2022                                 **Sprinklr, Inc.**

By:    /s/ Manish Sarin
Manish Sarin
Chief Financial Officer

3

**Sprinklr Announces Fourth Quarter and Full Year Fiscal 2022 Results**

•*Q4 Total Revenue of $136 million, up 30% year-over-year*

•*Q4 Subscription Revenue of $118 million, up 31% year-over-year*

•*RPO up 36% year-over-year*

•*Q4 NDE at 120%; steadily improving every quarter since IPO*

•*82 $1 million customers, up 26% year-over-year*

NEW YORK, New York--April 6, 2022--Sprinklr (NYSE: CXM), the unified customer experience management (Unified-CXM) platform for modern enterprises, today reported financial results for its fourth quarter and fiscal year ended January 31, 2022.

"Fiscal Year 2022 was a monumental year for Sprinklr. We accelerated our growth, went public, and created a new category called unified customer experience management for the world's leading enterprise brands. Our results this quarter demonstrate our deep commitment to our customers and partners as we support their shift from a brand-centric past to a customer-centric future. We're innovating faster than ever before to make our platform and leading artificial intelligence the foundation of our customer's success so we can continue our strong growth in Fiscal Year 2023," said Ragy Thomas, Sprinklr Founder and CEO.

**Fourth Quarter Fiscal 2022 Financial Highlights**

•**Revenue**: Total revenue for the fourth quarter was $135.7 million, up from $104.1 million one year ago, an increase of 30% year-over-year. Subscription revenue for the fourth quarter was $117.7 million, up from $90.1 million one year ago, an increase of 31% year-over-year.

•**Operating (Loss) Income and Margin**: Fourth quarter operating loss was $35.8 million, compared to operating loss of $8.3 million one year ago. Non-GAAP operating loss was $11.5 million, compared to non-GAAP operating income of $4.2 million one year ago. For the fourth quarter, GAAP operating margin was (26%) and non-GAAP operating margin was (8%).

•**Net (Loss) Income Per Share**: Fourth quarter net loss per share was $0.14, compared to net loss per share of $0.12 in the fourth quarter of fiscal year 2021. Non-GAAP net loss per share for the fourth quarter was $0.05, compared to non-GAAP net income per share of $0.00 in the fourth quarter of fiscal year 2021.

•**Cash, Cash Equivalents and Marketable Securities**: Total cash, cash equivalents and marketable securities as of January 31, 2022 was $532.4 million.

**Full Year Fiscal 2022 Financial Highlights**

•**Revenue**: Total revenue for fiscal year 2022 was $492.4 million, up from $386.9 million one year ago, an increase of 27% year-over-year. Subscription revenue for fiscal year 2022 was $427.7 million, up from $339.6 million one year ago, an increase of 26.0% year-over-year.

•**Operating (Loss) Income and Margin**: Fiscal year 2022 operating loss was $99.5 million, compared to operating loss of $25.6 million one year ago. Non-GAAP operating loss was $35.5 million, compared to non-GAAP operating income of $20.1 million one year ago. For fiscal year 2022, GAAP operating margin was (20%) and non-GAAP operating margin was (7 %).

•**Net (Loss) Income Per Share**: Fiscal year 2022 net loss per share was $0.57, compared to net loss per share of $0.42 in fiscal year 2021. Non-GAAP net loss per share for fiscal year 2022 was $0.24, compared to non-GAAP net income per share of $0.04 in fiscal year 2021.

**Financial Outlook**

Sprinklr is providing the following guidance for the first fiscal quarter ending April 30, 2022:

•Subscription revenue between $123 million and $125 million.

•Total revenue between $140 million and $142 million.

•Non-GAAP operating loss between $14 million and $16 million.

•Non-GAAP net loss per share between $0.06 and $0.07, assuming 260 million weighted average shares outstanding.

Sprinklr is providing the following guidance for the full fiscal year ending January 31, 2023:

•Subscription revenue between $536 million and $544 million.

•Total revenue between $607 million and $615 million.

•Non-GAAP operating loss between $44 million and $48 million.

•Non-GAAP net loss per share between $0.20 and $0.22, assuming 260 million weighted average shares outstanding.

**Non-GAAP Financial Measures**

This press release and the accompanying tables contain the following non-GAAP financial measures:

•Non-GAAP gross profit and non-GAAP gross margin

•Non-GAAP operating (loss) income and non-GAAP operating margin

•Non-GAAP net (loss) income and non-GAAP net (loss) income per share

We define these non-GAAP financial measures as the respective GAAP measures, excluding, as applicable, stock-based compensation expense-related charges, charges on litigation settlements and amortization of acquired intangible assets. We believe that it is useful to exclude stock-based compensation expense-related charges and amortization of acquired intangible assets in order to better understand the long-term performance of our core business and to facilitate comparison of our results to those of peer companies over multiple periods. We also exclude charges on litigation settlements that are considered to be non-ordinary course as we do not consider such losses to be indicative of our core business.

In addition, the press release and the accompanying tables contain free cash flow which is defined as net cash used in operating activities less cash used for purchases of property and equipment and capitalized internal-use software. We believe that free cash flow is a useful indicator of liquidity as it measures our ability to generate cash, or our need to access additional sources of cash, to fund operations and investments.

