# EXHIBIT 8

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM
# FQ3 2023 Earnings Call Transcripts

## Tuesday, December 06, 2022 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2023- | | | -FQ4 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.01) | 0.02 | NM | 0.01 | (0.07) | 0.02 |
| **Revenue (mm)** | 156.05 | 157.25 | ▲0.77 | 166.06 | 617.98 | 747.92 |

Currency: USD
Consensus as of  Dec-01-2022 12:21 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2022** | (0.09) | (0.05) | NM |
| **FQ1 2023** | (0.06) | (0.05) | NM |
| **FQ2 2023** | (0.06) | (0.03) | NM |
| **FQ3 2023** | (0.01) | 0.02 | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 1:24-cv-06132-LGS    Document 48-8    Filed 03/17/25    Page 3 of 5

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................. | **3** |
| **Presentation** | ................................................................................. | **4** |
| **Question and Answer** | ................................................................................. | **10** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

This is Michael Vidovic on for Michael Turits. I was wondering if you could comment on what you're seeing in terms of customer size? Is high-end enterprise doing better than, let's say, mid-market? Or is it relatively the same for you?

**Ragy Thomas**
*Founder, Chairman & CEO*

We wouldn't know, Michael. We've been playing in the enterprise space fairly squarely. There's been a lot of temptation to go down market, something that we thought as a company and a strategy which is something we're focused on. So what I can tell you is large companies are spending money to save money. Large companies are spending money to mitigate risk. And they're cautiously spending money to grow revenue.

Are they a little more tightfisted than they were a year ago? Absolutely. Are we seeing that more in Q4 than we saw in Q3? Absolutely. Are we seeing in some parts of the world more than in other parts of the world? Absolutely. But I think it is much more muted compared to -- and I'm speaking that from Sprinklr experience broadly from friends who are playing in the SMB space, it's a lot more muted than the bigger swings we are seeing down market.

**Michael C. Vidovic**
*KeyBanc Capital Markets Inc., Research Division*

Okay. Great. And then just one quick follow-up from me. Would you guys expect any pressure on average revenue per customer on our initial deal sizes in light of macro headwinds? Or are you really not seeing that at this point?

**Ragy Thomas**
*Founder, Chairman & CEO*

Well, you heard, Manish, say that our -- we have over 107 customers who pay us over $1 million, right? So we have customers, now multiple customers pay us north of $10 million. So our strategy is not focused on that initial land deal. Our strategy is landing that customer that has the potential to keep growing, keep paying us hundreds of thousands and potentially millions of dollars. So we are less focused on the initial land deal and more focused on the type of customers. So we're pretty clear. We have a list of 100,000 companies and a list of 10,000 companies and 5,000 companies within that, that's in our sweet spot, and we keep expanding down from there.

To answer your question directly, we're not seeing much pressure there. We're not in the volume game. So that might really explain why we have this answer.

**Operator**

And our next question comes from Parker Lane with Stifel.

**Maxwell Osnowitz**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

It's Max Osnowitz on for Parker Lane. For starters, is there any single solution that you guys are seeing drive a majority of the customer interest right now? Or is it still a good mix of all the core features even in this uncertain environment?

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes. Like we said, we saw over 1/3 of our bookings was in our customer service product suite. That's kind of what reflects our focus, but it also reflects where the market is focused. We're seeing excitement in not rip and replace CCaaS, but really kind of modernize CCaaS and then put automation on it. And traditionally, if you're doing it without Sprinklr, you're working with a legacy CCaaS player. And then you're trying to bring a shiny automation or AI company into it, which is fraught with a lot more integration and breakage points inside the infrastructure.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And so we're seeing a lot of excitement in automating customer journeys. If you recall, we talked about a large bank or a first to go a big implementation in CCaaS. That's going really well. They've automated 80 customer journeys. And we talk about our other customers. Most of them are on this journey of identifying modeling and automating at least the low-hanging fruit when it comes to service inquiries.

So that's something that we're seeing a lot of excitement. Omnichannel is something that we're seeing a lot of excitement around. Customers looking to -- I talked about Aramex in my prepared remarks. What he said to me it was fascinating. He said, look, WhatsApp was a very important channel for their customers. And before Sprinklr, they just really didn't have an SLA. So you could try to reach them on WhatsApp and your inquiry may be unanswered for days.

And from there, because of the bot that now services WhatsApp as a gatekeeper, their first response is in 8 seconds, and many of their use cases are completely handled by the bot or seamlessly hand it over to the human and back to the bot when there's human and bots involved. So those are the areas we are seeing excitement.

**Maxwell Osnowitz**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. And then thinking about a comment that Manish made earlier on the outlook for '24. I understand waiting for demand to improve before kind of dialing up the spending. Is that communicating that we'll see a decrease in margins once that time comes? Or are you guys committed to margin expansion kind of for the long run?

**Manish Sarin**
*Chief Financial Officer*

Yes. We're committing to margin expansion, if you're referring to gross margins and operating margins. We're committing to that for the long term. What we are saying though is given the limited visibility that we have and given the preponderance of factors that are beyond our control, our ability to [ start ] with a different number, if that makes sense.

**Operator**

Our next question comes from Elizabeth Porter with Morgan Stanley.

**Elizabeth Mary Elliott**
*Morgan Stanley, Research Division*

Great. In your comments, you highlighted just customers focused a lot on saving money, especially with single modules like efficiency with the customer care. But we're also hearing just broadly in the market, a willingness to consolidate spend with IT vendors to save more money. So I just wanted to get a sense for what are you seeing in terms of the willingness to consolidate vendors kind of displace other solutions? And is that happening at a more accelerated rate? Or is that something that takes a little bit longer to play out?

**Ragy Thomas**
*Founder, Chairman & CEO*

Elizabeth, great question, and thank you for asking that and giving us an opportunity to highlight something that we've always believed in. You remember, we were the first ones to kind of keep using the phrase point solution chaos. And traditionally, this is a major strategy for the company. So we're actually on the receiving end of that trend, and that's reflected in our net expansion rate of 25%, that's reflected in our retention rates. So once a customer is in, we now -- in many verticals, we have a clear path of how they should expand and how they should consolidate.

What I'll point out in our case is a transition that we seem to have made. If you talked to us 3 years ago, typically, the companies we were replacing were social publishing tools or social listening tools, advocacy tools and advertising tools and all that. But what we are now replacing in the contact center is a different

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.