# EXHIBIT 9

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM
# FQ4 2023 Earnings Call Transcripts
## Wednesday, March 29, 2023 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2023- | | | -FQ4 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.01) | 0.02 | NM | 0.02 | (0.04) | 0.10 |
| **Revenue  (mm)** | 156.05 | 157.25 | ▲0.77 | 162.78 | 615.65 | 710.45 |

Currency: USD
Consensus as of  Mar-28-2023 12:18 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2022** | (0.09) | (0.05) | NM |
| **FQ1 2023** | (0.06) | (0.05) | NM |
| **FQ2 2023** | (0.06) | (0.03) | NM |
| **FQ3 2023** | (0.01) | 0.02 | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................... | **3** |
| **Presentation** | ....................................................................... | **4** |
| **Question and Answer** | ....................................................................... | **10** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to Sprinklr's Fourth Quarter Fiscal 2023 Earnings Conference Call and Webcast. [Operator Instructions]

Please be advised that today's conference is being recorded. I'd now like to hand the conference over to your first speaker today, Mr. Eric Scro, Vice President of Finance, for introductory remarks. Please go ahead, Eric.

**Eric Scro**
*Vice President of Finance*

Thank you, Kevin, and welcome, everyone, to Sprinklr's Fourth Quarter and Fiscal Year 2023 Financial Results Call. Joining us today are Ragy Thomas, Sprinklr's Founder and CEO; and Manish Sarin, Chief Financial Officer.

We issued our earnings release a short time ago, filed the related Form 8-K with the SEC, and we've made them available on the Investor Relations section of our website, along with the supplementary investor presentation. Please note that on today's call, management will refer to certain non-GAAP financial measures. While the company believes these non-GAAP nonfinancial measures provide useful information for investors, the presentation of this information is not intended to be considered in isolation or as a substitute for the financial information presented in accordance with GAAP.

You are directed to our press release and supplementary investor presentation for a reconciliation of such measures to GAAP. In addition, during today's call, we will be making forward-looking statements about the business and about the financial results of Sprinklr that involve many assumptions, risks and uncertainties, including our guidance for the first fiscal quarter of 2024 and full fiscal year 2024, and our actual results might differ materially. Any forward-looking statements that we make on this call are based on our beliefs and assumptions as of today, and we disclaim any obligation to update them.

For more details on the risks associated with these forward-looking statements, please refer to our filings with the SEC also posted on our website. With that, let me turn it over to Ragy.

**Ragy Thomas**
*Founder, Chairman & CEO*

Thank you, Eric, and hello, everyone. I hope everyone is doing well, and thank you for joining us today. We're going to share quite a few exciting updates today, so let's get right to it. I'm very pleased that Q4 was another strong quarter that exceeded guidance across all key metrics.

Q4 total revenue grew 22% year-over-year to $165.3 million and subscription revenue grew 26% year-over-year to $148.3 million. With our continued commitment to operational efficiency, we generated a record $14.3 million in non-GAAP operating income for the quarter due to strong revenue growth and greater operational discipline company-wide.

While we expect the sales cycles to remain elevated in FY '24, we did have a record number of new bookings due to strong expansion deals and exciting new logo growth. Our growth retention was on par with leading enterprise software companies, and we saw continued strong momentum in our Sprinklr service suite formerly known as Modern Care. Sprinklr services represented over 40% of our new bookings for the quarter. Let's start with the go-to-market. On the go-to-market front, we believe that spending environment was largely unchanged in Q4 compared to previous quarters. But we are increasingly confident that the changes we are making and its impact on our business and our ability to execute. Our focus, as you know, has been on making it easier to sell Sprinklr.

Here are a few examples of the work that is underway. We added dedicated Sprinklr service specialists. We created a dedicated team of new logo sales reps. We're leveraging partners now to act more at deal

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sourcers rather than just deal influencers. We are in the process of developing our verticalized solution-based selling approach as opposed to a product-based approach. And we are moving to a productivity-driven sales model as opposed to just pure capacity-based sales model. I also want to share the progress that we've seen from our expanded partnerships with Salesforce and Accenture that we talked about last quarter.

