# EXHIBIT 11

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM
# FQ1 2024 Earnings Call Transcripts

## Monday, June 05, 2023 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2024- | | | -FQ2 2024- | -FY 2024- | -FY 2025- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.01 | 0.06 | ▲500.00 | 0.03 | 0.14 | 0.25 |
| **Revenue  (mm)** | 169.00 | 173.36 | ▲2.58 | 173.18 | 712.56 | 824.61 |

Currency: USD
Consensus as of  Jun-02-2023 10:36 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2023** | (0.06) | (0.03) | NM |
| **FQ3 2023** | (0.01) | 0.02 | NM |
| **FQ4 2023** | 0.02 | 0.06 | ▲200.00 % |
| **FQ1 2024** | 0.01 | 0.06 | ▲500.00 % |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................... | **3** |
| **Presentation** | ................................................................................... | **4** |
| **Question and Answer** | ................................................................................... | **10** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to Sprinklr's First Quarter Fiscal 2024 Earnings Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded.

I would now like to hand the conference over to your first speaker today, Mr. Eric Scro, Vice President of Finance, for introductory remarks. Please go ahead, Eric.

**Eric Scro**
*Vice President of Finance*

Thank you, Doug, and welcome, everyone, to Sprinklr's First Quarter Fiscal Year 2024 Financial Results Call. Joining us today are Ragy Thomas, Sprinklr's Founder and CEO; and Manish Sarin, Chief Financial Officer.

We issued our earnings release a short time ago, filed the related Form 8-K with the SEC, and we've made them available on the Investor Relations section of our website, along with the supplementary investor presentation.

Please note that on today's call, management will refer to certain non-GAAP financial measures. While the company believes these non-GAAP financial measures provide useful information for investors, the presentation of this information is not intended to be considered in isolation or as a substitute for the financial information presented in accordance with GAAP. You are directed to our press release and supplementary investor presentation for a reconciliation of such measures to GAAP.

With that, let me please turn it over to Ragy Thomas.

**Ragy Thomas**
*Founder, Chairman & CEO*

Thank you, Eric, and hello, everyone. Thank you for joining us today. Before we jump to our quarterly results, there are a few things I'd like to share. First is that on July 12, we will be hosting our first ever Investor Day at the New York Stock Exchange. We look forward to seeing many of you in person and sharing more details about Sprinklr's vision and business strategy. The second, you saw the 8-K we filed on May 15 about John Chambers resigning from the Board as of June 14, but remaining as an adviser. We want to take a moment to publicly thank John for his contributions as a Board member since joining our Board in 2017. John is 1 of the most caring and hardest working executives I know. And if anyone deserves a little time back in his life, it would be him. While John will no longer have Board commitments, we are grateful that he will stay on as an adviser and continue to be a coach, a mentor and a friend to all of us.

Next, we are excited to welcome Trac Pham to our Board of Directors. His appointment will become effective on June 15, and Trac will also be a member of our Audit Committee. Trac most recently served as the CFO at Synopsys with a broad remit across finance, business development strategy and IT. Trac is a great cultural fit for Sprinklr, and given his vast experience scaling a multibillion-dollar business, a great addition to our Board. The management team and I are looking forward to working with him and tapping into his products for this.

So let's jump into the results -- to the results of our first quarter. We are very, very pleased that Q1 was another strong quarter that exceeded guidance across all key metrics. Q1 total revenue grew 20% year-over-year to $173.4 million, and subscription revenue grew 24% year-over-year to $157.7 million. With our continued focus on operational efficiency, I'm also delighted to report that we generated $11 million in non-GAAP operating income for the quarter.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These results are driven by a few key things that are top of mind for all of us. First, we believe we are creating a new category of enterprise software for the front office. We call it Unified Customer Experience Management. As we hear constantly from some of the best brands in the world, there's a clear need for a front office platform to eliminate siloed technology teams data and to create seamless customer experiences. As simple as it might appear, these seamless experiences are impossible to create across the multitude of channels, functions, business units and markets that most large companies have and operate in today.

Unified-CXM is differentiated at its core by a unified AI-powered architecture that spans all of these different silos, and it's fueled by publicly available and mostly unstructured data and conversations. And that just cannot be supported by the current CRM and CDP relational database packets. This approach of unifying the front office benefits both customers and brands. Customer experiences improve and brands can reduce costs, mitigate risk and increase productivity for growth.

