# EXHIBIT 13

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM

# Analyst/Investor Day

**Wednesday, July 12, 2023 3:00 PM GMT**

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 27

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Eric Scro**
*Vice President of Finance*

Good morning and welcome to Sprinklr's 2023 Investor Day. My name is Eric Scro and I'm the VP of Finance here at Sprinklr. It's great to be with you today from the New York Stock Exchange. Thank you for joining us. We have a full agenda planned for you today, as you could see up on screen. Before we begin, I want to remind everyone that today's event will be webcast and recorded for future playback. Information pertaining to our forward-looking statements as well as a reconciliation of our GAAP to non-GAAP financial results will be available on our Investor Relations website.

Before we start, we have a short video. Please enjoy.

[Presentation]

**Eric Scro**
*Vice President of Finance*

Thank you. And ladies and gentlemen, please now welcome to the stage, Sprinklr's Founder and CEO Ragy Thomas.

**Ragy Thomas**
*Founder, Chairman & CEO*

All right. I got some props and stuff here. It's so good to see all of you in person. You all look kind of same as you look on Zoom. I think I've met most of you on Zoom and it's good to be back here and see you all in person. So welcome to our first -- very first Investor Day. And I think -- if you think about the best gifts that anybody can give anyone else, I think time and attention are the top 2, at least in my mind. And so I want to thank you for giving us your time and attention today. I have 20 minutes or so. And my goal is to communicate 3 things to you. One is, what is it that we sell. And how did we get here? And kind of where are we going with this? Two, is to help you understand that we believe that Sprinklr is the fastest way -- is the music intentional? Okay. I can hear some music. I don't know. Can you? Okay. That's good.

Sprinklr is the fastest way you can get AI across your front office. And I'll tell you why that is important. And lastly, I want to talk to you a little bit about the ethos of what Sprinklr is and what we believe in, outside of what we're trying to build. So look, we came out as a public company in a very crowded, noisy market. And I believe that we didn't have a chance to articulate what is it that we really do and have the investors really understand it. And I believe that if you understand the problem and you understand how we're approaching it, the solution, I believe for the discerning long-term investor, we are creating a very compelling opportunity and that's what we hope to accomplish today. I have with me a giant poster that we made, okay?

You guys are familiar with LUMAscape? On this -- on the top, we just added some customer-facing functions. Customer service is one. You've got marketing, you got research and insights, you got sales and engagement. So if you are a large company, let's say, you're Microsoft, you're Samsung. And I don't know, how many contact centers do you think Microsoft has around the world? And you're a guy, let's say, in Philippines, putting together a contact center. How many RFPs do you think you have to do to put the stack together? That's just this. That number is [ 13 ]. If you want to get your marketing stack going, how many RFPs do you think you have to do, even if you have Salesforce and Adobe. That number is probably 5 or 10. There are 63 subcategories here, 63, 6-3. And you might think, well, somebody can do 40 RFPs every 2 years. The number is not 63. Microsoft Dynamics in North America is going to do 25 RFPs.

In Europe, some -- most of them have a different CRM system. If you are Diageo, with 200 brands in 185 countries where you're spending money in every market for all of these things, everyone is doing their own thing. What is the problem when everyone is doing the whole thing?

Do you agree that in the front office you've got to see who you we're speaking to. Who is buying Xbox, is the same guy who has an Office 365 subscription? If I go from -- moved from New York to Toronto, can I see that it's the same person. If I switch from phone to live chat, can I see that it's the same person? If I can't, how do I get the same content, if I learn something in Brazil, that's wrong with my product, the tickets are going up, what does it take for me to get it into my call center in Toronto or in Jersey, if you're Samsung or in Korea. Do you understand this is a big problem? We live this problem. If you're a large company, if you're any one of the 43,000 companies that we target, this is a very real problem for you.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is after the fact, it's relational data, that role that data looks like this. I can take all the data that's in my Salesforce system, and I can put it in Google Cloud and pay $200 a month. They just thought it was a big problem, not anymore. What I want to help you understand is, the enormous amount of data that's out there today, 4 billion people are online.