However, non-GAAP financial measures have limitations in their usefulness to investors because they have no standardized meaning prescribed by GAAP and are not prepared under any comprehensive set of accounting rules or principles. In addition, other companies, including companies in our industry, may calculate similarly titled non-GAAP financial measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures as tools for comparison. As a result, our non-GAAP financial measures are presented for supplemental informational purposes only and should not be considered in isolation or as a substitute for our consolidated financial statements presented in accordance with GAAP.

Sprinklr has not reconciled its expectations as to non-GAAP operating loss, or as to non-GAAP net loss per share, to their most directly comparable GAAP measures as a result of the high variability, complexity and low visibility with respect to the charges excluded from these non-GAAP measures; in particular, the measures and effects of stock-based compensation expense specific to equity compensation awards that are directly impacted by unpredictable fluctuations in our stock price. We expect the variability of the above charges to have a significant, and potentially unpredictable, impact on our future GAAP financial results. Accordingly, reconciliation is not available without unreasonable effort, although it is important to note that these factors could be material to Sprinklr's results computed in accordance with GAAP.

**Conference Call Information**
Sprinklr will host a conference call today, April 6, 2022, to discuss fourth quarter and full year fiscal 2022 financial results, as well as the first quarter and full year fiscal 2023 outlook, at 5:00 p.m. Eastern Time, 2:00 p.m. Pacific Time. Investors are invited to join the webcast by visiting: https://investors.sprinklr.com/. To access the call by phone, dial 877-459-3955 (domestic) or 201-689-8588 (international). The conference ID number is 13728085. The webcast will be available live, and a replay will be available following completion of the live broadcast for approximately 90 days.

**About Sprinklr Inc.**
Sprinklr is a leading enterprise software company for all customer-facing functions. With advanced AI, Sprinklr's Unified-CXM platform helps companies deliver human experiences to every customer, every time, across any modern channel. Headquartered in New York City with employees around the world, Sprinklr works with more than 1,000 of the world's most valuable enterprises - global brands like Microsoft, P&G, Samsung and more than 50% of the Fortune 100.

**Forward-Looking Statements**

This press release contains express and implied "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding our financial outlook for the first quarter and full year fiscal 2023, our growth strategy and the ability of our platform to deliver a unified experience to address our customers' demands. In some cases, you can identify forward-looking statements by terms such as "anticipate," "believe," "estimate," "expect," "intend," "may," "might," "plan," "project," "will," "would," "should," "could," "can," "predict," "potential," "target," "explore," "continue," or the negative of these terms, and similar expressions intended to identify forward-looking statements. By their nature, these statements are subject to numerous uncertainties and risks, including factors beyond our control, that could cause actual results, performance, or achievement to differ materially and adversely from those anticipated or implied in the statements, including: our rapid growth may not be indicative of our future growth; our revenue growth rate has fluctuated in prior periods; our ability to achieve or maintain profitability; we derive the substantial majority of our revenue from subscriptions to our Unified-CXM platform; our ability to manage our growth and organizational change; the market for Unified-CXM solutions is new and rapidly evolving; our ability to attract new customers in a manner that is cost-effective and assures customer success; our ability to attract and retain customers to use our products; our ability to drive customer subscription renewals and expand our sales to existing customers; our ability to effectively develop platform enhancements, introduce new products or keep pace with technological developments; the market in which we participate is new and rapidly evolving and our ability to compete effectively; our business and growth depend in part on the success of our strategic relationships with third parties; our ability to develop and maintain successful relationships with partners who provide access to data that enhances our Unified-CXM platform's artificial intelligence capabilities; the majority of our customer base consists of large enterprises, and we currently generate a significant portion of our revenue from a relatively small number of enterprises; our investments in research and development; our ability to expand our sales and marketing capabilities; our sales cycle with enterprise and international clients can be long and unpredictable; our business and results of operations may be materially adversely affected by the ongoing COVID-19 pandemic or other similar outbreaks; certain of our results of operations and financial metrics may be difficult to predict; our ability to maintain data privacy and data security; we rely on third-party data centers and cloud computing providers; the sufficiency of our cash and cash equivalents to meet our liquidity needs; our ability to comply with modified or new laws and regulations applying to our business; our ability to successfully enter into new markets and manage our international expansion; the attraction and retention of qualified employees and key personnel; our ability to effectively manage our growth and future expenses and maintain our corporate culture; our ability to maintain, protect, and enhance our intellectual property rights; and our ability to successfully defend litigation brought against us. Additional risks and uncertainties that could cause actual outcomes and results to differ materially from those contemplated by the forward-looking statements are or will be discussed in our Quarterly Report on Form 10-Q for the quarter ended October 31, 2021, filed with the SEC on December 10, 2021, under the caption "Risk Factors", and in other filings that we make from time to time with the SEC, including our Annual Report on Form 10-K for the year ended January 31, 2022. Forward-looking statements speak only as of the date the statements are made and are based on information available to Sprinklr at the time those statements are made and/or management's good faith belief as of that time with respect to future events. Sprinklr assumes no obligation to update forward-looking statements to reflect events or circumstances after the date they were made, except as required by law.

**Key Business Metrics**

*RPO.* RPO, or remaining performance obligations, represents contracted revenues that had not yet been recognized, and include deferred revenues and amounts that will be invoiced and recognized in future periods.

*NDE.* NDE, or net dollar expansion rate, is calculated by dividing (i) subscription revenue in the trailing 12-month period from those customers who were on our platform during the prior 12-month period by (ii) subscription revenue from the same customers in the prior 12-month period.

**Investor Relations:**
IR@sprinklr.com

**Media & Press:**
PR@sprinklr.com