We continue to win enterprise deals with customers transitioning out of Social Studio. One of those deals, for example, in Q4 led to a 7-figure multiyear contract with a leading global CPG company. Our deep expertise in social combined with the new AI innovations and integrations are just a few reasons why we believe that Sprinklr will continue to remain the leader in enterprise social media management. There are several exciting announcements on the platform side.

To start with, we renamed our product suite this quarter to simplify them and to align them with our longer-term strategy to mainstream each one of them. We believe this provides better clarity for our customers and reflects the market categories they belong to more accurately to drive awareness and brand recognition in the marketplace. Modern Care is now Sprinklr's service aligned with the CCaaS market. Social Engagement and Sales is now simply Sprinklr Social. Modern Marketing and Advertising is now Sprinklr Marketing and Modern Research is now Sprinklr Insight. And finally, our Lite portfolio as we roll out more self-service capabilities will now just be referred to as self-service.

Next, let's take a deeper dive into Sprinklr Service and why we are seeing success as a radical disruptor in the CCaaS space. Sprinklr Service is a comprehensive AI-powered, contact center as a service platform. We are transforming the contact center from an old voice-based cost center to an omnichannel revenue center by unifying marketing and sales for more efficient service and growth for the business. And with Sprinklr Insights, as you know, we have the unique ability to harness publicly available digital data in addition to traditional call transcripts to quickly identify top service issues and reduce overall ticket volume covenant.

Our pace of innovation in this space continues, as highlighted in our recent announcement of over 100 features that we have added to our service offering. Notably, predictive intelligence, AI-based quality management and outbound voice staff. According to a recent Gartner report, $800 billion is going to be spent annually on contact center labor costs, technology and labor. We all know that AI is going to optimize this fairly dramatically.

Now it might surprise you to know that today, Sprinklr support on our platform, 75,000 call center agency with 30 new deployments happening with large brands around the world as we speak. In FY '23, we had 11 $1 million or more deals in our Service Suite alone. And just a few weeks ago, we were named a challenger in the Gartner Magic Quadrant for Enterprise conversational AI platforms. Let's switch gears to Social now. We are very excited to announce the self-service version of our industry-leading social media management institution called Sprinklr Social. Social media teams can now access Sprinklr Social on a self-service basis for publishing, engagement and robotics. It's also integrated with open AI, generative AI models to create better content faster and with fewer resources.

This out-of-the-box project is simpler, smarter and better than any other competing social media management tool available in the market today. The self-service and enterprise versions of Sprinklr Social, like with Sprinklr Service before are both on the same back-end code base, which means that teams can start with a self-service version and seamlessly opt for the enterprise offering as their needs grow. Let's talk about AI, which I know is quite a popular topic these days.

Five years ago, back in 2018, we issued a press release describing how Sprinklr was the only enterprise software provider in the front office that gives brands the capabilities to reach, engage and listen to their customers across a growing number of digital channels. So it's not a new buzzword for us. Our entire unified CXM platform and every one of our 4 robust product suite was built from the ground up with our proprietary AI capabilities.

I want to make it clear that in building Sprinklr, we took an operating system approach to our platform, which makes it very easy for us to integrate with any existing or new software products when and where it upgrades our own capabilities. This is one of the reasons we are so excited about our integration with

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

open AI. There's a massive potential and a big market transition happening with generative AI. And we see the potential of how we can work together to truly revolutionize front office for our mutual customers.

AI and Machine Learning will continue to be a cornerstone and a competitive advantage for Sprinklr. And we will play our part to help mainstream AI across all customer-facing functions of large companies. We look forward to further integrating open AI across our entire platform and in all our product suite.

Turn to some customer stories. During the fourth quarter, we continued to add new customers and expand with existing customers. This includes world-class brands like AT&T, Activision, IKEA, Marsh, Prudential and Telefonica. Here are some examples of how customers are currently using Sprinklr.

Let's start with Sprinklr Service, our omnichannel customer service solution. Last year, we were chosen to support the large-scale CCaaS transformation of one of the largest banks in the world, HDFC. We've replaced more than 10-point solutions and onboarded over 10,000 agents, including inbound and outbound voice, text, social and messaging. Our platform now supports more than 5 million interactions on text-based channels every month and more than 12 million voice calls.