We recently hosted our first analyst summit in Dubai where approximately 20 well-respected industry analysts joined us and our customers. It was very encouraging to see them speak to our customers and validate our vision. We have made some of their quotes and references available for you in the presentation on our IR website. But 1 quote worth mentioning came from an IDC analyst who said, build on an already robust architecture framework. Sprinklr appears to be set up well to address its ambitious growth plan.

The second point for us is that we are very, very excited to see AI finally become mainstream. As all of you who have been tracking us from beginning and at our IPO, you know that AI has been foundational to our platform from the very, very beginning. It's woven into every fabric of our unified platform. And if you read our IPO prospectus, it should be very clear that it was and always has been a key differentiator for us.

Sprinklr is the system of record for unstructured external and conversational data for some of the best brands in the world. And we've been training over 2,000 AI models with over 100 million training data points in over 100 languages across over 70 industries and sub industries for 5 years. And that accuracy that we're able to achieve with the training, I don't believe can be matched by any other company in our space in the short term.

Our recent announcement regarding Sprinklr AI+ is the next evolution of our AI. Sprinklr AI+ includes generative AI capabilities through an OpenAI integration across all our product suite. With generative AI, our AI becomes even more powerful. We delivered over 30 features, AI features, in our last release. We have another 25 planned for our next. Some of these features include smarter responses, generate recommendations, content summarizations, which help customers with more relevant and specific auto responses and increase agent productivity.

For example, one of our streaming customers improved the agent's acceptance of Sprinklr Smart Responses, which are the suggested responses that we provide for agents, by 300% after we enabled AI+. Every company will embrace AI sooner or later. What I believe will separate winners from losers is whether AI is a feature for you or is it at the core of everything you do. So despite the macro environment, we are very pleased with how we're managing what's in our control with our go-to-market strategy, productivity and execution.

Specifically, we are excited about the progress we are making to make it easier to sell, which has been a top priority for the company. This past quarter, we made several key hires in the service overlay team to add expertise in depth to our CCaaS offering go-to-market, and we continue to verticalize to enable quicker time to value and faster deployments. We are now up and running with CCaaS with a couple of more key industries, including financial services and airlines.

We're also doubling down on our partner ecosystem, and we've recently partnered with some amazing companies like Intelisys and Foundever, which are beginning to result in deals that we've won together in the field. As you all know, partners are critical, especially in the contact center space, and we remain committed to training and onboarding them as rapidly as we can.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ1 2024 EARNINGS CALL | JUN 05, 2023**

And finally, last quarter, we discussed our self-serve offering, Sprinklr Social, Advanced. Feedback has been incredibly positive in terms of how easy it is to use, and the product is opening the door as we anticipate for larger deals. This past quarter, a very large media company actually started with Social Advanced and now in conversation with our sales team to expand to multiple geographies and product suites.

I'd love to provide a brief update on Sprinklr Service and our continued momentum as a disruptor in the CCaaS space. Our vision is to help customers transform the contact center from a voice-focused cost center to a more efficient and effective AI-powered omnichannel revenue center by unifying it with marketing and sales. IT buyers find Sprinklr to be a great fit for their needs as they consolidate point solutions in the contact center stack to a platform that's built on a single code base with a very extendable architecture.

During the first quarter, we saw meaningful CCaaS deals close across all 3 of our primary theaters. During the first quarter, we continued to add new customers and expand with existing customers, including world-class brands like Avis, Garmin, Lululemon, Puma, Spirit Airlines and Wilson. Let me give you a few examples of how customers are currently using Sprinklr, starting with service and showcasing the power of the Unified-CXM platform is an expansion win in Q1 with a top 5 global technology company, which renewed and expanded their business to over $15 million in ARR with Sprinklr.

They are now using 40 Sprinklr products across all of our product suite in over 13 languages. Sprinklr Service is now a critical part of the deployment at this client, enabling guided workflows, knowledge bases for agents, customers, video chat, co-browsing and AI-powered agent assist capability like smart comprehension pairing and responses. Through Sprinklr, this client can now detect issues within 5 minutes as opposed to the 30 to 45 minutes it used to take previously, enabling them to expand their support coverage and improve their SLAs through increased actionability, AI and automation.

Another service story is with Americana, 1 of the largest restaurant companies in the Middle East and Africa. Americana originally began partnering with Sprinklr to build out an actionable voice of the customer and customer service program. This program gathers life actionable voice of customer insights across all digital and voice sources to provide enhanced resolution. This -- our platform and the implementation of it has helped Americana reduce response time now to minutes. With the expansion last quarter, Americana now has implemented Sprinklr across 10 brands in multiple countries across several thousand restaurants.