I can look you up online. I know where you went to school. I know who your friends are. I know who you work with. I probably can find out when you got married, what your kids look like, how long can we ignore that data, right? And that is what we call as external, that's CXM data. We are the purveyors, it's not -- you can use it. You don't own it. You don't need to own it, to use it. And it's conversational. It's unstructured. It's in hundreds of languages. This is the technology we've been building for 13 years, very unsexy but very hard core. So makes sense. Right. So there are 3 core differentiators that we have. First is the fact that we are a platform, truly omnichannel, centralized governance, unified front office architecture. All of that but 1 single instance platform with all these capabilities; 2, before AI was sexy. And I'm sure some of this, as ChatGPT's volume goes down, we will forget that this was a buzzword. But there are companies that are AI-based and companies who are not and you will learn why Sprinklr is going to win.

And AI is about 3 things, guys. It's not an OpenAI integration. AI is about; a, models. Do you have engineers who can create, optimize and tweak models? Two, do you have data that you can train it on? We've been training for 5 years, at some point, we had hundreds of consultants annotating and training. And third is the feedback annotation, feedback loop. When -- in Sprinklr, when our AI says, your message is not on brand and you don't choose it. We give you a smart response as a contact center agent and you don't choose it, that feedback goes into Sprinklr right back and makes AI better.

And lastly, as an enterprise company, we sell to the largest global companies who know how to buy enterprise technology from the very beginning. Security audits, there are people from banks here, 13 of the 14 largest banks are our customers. Pharmaceutical companies, CPG companies, 7 of the 8 largest CPG companies are our customers. All 10 of the 10 biggest brands in the world according to Forbes are Sprinklr's customers. About 85 of the top 100 are -- we focus on revenue. We start with increased quantifying growth, taking out costs, managing risk and that's how these customers renew. And there's a growth [indiscernible].

You can start with one product but then you learn and I'm going to tell you what the Sprinklr philosophy is, ethos is but you'll learn that we obsess about customers. I did 300 meetings last year. And every customer I meet, I give them my cellphone number. And I say, "Call me if you're ever, ever upset. If you think we b********d, you call me." If you want to buy, our team will take care of it. My CTO flies over. We have, [AK], one of my engineers will be here. We've flown him with a one-way ticket to one of our customers, early on and we told him don't come back until the customer is happy.

If you know other enterprise software companies that do that, buy their stock, right? But they learn it. We're not 100%. We're hiring -- sometimes it's not perfect. We'll find out, we'll fix it. The ethos of this company is very, very, very different and very deep. And we focus on value. And if you do that and you put these workflows in place, you have cosmetic companies in France, they go, "Oh, this is great. It's working amazing for France. Why isn't the U.K. doing it?" Why is my other business unit -- because the power of this shows up and then you go from market to market, business unit to business and then you go, what other product can they buy.

And on an average, we release 300 to 600 features every quarter. Today, we have a product payload of over 25 -- maybe $25 million to $50 million of product payload we can sell somebody. Now obviously, you're going to look at numbers and say, go to market, something will crack. We're putting the same obsession onto it. I don't know whether it's going to take 2 quarters or 20 quarters but we'll be here until it's done. So 43,000 companies are in our target market. We started out trying to solve it for the biggest companies, the most complex problems. We figured that's easy to make things simple once you handle the complexity, which I think we have. We focused on companies over $1 billion as we got started. And then we realized that companies under $1 billion with the potential to get over $1 billion, have the same problem. So we just extended down but we're not going after small companies. If we pick a customer and we now have customers who have $100 million in revenue that's paying us north of $1 million.

If you can talk to SimpliSafe, one of our customers. You can see the power of unification, how soon you need it. Well, if you're not growing, you don't think you're going to be a big company, you shouldn't buy Sprinklr. There are plenty of SMB solutions you can go -- you don't really understand -- you don't have the problems we're solving. But when we do, if you're a company that's spending $50 million on content and media, if you're a company with over 50 customer service agents, if you're a company whose product road map depends on what customers like, then I think you need Sprinklr. I think this 43,000 companies need Sprinklr. We're 1,000 down, 42,000 to go. That's the way we think about it. Around the world, because our customers are, most of them are global implementations, a partner ecosystem that's developing as we got into the CCaaS space that's taken a life of its own.