With a strong focus on AI and unification across channels and teams, we've also launched the bank's first voice bot and conversational chatbot. Our AI is able to resolve 70% of customer inquiries and has reduced the average case handling times across all channels by 15%. HDFC has reduced the first response time by more than 50%, 5-0, and Sprinklr is now integrated with 8 of the bank's back-end systems across 100 customer journeys, making Sprinklr, the single script for most users and enabling them to provide a consistent and seamless experience to its 71 million customers. Last quarter, we shared a big win in the CCaaS space with one of the world's leading global streaming media companies.

This quarter, I'm pleased to announce that they have expanded the partnership with Sprinklr Marketing. The company is consolidating 15 disparate solutions and its entire global marketing team of more than 700 users in 30 countries on to Sprinklr Marketing. With a clear real-time view of paid, owned and earned media performance, the company's marketing team can make faster, more collaborative and data-driven creative and media investment decision. Sprinklr's AI-powered insights will enable them to increase their reach, optimize their creative assets and drive excitement in the market around their title releases.

The next example is my favorite. And it demonstrates the true transformational power of a unified customer-facing, front-office platform. In the very first of its kind for any country that we know, the Civil Services and Government Development Bureau of Qatar selected Sprinklr as its technology partner to transform how the government provides services to and engages with the public. Qatar National Vision for 2020 (sic) [ 2030 ] is focused on building a competitive government with the ability to measure, monitor and improve its public services.

The government aims to meet the demands of Qatari citizens and residents for fast personalized interactions with government agencies on any communication channel, with Sprinklr, Qatar will now eliminate several fragmented technology solutions and unify approximately 40 public service agencies on to 1 unified citizen experience management platform. This enables, obviously, the seamless delivery of omnichannel experiences to its citizens, residents and visitors.

I'd like to take a moment to celebrate our incredible engineering team, who makes all of this possible. They continue to innovate at a breakneck pace that differentiates us in the big way in the market.

In closing, I'd like for you to have 3 clear takeaways. Number one, we're going to be a disruptive player in CCaaS. That's a pretty 30-, 40-year-old industry. We are a digital native company, who has created a modern omnichannel approach to integrating 30-plus digital channels that now includes voice. And we're challenging some of the well-known legacy players with an entirely different approach omnichannel and AI-base for customer service.

Number two, we will continue to innovate and win in social. It's where we started as a company, and that foundation has enabled us to build disruptive new opportunities like we are doing in CCaaS. Lastly, number three, we are well-positioned to begin mainstreaming our solutions and AI for customer-facing functions. We have a 5-year head start and advantage in building proprietary AI. That's integrated into all products across our entire platform, a platform that's built on a highly open, scalable and flexible architecture.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is a great competitive advantage because it offers our customers a way to connect to any homegrown in-house systems they build or any other industry solution in the marketplace. I want to thank our customers, partners and most importantly today, our employees for their incredible hard work and results.

I also want to thank all of you and our investors for believing in the vision. Let me hand the call over to Manish.

**Manish Sarin**
*Chief Financial Officer*

Thank you, Ragy, and good afternoon, everyone. As you heard from Ragy, FY '23 was a stellar year for Sprinklr, which we capped off for the strong Q4 that once again exceeded expectations. In fact, during the fourth quarter, we achieved quarterly records in gross new bookings, total billings, total revenue, gross margin and non-GAAP operating income.

Many of the tailwinds that Ragy mentioned, coupled with Sprinklr's leading artificial intelligence and product development capabilities, really excited me about the company when I joined a year ago. But we also uncovered several areas in need of structural improvements, and we have been executing on these initiatives for the last several quarters.