Another example is a new logo, Hilti, a leading multinational manufacturer company with over 30,000 employees, who signed interestingly a 7-year deal with Sprinklr as a new customer using -- to use our Insights, Social and Marketing solutions. This is an amazing example and a testament to how strategic Unified-CXM is for large enterprises.

Another example is the expansion of a strategic partnership with Roche, 1 of the largest pharma companies in the world. Using Sprinklr, they have now laid the foundation for global intelligence teams to provide holistic insights across social, digital and traditional media, including print and broadcasting stations. The consolidation and analytics based on real-time data display is -- it plays a key role in Roche's vision to become 1 Roche as it enables diverse siloed stakeholders across the pharma and diagnostic divisions in over 100 countries to make informed decisions and proactively respond in crisis situations. And obviously, it's driving growth and optimizing strategies.

Before wrapping up, I'd like to take a moment to celebrate our incredible engineering team, who as always make all of this possible. Their speed of innovation and dedication continue to differentiate Sprinklr in the marketplace.

In closing, we are very pleased with our start to FY '24. We are encouraged by the engagement and momentum we're seeing from customers, industry analysts, influencers around 3 things. First, a new category of front office software. We call it Unified-CXM. But the simple idea of the teams in data and technology and customer journeys has to be unified at the architecture level and that disconnected set of point solutions won't work. Two, AI is well on its way to be mainstream, and customers are super excited with our AI-first approach and generative AI plus integrations that give them what I think is customer-

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

facing superpowers. And our focus, lastly, third, our focus on efficient execution, which is helping us drive strong momentum across our product suite.

We remain committed to our vision of becoming the world's most loved enterprise software company, innovating for our customers, succeeding with our partners and delivering shareholder value, and in the long term, executing for growth and continued profitability. Thanks to our customers, partners, and our employees for the hard work and results, and thanks to our investors for believing in our vision.

Let me hand the call over to Manish.

**Manish Sarin**
*Chief Financial Officer*

Thank you, Ragy, and good afternoon, everyone. As you heard from Ragy, we're pleased with our start to FY '24. For the first quarter, total revenue was $173.4 million, up 20% year-over-year and above the high end of our guidance range. This was driven by subscription revenue of $157.7 million, which grew 24% year-over-year, also above the high end of our guidance range. One of the key drivers of subscription revenue outperformance was the timing of new bookings, which was front-loaded in Q1, and the commensurate benefit to Q1 subscription revenue was approximately $2 million.

Services revenue for the quarter came in at $15.7 million. Our subscription revenue-based net dollar expansion rate in the first quarter was 122%. As we have discussed in the past, the NDE statistic is not something we monitor as part of growing our business, but is a byproduct. As macroeconomic conditions moderate renewal rates and customer upsells and new logo acquisition continues to increase, we expect NDE to moderate in the coming quarters. Our current expectation is for NDE to settle in the mid- to high teens percentage range over the next few quarters. As of the end of the first quarter, we had 115 customers contributing $1 million or more in subscription revenue over the preceding 12 months, an increase of 7% sequentially, which is a 28% increase year-over-year.

Turning to gross margins for the first quarter. On a non-GAAP basis, our subscription gross margin was 82.8% as we continue to drive efficiencies in our cloud operations, leading to a total non-GAAP gross margin of 76.2%. We continue to generate efficiencies in sales and marketing and have shown consistent improvement in S&M spend over the last several quarters. Sales and marketing expense in the first quarter is now 48% of revenues compared to 56% in Q1 of last year. This is an 800 basis point decrease year-over-year. The sequential increase in S&M spend in Q1 compared to Q4 of FY '23 is largely attributed to sales activities slated for the start of the year, such as sales kickoff, as well as costs related to the Q1 restructuring we had discussed on the Q4 earnings call. We also realized operating leverage from G&A, which decreased by 100 basis points year-over-year.

Turning to profitability for the quarter. Non-GAAP operating income was $11 million, equating to a non-GAAP net income of $0.06 per share. This 6% operating margin for the quarter was a result of revenue over performance, improved gross margins, coupled with operating expense discipline across every department, and is the third consecutive quarter of non-GAAP profitability. It is also worth noting that in Q1, we had approximately $3 million in tax credits related to the release of valuation allowances in our Brazil and Japan entities. Had we not realized these credits, the tax provision in Q1 would have been approximately $2.2 million, in line with our prior guidance.