We have 12 verticals that are a priority that makeup of 80%, 5 that we've prioritized. So that's really our story. That's who we are. That's how we got here. I wish I could say all this at IPO. I think the people who understood didn't believe us. And we're not the company that you look quarter-over-quarter. Like, how do they do and then try to extrapolate back. We're a company you look every 5 years and go, how did I miss that? That's what we want to build. That's what we wake up doing every day.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sprinklr AI, it's the fastest way to deploy AI across your front office. You want to get AI to your agent in a point solution, go buy an AI point solution. If you realize that, i.e., whenever somebody complains about luggage, you need to understand the airport. And once you understand the airport, you need the time, is it at the origin destination, there's a lot of AI that we've built for every industry. But once you do that, you go, I want to pick it up from a blog. I want to get it in my contact center. I want to know it in my marketing. I want to know -- my competitors are doing it. How do you get it across the world, across markets, across business units? How do you get it across functions if you don't have Sprinklr? Help me understand, how do you do that? I don't know how. That's why we're building this. Across the front office for every customer role, if you want to get AI and our AI is not -- we didn't start 6 months ago. We've integrated -- we have a lot of respect for OpenAI, amazing. Generative AI is going to give our AI wings. We're already seeing that adoption is up. It becomes a lot more real.

But we have built thousands of models, many -- for most industries, many for our customers, personalized. We make over 10 billion predictions a day, over 100 million data points, in over 100 languages. In many cases, we achieved -- we're able to achieve near human accuracies, some of the best AI companies in the world are our customers. Now we're not saying we have the best AI. Let me be very clear. That's not what I'm saying. We're saying for conversational purposes, for the front office, we've trained our data, our AI models on more data than most people have and it's more accurate when trained with our models. And we can prove it and that's why these customers, some who have their own AI choose to use the Sprinklr AI.

And then, look, there are companies that have an OpenAI integration and have announced a AI strategy. There are companies that have introduced a AI product and there are companies who deeply embedded AI into how they think. And I'm sure, Google is here today. Tesla, they are few companies that have just got it in their DNA and we're one.

And this is what I would love to close with. I was reading the book on Amazon, which is fantastic. People look at Jeff and go, well, he [indiscernible] around for breakfast and that's how he built a great company. Look at what they did when they were starting out. Look at the period, I don't know how many years there's, people thought they would go bankrupt. That's what I want you to look at. I wanted to look at the years where Tesla went almost bankrupt. I want to look at the conviction in the team's eyes, collective eyes, when they go through that. When you think I am building the biggest selection on the planet, the cheapest prices on the planet and I am obsessed about customers, first principles. That's what I want you to think about when you think Sprinklr. We are building a new category. I think it's going to be the future. The evolution of what CRM is going to be.

CRM is going to be there forever. We connect to CRMs, be very clear. We're not trying to replace CRMs. We're trying to connect to it and we are trying to create an operating system, a connected platform at the edge where you meet the customer in the brand, in an ad. I'm not doing this to be cool, okay. I think it's rappelling and making some noise. And so obsessing about customers, it's in our DNA. We're trying to create the world's most loved enterprise software company. Most loved in enterprise is a rarity. People buy enterprise software because they have to, not because they love and we want to change that. It's not very hard. If you look at the giant enterprise software companies and the customers I talk to, love is not the word that comes up with enterprise software and we want to change that. We want to make it really personal and human.

And so we don't -- the vision is very clear. It's like we've plugged that vision into our GPS. We know where we are going. But we make a left turn here or a right turn here is driven by what customers say. We have a product development process. Started with 3 customers, make it work for them. They're happy, rolled it out to a few more, before we rolled it out to everyone. That's how we get that right. That's how I know we don't go wrong. We don't do free [indiscernible]. People pay because the product -- this category is just emerging. And some of you have started lumping front office software together. Analysts, the Gartners and Forresters beginning to do it. I think we're going to do this sooner or later. I'd like to see that start now.