During FY '23, we pivoted towards a productivity-led model, eliminated projects that were not yielding an attractive ROI. And as Ragy discussed, we made a deliberate effort to make it easier to sell Sprinklr. You saw the fruits of our efforts play out throughout the year as demonstrated by sequential growth in subscription revenue, the stability in absolute non-GAAP operating expenses, our ability to generate free cash flow and our reported non-GAAP operating income in both Q3 and Q4. These results were driven by a conscious effort to be more efficient and develop a culture of good corporate hygiene and financial prudence. In line with this, we recently concluded an internal review across product areas, regions and support functions to help us grow and scale the business and to ensure our resources are best aligned with Sprinklr's priorities moving forward.

As a result of this review, we restructured our global workforce by approximately 4%, back in February. Expenses related to this action were approximately $4 million and will be booked here in Q1 FY '24. These expenses are included in the guidance I will discuss in greater detail later in my prepared remarks.

Turning now to our Q4 financial results. Total revenue was $165.3 million, up 22% year-over-year and above the high end of our guidance range. This was driven by subscription revenue of $148.3 million, which grew 26% year-over-year, also above the high end of our guidance range. Our subscription revenue continues to accelerate in terms of both absolute dollars and growth rate. In the fourth quarter, the sequential increase in subscription revenue was $8.4 million, a meaningful uptick when compared to the increases in Q2 and Q3. Services revenue for the quarter came in at $17 million. As noted on the third quarter earnings call, this was driven by a focus on margins for our services business as we have been thoughtful about not taking on lower margin services business.

We will continue to actively manage our professional services margins, which will impact the absolute level of our professional services revenue going forward. something that I will cover in detail later in my prepared remarks. Our subscription revenue-based net dollar expansion rate in the fourth quarter was 124%. Our gross renewal rate in Q4 was again on par with leading enterprise software companies.

We believe this high renewal rate, coupled with the expansions in our installed customer base, is a testament to how important Sprinklr is to our customers' daily workflows and how our customers view Sprinklr as a platform to standardize on. As of the end of the fourth quarter, we had 108 customers contributing $1 million or more in subscription revenue over the preceding 12 months, which is a 32% increase year-over-year.

As a reminder, we calculate this customer count using $1 million in recognized revenue from these customers on a trailing 12-month basis as opposed to ARR. Regarding our total customer count, we ended the fiscal year with 1,428 customers, which is a 22% increase in new customers for the year.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And if I could add one other piece to it. So when we talk about lower margin, you've heard us talk about we're building an ecosystem of service delivery partners around our product. And I think our hope here is as we enable the likes of Accenture to do more service delivery, we can rededicate our employee base to a higher-margin business, as I was referring to as managed services. And as we sell more CCaaS, what we are finding is these sophisticated customers are looking for a white glove service that we can provide through our own managed services consultants.

So this is more around reconfiguring our own existing service delivery teams and actually enabling the service delivery partners to do a lot of the other implementation work that historically we've been focused on.

**Michael Turits**
*KeyBanc Capital Markets Inc., Research Division*

Got it. And then in terms of the outlook, so you guided -- it's early in the year, good to be conservative. But you guided essentially back to mid-teens growth again and yet you had 20-plus RPO growth. Your net expansion rate granted is trailing 12 months, so at 124 maybe it goes down further from here. But all -- and you said that you had record bookings. So what leads us to difference between what looks like 20% plus in many categories versus the 15% guide?

**Manish Sarin**
*Chief Financial Officer*

Yes. And so thank you, as always for parsing through numbers. If you look at the subscription guide, you would see that, that is almost $10 million higher in consensus. Part of the reason that might be hidden is because of the services number that is down in our guide year-over-year. So the overall revenue number seems like it's not moving up very much.

But I would subject that as a subscription company, investors are to focus more on our subscription revenue. And our beat here in Q4 is translating to a higher subscription number, both in Q1 and for the full year FY '24.

**Operator**

Your next question is coming from Matt VanVliet from BTIG.

**Matthew David VanVliet**
*BTIG, LLC, Research Division*

I guess looking at the Sprinklr Service offering, you're talking a lot about modernizing the contact center and recently added voice. But curious in terms of what mix, some of those deals are coming in of actually including voice from there? Or are you being brought in first to bring in the digital services, create a more omnichannel environment and then go back and either try to win the voice or kind of deal with that later on?