Lastly, on the topic of profitability, for the first time ever as a publicly traded company, we posted positive GAAP net income for the quarter totaling $2.8 million or $0.01 per share. While we were the beneficiary of onetime tax credits allowing us to achieve GAAP net income profitability faster than expected, we remain committed to achieving GAAP net income profitability on a full year basis for FY '24.

In terms of free cash flow, we generated $14.3 million during the first quarter and 8% margin compared to an adjusted free cash flow of $6.2 million in the same period last year. This cash flow generation contributed to our very healthy balance sheet, which now stands at $604.4 million in cash and equivalents with no debt outstanding. Calculated billings for the first quarter were $170.5 million, an increase of 23% year-over-year.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ1 2024 EARNINGS CALL | JUN 05, 2023**

As of the end total remaining performance obligations, or RPO, which represents revenue from committed customer contracts that has not yet been recognized, was $708.1 million, up 23% compared to the same period last year, and cRPO was $478.8 million, up 19% year-over-year. The sequential decrease in RPO and cRPO can be attributed to a handful of large multiyear deals that are up for renewal in Q2 and, therefore, not included in both RPO and cRPO.

Moving now to Q2 and full year FY '24 non-GAAP guidance and business outlook. As you heard today, long-term demand trends and engagement for Sprinklr remain strong. However, we recognize that the macroeconomic environment continues to be uncertain. And our current assumption is that the broader macro trends from the last few quarters are likely to continue throughout FY '24.

For Q2 FY '24, we expect total revenue to be in the range of $172 million to $174 million, representing 15% growth year-over-year at the midpoint. Within this, we expect subscription revenue to be in the range of $158 million to $160 million, representing 20% growth year-over-year at the midpoint.

As we had mentioned on the Q4 earnings call, we expect approximately $30 million in Services revenue in the first half, equating to approximately $14 million of Services revenue here in Q2. Concurrently, we expect Services margins to dip here in Q2, driven by our ongoing investments in CCaaS service delivery and managed services, such that our overall services margins for the first half of FY '24 are effectively breakeven, consistent with our commentary on the Q4 earnings call.

We expect non-GAAP operating income to be in the range of $11 million to $13 million, and non-GAAP net income per share of $0.04 to $0.05 per share, assuming 270 million weighted average shares outstanding.

For the full year FY '24, we are raising both our subscription and total revenue outlook for the year. We now expect subscription revenue to be in the range of $649 million to $653 million, representing 19% growth year-over-year at the midpoint. This is an increase of $5 million, which represents the full magnitude of the Q1 beat and the subscription revenue guidance raise for Q2.

As we alluded to on prior earnings calls, we have been investing in making our products easier to implement, and therefore, accelerating the time to value for customers. In addition, we have also been cultivating a partner ecosystem around delivering our product suites such that we expect our service delivery partners to take on a larger proportion of the Services revenue attached in delivering our product.

In light of these dynamics, we are reducing the FY '24 Services revenue guide from $66 million to $62 million. With this change, Services revenue for FY '24 will be approximately 9% of total revenues. We expect total revenue to be in the range of $711 million to $715 million, representing 15% growth year-over-year at the midpoint.

For the full year FY '24, we are raising our non-GAAP operating income estimate to now be in the range of $51 million to $55 million, equating to a non-GAAP net income per share of $0.19 to $0.21, assuming 273 million weighted average shares outstanding. This implies an approximately 7% non-GAAP operating margin at the midpoint. Note the increase of $10 million at the midpoint represents the full beat for Q1 and the accompanying raise for Q2.

In deriving the net income per share for modeling purposes, we estimate $13 million in interest income for the full year with $4 million of that to be earned here in Q2. Furthermore, a $6 million total cash provision for the full year FY '24 needs to be added to the non-GAAP operating income range just provided. We estimate a tax provision of $2.5 million here in Q2. We are tracking to be GAAP net income positive for the full year FY '24, consistent with our comments on the Q4 earnings call.

Billings in Q2 are expected to grow in the high teens, growing slightly slower than subscription revenue, but faster than total revenue. We expect the Q1 beat and any Q2 upside in billings to flow through for the full year FY '24. For modeling purposes, I would assume the same billing seasonality in FY '24 as in FY '23.