And for us, customer obsession starts when, after the sale, right, checking in, making sure they get value, they're consuming the software. And we have a process. We don't do NPS. The reason we don't do NPS is we don't want to know whether you'd recommend this. We ask you, every customer, every quarter, every month, depending on the size of the customer, we ask them, how happy are you with Sprinklr. That's it. If you give us a 10, it means you're so happy that you're telling your kids about Sprinklr. They're like [indiscernible] I don't know why you're bothering me with this stuff. And 0 means you fired us and we didn't know it. And if you don't give us 10, we ask you what are the 3 things we can fix, 3 things. We get it prioritized, goes into a product development process, every week regionally, it gets escalated.

Early days at Sprinklr, I would say, there's only 1 meeting you cannot miss. At Sprinklr, it's called CDAP, where you wouldn't miss it. And I'd say, if you're attending your own funeral, you can miss the meeting, otherwise, you're on. If your customer is unhappy you're on. I'm not -- I don't get upset at most things. Most of you know that I only curse out of excitement. But if a customer is unhappy and you're not jumping up and down to fix it, I will get upset.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

That's baked into Sprinklr, that's what I'll close with. We're trying to create the world's most loved enterprise software company. Our mission is to enable every organization on the planet to make customers happier. How do you make anyone happier? You have to be where they are. You have to listen to them, you have to understand what matters to them. You have to do work across everything you can to make them happy. And that's what we do. Happiness cannot be bought. But you can have your best day in your life and the worst day in your life and someone can try to make you happier, that's what happier for us. And our strategy to do that is to create this category. It's very ambitious. I won't fault you if you said it's too hard to do. You should but keep checking on us every few years because I think I got the world's best team on it and we're not going to quit. Thank you so much for your time. I'm excited to be here. Amazing to see you all in person.

**Eric Scro**
*Vice President of Finance*

Next up, we have Sprinklr's Chief Technology Officer, Pavitar Singh.

**Pavitar Singh**

Thank you, Eric. Thank you, Ragy, for that session. It's always a hard act follow Ragy. I'll try. Now today, I'm going to talk about 3 things. First, I'm going to spend -- dig deeper into our architecture, how we have been building these products. Second, I want to spend some time deeper talking about our AI. What we have been doing for the last 7 years and what we intend to do over the next few years. Then I want to talk about our unified CCaaS platform.

Now let me remind -- when I met Ragy, almost 11.5 years back, these are the 3 things he told me that, Pavitar, in this platform, there are 3 things I'm expecting you to build natively. First is omnichannel. And the reason omnichannel is important is, let me take us through a journey. So remember, when we go maybe 30, 40 years back, voice came and we were communicating using voice with each other and then brands followed and started using the technology. And then they bought voice service software for contact service. They bought sales software to do voice. Then e-mail came along as a channel. Then companies started providing e-mail solutions for service, for marketing. Then web came and the live chat came as a channel, then social came. And when social came, it was 30 other channels, it was just not 1 channel. And these channels will keep coming, [indiscernible].

It took 5 days to reach 100 million users adoption, right? And almost every brand is adopting the channel as we know of. And brands are going to expect solutions in order to work on those channels. Now you cannot keep up -- we cannot have 1 new startup, [indiscernible] for 1 new channel to solve 1 front office function. It's unmanageable. It's unmanageable to deploy. It's unmanageable for customers because then when they will switch channels, they'll need to repeat themselves. And even today, 2023, when we call any contact center, and by any chance we disconnect that call, we call them again, we have to restart, right? It's 2023. Why is that happening? We believe the fundamental reason is, it's not being architected right. And that's what we are trying to address.