**Ragy Thomas**
*Founder, Chairman & CEO*

Matt, thank you for the question. It used to be that we were -- we would be brought in for messaging, social, digital and then expanded to voice. But increasingly, the people who are looking at the platform and including us in a competitive RFP process, they're comfortable just starting with Sprinklr for everything. So that's -- again, remember this, we're the new kid on the block with CCaaS, and we're very encouraged by what we're seeing.

**Matthew David VanVliet**
*BTIG, LLC, Research Division*

Okay. Helpful. And then with the shift to more of a productivity model on the sales side, how should we think about headcount growth from quota-carrying reps or maybe even the whole go-to-market

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ4 2023 EARNINGS CALL | MAR 29, 2023**

organization for fiscal '24, understanding that you just did a little bit of a reduction and you're looking to drive productivity? But how should we think about total headcount growth in that group looking ahead?

**Manish Sarin**
*Chief Financial Officer*

Yes. So I think from our perspective, we anticipate to drive a lot of incremental revenue from existing headcount. So at a very high level, you should probably assume sales headcount growth would be lower than overall revenue growth, which would make sense because as we get to our longer-term model, which I know we probably will detail in great detail as we talked about at our Analyst Day, you'll see us show a steady improvement in our spend across the board. And sales and marketing, obviously, would be a big piece of it.

**Ragy Thomas**
*Founder, Chairman & CEO*

And as we mentioned last quarter, we are committed to efficient growth. And the rule of 40 is something that is a goal for us.

**Operator**

Your next question is coming from Parker Lane from Stifel.

**Matthew James Kikkert**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Matthew Kikkert on for Parker. You mentioned Accenture briefly, and I wanted to double-click on that a little bit. What impact does that partnership with Accenture had on any new business generation so far? And what excites you most about that opportunity?

**Ragy Thomas**
*Founder, Chairman & CEO*

That's been a long-standing partnership, Matthew. So Accenture has been a great partner for us. And I'd say pretty steady. The shift that we are trying to bring about with Accenture and our other partners is they've been great deal influencers. And what I'm excited is to really begin to transform the partners that we have and the partners we are now adding to the roster and transform them into deal sourcers, especially in the contact center space, that's a big deal.

So we're bullish on all the partnership. I think the market is beginning to take shape. You see this concept of bringing marketing and care and sales and advertising altogether. It's just very new.

I mean we've done it with CRM companies, but that was mostly through acquisition and mostly focused on data and backend. Bringing together the marketing employee and the contact center agent and the person running ads and all of that is just very new, at the edge of the brand, as we call it. So I think the partner ecosystem will continue to evolve, and we're very excited about how it can do it.

**Matthew James Kikkert**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. Got it. And then secondly, touch on the macro quickly. You have a great guide, but is there any one particular business that you've seen, maybe some deal scrutiny or elongation sales cycles?

**Ragy Thomas**
*Founder, Chairman & CEO*

Look, not getting worse, not getting better is the way I would characterize it. So we -- what we saw in third quarter is what we saw in fourth quarter. And that's how we're generally feeling. Many of the macro situations haven't improved or deteriorated substantially, so it's kind of more of the same.

**Operator**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question is coming from Elizabeth Porter from Morgan Stanley.

**Elizabeth Mary Elliott Porter**
*Morgan Stanley, Research Division*

I wanted to double click on some of the changes to making it easier to sell Sprinklr. And a lot of the ones that you highlighted were more around the outbound sales motion. But I was hoping to get some color on the changes that you've seen to the inbound demand as a result of having Lite and Self-service. And should we expect the change of outbound, inbound the mix of those 2, to change over time? And is there a longer-term implication to margin just from growing the inbound channel?

**Ragy Thomas**
*Founder, Chairman & CEO*

Elizabeth, long term, yes. In the short term, that's not baked into any of our guidance. We're not -- these changes take time. And we're kind of doing everything inside out for better or worse. So the marketing team has been very productive and very busy. And our Self-service products, again, like we said, is not really an attempt, not yet an to attempt to expand our target pool, right?

So this is just, again, designed around eliminating friction. So I wouldn't model anything in the next 1, 2, 3 quarters. And then once we have more visibility, we'll articulate how we think that's going to impact margins.