With respect to free cash flow, in Q2, we have a large annual payment due to 1 of our public cloud partners. As such, Q2 free cash flow is expected to be negative and coming around negative $15 million. Consistent with our prior commentary, we expect to be solidly free cash flow positive on a full year basis.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ1 2024 EARNINGS CALL | JUN 05, 2023**

This is Noah on for Pinjalim. Just for the first one, you launched the self-service product at the end of March, which should really help with the top of the funnel dynamics. Can you just maybe provide some more additional color around the new self-service products and just the uptake there?

**Ragy Thomas**
*Founder, Chairman & CEO*

So we are -- it's been -- like we said last time, it's been a fairly controlled rollout because what we wanted to do is get the product and the dynamics of someone using the product right, which I'm very happy to report that the feedback is very, very strong. We are now in the process of increasing the reach using traditional and digital marketing capabilities to get more people to that top of the funnel to try. It's working really well as companies in our target market, who are smaller teams going on there, trying and testing out and giving us great feedback. And I'd say, over the next 2 to 3 quarters, we'll be putting more resources and more focus on that to build that out as a very, hopefully, potentially big lead generation and try before you buy channel.

**Noah Ross Herman**
*JPMorgan Chase & Co, Research Division*

Great. And then just a quick follow-up. Relates to the macro, it sounds like that the environment has been relatively consistent. You did call out some moderation in the retention going forward. Could you maybe just unpack that a little bit for us?

**Ragy Thomas**
*Founder, Chairman & CEO*

So we've always said that -- I think for the last now 3 quarters, we've consistently said that the environment is steady. So what we're seeing is more scrutiny, careful spend, measured spend, more people approving deals, and that continues. We're not seeing it change. What I'd point out is as we get into CCaaS, get into the partner, unlocking the partners, as you probably know already, CCaaS deals take longer. There are very formal RFP processes and multiple stakeholders outside consultants and lots of people involved. And change management is a huge deal in that space.

So as we lean more, you're going to see sales cycles increase a little bit, but we don't think it's a macro thing. But we're seeing strong -- very strong reception. We're running several proof of concepts, and we're able to show agent productivity and average case handling time reduced by 20%. Agent productivity go up by 30% in many cases. So it's very promising. Now we got to get scale and get a few deals through the sales cycle.

**Noah Ross Herman**
*JPMorgan Chase & Co, Research Division*

Congrats on the quarter.

**Operator**

Our next question comes from the line of Elizabeth Porter with Morgan Stanley.

**Elizabeth Mary Elliott Porter**
*Morgan Stanley, Research Division*

I wanted to ask on generative AI, just given how topical it is. We've seen a lot of interesting press releases across the broader landscape, specifically for generative AI, including Sprinklr's own AI+. So how do you view what generative AI capabilities really become table stakes versus real incremental monetizable solutions? And how should we think about the road map for new gen AI features? And what forms of monetization make the most sense for Sprinklr?

**Ragy Thomas**
*Founder, Chairman & CEO*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

those other -- replaces a ton of point solution, somewhere between 5 and 25, and connects to the other 3. And that is the stated stack.

Let me now switch gears and talk about how we see the cloud providers. Now it's very interesting the way the market is moving. The infrastructure providers are going to keep coming up the stack. And so you'll see the market with the past players, the communication service providers and all of that. I think that's -- they're going to bleed into each other. We're coming from the very top of the app stack. We're a pure-play application player operating system play. That's -- it's all code. It's all software. We have no data aspirations with -- it's all license-based, and it's all part of the architecture. And we're agnostic across channels, and we provide a unified way to communicate across channels and business units.

So I think they will eventually connect, but right now, it's a great complement to each other. So we see ourselves as great partners to Amazon, great partners to Microsoft, great partners to Google, and we actually do several deals together every quarter. Now obviously, do they bleed into each other a little bit? Yes, possibly. But in the front office, you're going to see everybody bleed into each other. And I think what I would bet on if I were you is a truly platform architecture. Because invoice engineering is pretty tough to pull off over the long run.

### Operator

[Operator Instructions] Our next question comes from the line of Tyler Radke with Citi.

### Tyler Maverick Radke
*Citigroup Inc., Research Division*

I wanted to just ask you about how you're seeing some of the large renewals shape up. I think you talked about some large renewals expected here in Q2. Some of the other larger front-office players have talked about some renewal pressure. We've heard anecdotes of shelfware and seats that have gone undeployed. How are you expecting your renewal rates to trend? And if you could just remind us on the composition of your revenue base that's seats-based or -- versus usage- or interactions-based?