Second thing, we wanted to fix in our platform and built like that was omni functional. See, when brands needed to scale, when enterprises needed to scale, it made perfect sense to do a functional approach. Let me scale my marketing teams. I will have a marketing head. I'll build a marketing function. Let me scale my sales team. Let me scale my customer service team. But guess what, customers or brand do not see like that, today I want to talk to marketing or tomorrow, I'm going to talk to sales, no, they see 1 brand. They want to have 1 consistent brand experience across all your functions. You need 1 platform to do that.

The third part was, when you're a large company, you're going to operate in multiple geographies. Now guess what, in every geography, you cannot buy 1 point solution for 1 channel, then you need 100 different e-mail technologies just to do customer service, 100 e-mail technologies just to do marketing out there, then how are you going to connect, how are they going to share knowledge with each other. It's a mess. And that's what we wanted to address. So when we say 14-year platform, right from day 1, I remember, when we started writing our initial code, I wrote some of our initial code, as always, we are going to build a platform. There is no other way we can go and build 30-plus solutions today and maybe hundreds in future decade as we look forward to because we believe point solutions are not serving our brands fine.

Now let me take a deeper approach and let me spend few minutes on unified data model and the reason it's critical. What we did, first piece which we did. And I remember first line of code I wrote was universal profile. I said, it does not matter if a customer reaches out to you on Twitter or LinkedIn or e-mail or voice, it's just 1 customer. You should be able to represent that in universal profile. We were having customer 360 natively embedded in our data model. Universal message, any interaction, which happens when a customer reaches out to a brand, either if they're complaining on any channel, it gets modeled as universal message. And if as a brand you're communicating back that also is a universal message.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have only 1 product suite. Now of course, it isn't the same customer. We've been obviously adding new customers that have bought 1 product suite. And the prior years, as customers bought 1, being part of us, we've managed to upsell them more during this period of time. But as we dug into this, there is an even more interesting story to tell around customers that have only 1 product suite. So let's take a look.

So let me walk you through this data. So as we look at customers that have only 1 product suite in FY '20, 65% of those customers that had only 1 product suite had bought Social or Insights. 19% had Service. If I fast forward 3 years, look at the proportion of those customers that have Sprinklr Service. And what this is telling you is we are becoming successful at starting that customer in our unified CCaaS platform. As we have developed a much broader product set in unified CCaaS, we are getting invited to the table for a lot of these RFPs that wasn't the case in years gone past.

So again, just to wrap up the customer journey, accelerating new logo acquisition, the ability to sell multiple products in the initial sale a demonstrated ability to upsell accounts once they're part of the Sprinklr family. And now it demonstrated ability to sell starting with Sprinklr Service before we are able to sell more products into that account.

So now let me break this out in a slightly different fashion, which I think will capture what Paul was referring to earlier. Sprinklr has always been known as a company that caters to the high end of the market, premium customers. And that is a -- that's a true statement. But I think we'd be erroneous in drawing a conclusion that for us to get meaningful revenue from an account, they need to be a Fortune 500 customer. So let me walk you through what this data is showing. At the end of FY '20, and this is publicly reported, but not the breakout, we had 49 customers that paid us over $1 million in revenue. If you break that 49, 29 of those were Fortune 500 companies and only 20 of them were non-Fortune 500 companies. But all 49 of them were paying us more than $1 million in revenue.

Fast forward 3 years. The Fortune 500 number has obviously grown. So at the end of last year, we had 43 Fortune 500 companies that paid us over $1 million. Now to be very clear, we have more than 180 Fortune 500 accounts. So over the next several years, I fully expect many of those would start showing up in the 1 million-plus cohorts. But what is even more compelling is look at what has happened to the non-Fortune 500 accounts. The ones that are meaningful revenue contributors for us, that has grown at a CAGR of 48%. So at the end of last year, the equation had flipped. There were more known Fortune 500 companies that were paying us more than $1 million in revenue.