**Elizabeth Mary Elliott Porter**
*Morgan Stanley, Research Division*

Great. And then just as a follow-up on the macro, it's great to hear that there is some stabilization from Q3 to Q4. Is it a similar trend that you're seeing thus far into Q1 now that it's largely behind us. And does having -- I just wanted to kind of get your perspective, but do customers having a better visibility on 2023 budgets. Is that an opportunity to help shortened some of the sales cycles, which really started to elongate at the end of 2022?

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes. Elizabeth, I would say like Q1 is always kind of back-end loaded, right? As you can imagine, people coming back from holidays. As a company, we do our sales kickoff and a lot of internal planning, budgeting gets finalized, territories assigned and all of that. So I'd say I don't have enough data to give you any meaningful color. But we're not seeing any indications of things changing that much from Q4.

**Operator**

Your next question is coming from Tyler Radke from Citi.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Yes. Ragy, I wanted to ask you about just contact center. You talked about some interesting milestones on the seat count and the recognition in some of the Gartner Magic Quadrant, which is great to see. Wondering if you could just kind of contextualize that a bit more just in terms of how big of a mix of that in your business it is today and what you're seeing in the pipeline.

And is that an area that you're really leaning into in terms of hiring specialists, just given that, that's a bit of a different market than where traditionally Sprinklr is focused.

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes. So I can confirm that it is a big focus for the company. In fact, internally, we said this is the year of contact center business. I can confirm that this is something that was very intentional, and we have been doing steadily for the last several quarters. I'd say, for the last probably even 18 months. So we have

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ4 2023 EARNINGS CALL | MAR 29, 2023**

been hiring people from traditional contact center companies. We're building out and have built out a team of dedicated specialists. So it's very important to have the domain knowledge and vocabulary in addition to the technology.

So we've staffed everything from the product organization to the sales organization and support organization, people who have been doing it, in some cases, for like 20, 25 years who are also equally elated to see a very modern approach to this whole space.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

And how big is it, as a percentage of revenue?

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes, we did talk about that being 40% of our bookings for last quarter. I can confirm that it's a material part. And increasingly becoming more and more material. I think Manish is planning to break out -- we'll probably start talking about the product suite in our Analyst Day, but it is a big part and a pretty high growth part of our business.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Great. And just a follow-up on -- as you think about just the opportunity in, I guess, generative AI, you talked about the contact center product in terms of integrations there. Could you just help us understand like how much of the success you're seeing in contact center? Are you leading with that product more? Or is it -- is this kind of a traditional replacement of CCaaS and you're layering in generative AI on top of that?

**Ragy Thomas**
*Founder, Chairman & CEO*

So I want to make a difference between general AI and AI. So the reason we have been disrupting the market is primarily threefold. One is the traditional contact center vendors are voice-first companies, bulk of them, their R&D and their legacies in that voice end point management, which now has sadly been commoditized.

Our origin founding story is through the omnichannel. So the ability to hot-switch between channels while you're on a case resolution, right? That's just a very powerful thing. So truly omni-channel number one. Number two is actually AI everywhere. Now that's the sudden rise of ChatGPT. Every part of Sprinklr, especially the contact center product, is AI-based, from routing to skill assessment to smart assist where we're suggesting responses, there's a lot of AI. And that's been -- that's how we can clearly demonstrate call resolution, time reduction, first response and all of that.

So AI has been a big differentiator. Now we're going to obviously add ChatGPT and OpenAI products and make it even better. But reason people scored us very high is because AI is not an afterthought and you don't have to go buy another AI vendor to do AI inside the contact center. It's all part of this integrated suite.

And lastly is our ability to bring service alongside -- marketing and sales alongside right, with HDFC. The beauty of the model is the outbound telesales team is on the same platform as an inbound voice response team. So you could be a customer calling in with the problem with your credit card, and seamlessly now somebody can just come in and talk to you about a different card. It's not -- no longer a secondary peripheral thought for a contact center agent, but it's something that they can work together seamlessly to grow revenue.

**Operator**

Our next question is coming from Michael Turrin from Wells Fargo.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.