### Ragy Thomas
*Founder, Chairman & CEO*

Okay. So there are 2 questions there. The first 1 is, what are we seeing in our larger deals in terms of renewal? Well, now I'll tell you, once you buy into the Sprinklr approach, we keep growing. And true story now, we have customers who call us first before they go put out an RFP or open it up to a point solution and say, hey, do you guys do this? Because they've bought into -- they've tuned to AI models. They've set up the governance. They've got the analytics. I'll give you an example of a very, very large as a top 5, probably top 3 tech company that expanded their marketing services with us.

And the idea was there was an agency breach that happened and issue that resulted in ad spend that was not governed and approved. So they just paused spending until everybody got on Sprinklr, so that they can be compliant, right? And so they can have governance and visibility and they can have a global editorial calendar. So I can confirm to you, and you know we had 1 customer that paid us over $15 million. And if you count the number of customers that are paying over $10 million, that's going up as well. And so we will share more details on our Investor Day, but we love what we are seeing at the very top of the market, that we love it. We love that. It's just cementing our position as the third or fourth platform.

Now you also know we've been obsessed unlike many other companies about value delivery in our aspiration to try and build a company that people are going to love. So value delivery is super, super important for us. Everything is backed up by a business case. And so we're not seeing the shelfware compression that you're seeing. We're seeing it as well from -- for -- our customers are telling us they are seeing shelfware compression from other vendors, thankfully. And fortunately, that's not us.

### Tyler Maverick Radke
*Citigroup Inc., Research Division*

That's helpful. And then are you able to talk about the mix of revenue versus interactions or usage?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPRINKLR, INC. FQ1 2024 EARNINGS CALL | JUN 05, 2023

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes. So we don't really have any usage-based pricing at the moment. So we'll have flat enterprise products that you buy like some AI SKUs or you have seat-based license that you buy or you have tier-based. Like, for example, our Insights product is based on how much -- what tier of data are you consuming, right? So I don't know whether that qualifies as usage. We think of it as you're buying a license. So it's not like if you don't use all of that, you get money back. But you just jump first into a different tier if you go. So they're committing to a license always, and I think it's a pretty good mix.

Our Insights product's all based on AI and quantity of data that they ingest and process. Our CCaaS is -- again, we have community products and knowledge-based products and other things that are license-based, and then you have the contact center that's seat-based. And we're very open to other pricing models there as well like flat fee and enterprise license models. So it's a healthy mix. I couldn't tell you exactly how that is split.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Okay. No, that's helpful color. So then I wanted to just follow up again on the contact center wins. It sounded like you saw some large ones in the quarter. You talked about some airlines and financial services. Did I hear you correctly that are you -- in those larger deals, are you kind of complementing them initially? In other words, you're not displacing 1 of these large incumbents in terms of the seats. You're kind of complementing with the potential road map or optionality to displace them longer term. Or -- was just curious on those 2 examples, kind of your role.

**Ragy Thomas**
*Founder, Chairman & CEO*

Both, both, both, Tyler. So we have -- our typical route is we're the digital care solution that start with social plus digital, right? It used to be social, now social plus digital. And that's where they first kind of see the power of our AI agent productivity, time to respond, all of that gets better very quickly. And I can also confirm that we have several early pilots, conversations, proof of concepts with large wall-to-wall plays. And we're very invested in it, which will be a drag on short-term bookings, right, because these are larger longer-term plays and there's significant people and resources being committed to moving that along.

Our hope and aspiration is -- we publicly stated is to become a pretty serious material CCaaS player. And so that requires us to kind of overinvest early on. So the fruits of that labor will probably take a few quarters. But we're able to show remarkable business results, Tyler. So that's that -- we know that's the right strategy, and it allows us to put our head down and not think about this quarter or next quarter, but think about the next 3 to 5 years.

**Operator**

Our next question comes from the line of Michael Turits with KeyBanc.

**Michael C. Vidovic**
*KeyBanc Capital Markets Inc., Research Division*

This is Michael Vidovic on for Michael Turits. You talked about the early traction you're seeing with the self-service offerings, but is there any indication at this point that it will help you move down market, call it, longer term? Or are you really just seeing these products help you land the 43,000 customer count you talked about earlier?

**Ragy Thomas**
*Founder, Chairman & CEO*

Michael, more of the latter. We are not looking to go down market. Let me be very, very clear. So if you are coming to a website, we're actually not contacting anybody who's not in our target list of 43,000 companies. So it's not that people wake up and go find us, right? And some day, we'll be ranked very high

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.