And I think this goes back to the point that Paul was alluding to earlier, which is as we have really accelerated our new logo acquisition in Vector 2, a lot of those accounts have the opportunity to be massive revenue generators for us. Now this is obviously all on a customer count basis. If you ask me the question, what does this look like on an ARR basis? That 14% would look more like 22%, and the 48% would be more like 56%. So said differently, the same dynamic would hold true, which is non-Fortune 500 companies have become meaningful revenue contributors for us. I wanted to do a little thought experiment with all of you. So we said, okay, so that's great that we are looking at the 1 million-plus cohort. Let's look at our entire installed base. And let's assume for a minute, we get no new logo. What does that installed base opportunity look like? So let's take a look. So I'll walk you through what this slide is. In the column, you see the number of customers buy the product, who has 1 product suite, 2, 3 down to 4.

So I'll go slowly. 143 accounts have 1 product suite. They, on average, pay us $100,000 in ARR. And that is a number in the pyramid. That's that number. All the way down to, as I walked you through 228 accounts that have all 4 product suites and pay us on an average $1.2 million. And again, just for that experiment sake, we said, what if we didn't add any new logos, and we were given our demonstrated ability to upsell existing accounts, looked at these 143 and managed to convert them as an example into 4 suite accounts. That would be an incremental ARR of $1.1 million, which is $1.2 million less than $100,000, times 143 gives you $158 million in ARR. And if you do that across every product suite going from 2 to 4 and 3 to 4, that gives you an incremental ARR opportunity of $1.2 billion just in the installed base. And I wanted to point this out because if I look at the existing ARR in the business, and it's roughly $650 million, we have the opportunity to get this business to be almost a $2 billion in ARR business without adding any new logos.

Now of course, we all know that isn't going to be the case I've already walked you through how we are now accelerating our new logo acquisition. In that initial sale, we were able to sell multiple products right out of the gate. And even if we aren't, we then have a demonstrated ability to upsell those accounts in their journey with Sprinklr. So no matter which way you look at it, there is a tremendous opportunity here, both in terms of new accounts as well as the existing customers in the book of business.

Before I go to the long-term financial model, I did want to reiterate our Q2 and FY '24 guidance. This is no different than what we gave out on June 5. So I won't go through the numbers, but I am reiterating guidance for Q2 and the full fiscal year. So let's look at our long-term financial model. Two sides of the equation. We look at both revenue drivers as well as efficiency drivers. The key things on both sides. First and foremost, platform and product expansion, particularly given the unified CCaaS offering we have. Second, as

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Paul was alluding to earlier, our ability to add new logos, and now we have a dedicated team doing it and obviously selling multiple products in the initial sale. And then thirdly, an ability to leverage the partner ecosystem.

So Sprinklr historically has been a direct sales model. We didn't have much of a partner sort of channel working for us. And now we are putting a lot of muscle behind developing it not just for delivery of professional services, but also as a lead gen and revenue generation engine for us. On the efficiency side, if you look at our subscription gross margins, last quarter, they were 83%, which is best in class as you compare us to our peer group. And we feel very confident, given what Pavitar and his team have built, given the way we bring these products to market, the way we deploy it, that we have incremental opportunity as we gain more scale to improve our subscription gross margins even further. I've said on the last 2 earnings calls that our professional services business is also going to morph.

I fully believe in the next couple of years, we will be shifting more and more to manage this more and more to CCaaS CCAs delivery, all of which carry higher margin. And thirdly, like we've shown over the last 4 to 6 quarters, we will continue to demonstrate even more leverage in sales and marketing. So with all of that said, here's the big reveal.

So let's talk about subscription revenues. We debated internally and said FY '27, which is 3 years from now and 5 years from the IPO seems like the right time frame.

What we are comfortable doing is, at this point, setting $1 billion in subscription revenue as floor for FY '27. Now that would compute to roughly an approximate 16% CAGR between now and then. And just so that we are clear, FY '27 is really calendar year 2026 that ends in January 2027. So it's really is 3 years from now.

So what is baked into these numbers? What we have taken into account is the current environment persists. I have no way of projecting is there going to be a recession? Is there not going to be a recession, there is any number of pundits you find on CNBC talking about what's going to happen next. I didn't feel it was a right forum for me to make one of those statements. So we feel, given what we know right now, if the current environment persists, we are comfortable setting $1 billion in subscription revenue as floor. Said differently, should the environment improve, should sales cycles become shorter, all of that would be upside to these numbers.

Now you'll notice I am not specifically talking about professional services revenue here. And I think that goes back to the earlier point that I made that we fully expect that professional services mix to morph quite considerably over the next few years. We believe it's going to become a lot more targeted, a lot of it driven by CCaaS delivery and managed services, but the quantum of it may not be very much different than where we are today. So I think if you look at the broader picture, it seems to be a much smaller proportion of overall revenues than where we are today. And it just felt like in terms of setting the stage subscription revenue is what we need to be measured against, and we are comfortable putting down $1 billion as the floor for subscription revenue 3 years from now.

Now let's take a look at profitability and free cash flow. So before we dig in, I wanted to just make sure we all understand our rule of 40 is defined as revenue growth plus non-GAAP operating margin. So we've been very clear on that point, but I wanted to make sure all of us are on the same page. On a rule of 40, we were at 27% last year. And we feel fairly comfortable given where we are and all the improvements we are making in terms of operations, we should be a rule of 40 in 3 years' time. So back to what I said, at least $1 billion in subscription revenue and rule of 40 FY '27.

Let's talk about non-GAAP free cash flow. I covered earlier last year, we were $22 million on an adjusted free cash flow basis, which is 4% of revenues. Again, we feel comfortable putting down that we would be in and around the 20% as a percentage of revenue for free cash flow. And just to make sure I'm even more clear, we're going to set a floor of $200 million in terms of free cash flow in FY '27.

Now on all the earnings calls, I've been fairly clear that for us, free cash flow margin trails operating margin, partly because the billing duration for us has remained low. So that's what this assumes that free cash flow margin will trail operating margin, at least by a couple of points.

Now having spoken about where -- what we're going to achieve from a top line perspective as well as where free cash flow and operating income will come out. The natural question becomes what do we do as we become free cash flow positive. So very quickly, as we look at capital allocation, first and foremost, we will always look to efficiently reinvest back in the business. Whether it's new product development, whether it's R&D, whether it's additional go-to-market initiatives, that for us is paramount because as Ragy said earlier, we see an immense opportunity in front of us, and we have a pole position in defining what this unified customer experience management market becomes.

Secondly, we've done some tuck-in acquisitions in the past. And we are in an industry that is highly, highly fragmented. But again, we have a desire to be #1 or #2 in all of our markets. So again, for the right set of conditions, we might be open to strategic acquisitions.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But again, to be very clear, we don't need any M&A to keep growing. There is plenty of opportunity, as I showed earlier, both in the installed base as well as in the market for us to keep growing. But for the right set of conditions, we'd be open to M&A.

And thirdly would be opportunistic share repurchases. When the stock price was low a couple of quarters ago, investors would ask us if we would turn around and buyback stock. And we were always of the mindset that we wanted to increase float, so we could attract newer investors into the shares. As I look out over the next few years, as some of the pre-IPO investors begin to distribute their shares into the market, as we get more newer investors into the mix, we might be open to share repurchases, but it feels like the wrong set of things to do given the immense opportunity in front of us in growing the business.

So all of that said, I know I'm the last speaker, so I'll try to quickly wrap it up and open for Q&A. So as you walk away today, I want you to walk away with 4 key takeaways. Takeaway #1. Sprinklr is a platform that is purpose-built for the enterprise, and we have shown and demonstrated success in land and expand go-to-market. Second, we are the fastest and most effective way to get AI capabilities across the front office. Thirdly, we have become a major disruptor in front office software and are now a key player in the CCaaS market. And finally, from here on out, we will be delivering durable revenue growth coupled with a rule of 40, which is increasing profitability and free cash flow in the medium term. So thank you. I know these were my prepared remarks. Thank you for spending your morning with us. Thank you for being a part of the journey as we build Sprinklr. With that, we're going to open it up for Q&A.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.