# EXHIBIT 16

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM

# Company Conference Presentation

## Thursday, September 7, 2023 6:00 PM GMT

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................... | 3 |
| Presentation | ................................................................................... | 4 |
| Question and Answer | ................................................................................... | 5 |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Good afternoon, everybody. Thanks for joining us on day 2 of the Citi Tech Conference. My name is Tyler Radke. I co-head the U.S. software sector and we are excited to have New York's local Sprinklr here. We have the CFO, Manish Sarin, and then we also have Eric Scro, the VP of Finance. I know you have many titles, but that's the one I closely associate you with.

So very topical, you just reported results last night. There were a lot of positives, there was some of the large deal momentum, the CCaaS momentum. Maybe just level set. It's a been a busy week, so for people that might have missed the earnings last night, what were some of the key highlights that stood out from the quarter?

**Manish Sarin**
*Chief Financial Officer*

Yes, absolutely. So before I talk about the numbers and I hope people can hear me, I'm loud enough. The key takeaways were -- look, we wanted to really make sure investors understood that AI underpins what we do. We started developing our technology on the AI side 5, 6 years ago. We announced a deeper partnership with Google Vertex yesterday. So you can bring your own models, whether it's Google builds, use the Sprinklr models, we do 10 billion predictions a day. So there is a lot of AI that's inherent in the product.

We also spoke about the traction we are seeing in our self-service product. So this is something we had introduced again a few quarters ago. And the whole idea was we can seed an opportunity, allow smaller teams and enterprises to try out the product, give them a 90-day free trial, and that's a nice onboarding ramp for them as they buy the full platform or the full enterprise version of the product. So that's seeing tremendous traction.

We did talk about amazing big wins in CCaaS. We mentioned one name last night, that was Deutsche Telekom, 40,000 seats to be rolled out over in 11 different geographic markets. It will obviously take a little bit of time as this is rolled out over that -- those entire countries, but certainly a huge win for us as we develop a bigger practice in CCaaS. So that was the third big thing we wanted to talk about.

And then financially, we sort of beat guidance on all metrics. Subscription revenue grew 23%. We did raise for the full year as well. Operating margins are moving up. So I joined the company 18 months ago. We were negative operating margins at that time. The most recent quarter, we were at 12% operating margins. Full year guide is around 9%. So we feel very confident in our ability to produce not just meaningful revenue growth, but also couple that with a very healthy financial profile. Anything you want to add, Eric?

**Eric Scro**
*Vice President of Finance*
No, I think you covered all the highlights.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we would have thought a few years ago, right? So as I look out over the next few years, it's hard to say which space or which sector or product line would grow at what pace. But I think all of them, I would assume, would keep growing at a fairly healthy clip.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Okay, makes sense. Not going to make you pick your favorite children, right? So talking about the go-to-market, there are a couple of areas I wanted to hit on. First, just as you think about your success in CCaaS, I mean certainly CCaaS and social, there is some synergies, right, because to be able to serve customers, you have to ingest all this omnichannel information. But in terms of the buyer at organization, especially in the enterprise, where you sit, it often can be different departments in different organizations. So I guess what have you had to do on the go-to-market side to really have that success in CCaaS?

**Manish Sarin**
*Chief Financial Officer*

Yes. I think that's a fantastic question because we were acutely aware that the buyer for our traditional set of products or core products was somebody in the marketing team. And as we are outselling CCaaS in some companies, social care is still with marketing. So that's an easier sell. When you're obviously trying to do a full stack replacement, that is sitting with the CIO as an example. So what we have done is 2 things. One is there is a specialist overlay team today. So that we started hiring, I'd say, about 9, 12 months ago, and they have come from your big CCaaS vendors. They sort of know the lingo. They know how to go about selling the product. They know where the bodies are buried. So they've been a tremendous addition to the sales team and so we have aligned them by what we call sort of divisional leaders.

So in the U.S., there will be several of them, same in EMEA, same in APJ. And the idea there is they work hand in glove with the individual reps in their territories to unearth new CCaaS opportunities. So that's something that's working really well. We're also doing a lot of dedicated contact center marketing campaigns. So just like any other industry, they have their own events, field marketing events. Historically, we hadn't done it partly because it was COVID and nobody was doing any field marketing. Now we've obviously turned on the spigot there. So we are have a lot of these events really pushing the products that we have, really making the buyers aware that we are a credible player in that space. So a lot of that is also happening.

And the third thing I would point out is, you would recall even back from the IPO, Sprinklr is remarkably a direct sales motion. And we concluded, particularly as we look at the contact center space, there are resellers or they're called TSBs, technology solution brokers that are very influential with what happens in that space. So we've been cultivating relationships with these partners. I did reference many of them yesterday. We are in the process of obviously not just educating them on the Sprinklr portfolio, but also enabling them to do all the deployments on our behalf, which is part of the reason I'm -- you'd remember I'm taking down the services numbers for the year because we are super comfortable as these TSMs come online, they can deliver a lot of our products for us.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

And I guess, talking on the similar lines, I mean the Deutsche Telekom going back to that. I mean, how do you just kind of think about the referenceability of them? I imagine that's your biggest CCaaS customer. But do you kind of feel like that could be an inflection point? Or is that kind of more of a one-off and we shouldn't think about that maybe opening the door into larger displacements?

**Manish Sarin**
*Chief Financial Officer*

Yes, I think we need to get to the other side of the deployment before I'm sure...

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Before you take a victory.

**Manish Sarin**
*Chief Financial Officer*

Right. So I think us doing the HDFC deployment has been immense for us. That's opened very many doors. But look, I would bucket all of them in the sort of elephant customer category, if you will. We're not looking to build the business just going after a very big account. So what we have done is -- we've also rolled out what we call our right to win accounts. So you'd remember even from the Investor Day, we spoke about circa 43,000, give or take, customers. And we did a lot of analysis to figure out size of the customer,

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

been woven into the fabric of what we've built from day 1. If you go back to 2018, there's a press release on our website, talking about all the AI-related features that we were building into the platform and various product features as well.

Similar to what I was saying before about the platform being channel agnostic and vendor agnostic, we have integrations with multiple technology vendors today. Open AI and today, Google Vertex being 2 of the latest, that's the model that we're trying to follow. I think we're going to go where our customers take us. If there's certain things that require iteration and the market demands things, I think we're on board to develop those and to integrate those further into the product and various features that we offer.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Great. So shifting a little bit to the cost side. You mentioned Manish when you joined -- relative to when you joined, margins are considerably higher. Maybe just frame for us what were some of the efficiencies that you were able to unlock at the company. I know you're never done finding efficiencies as a CFO, but are we kind of mostly through those initial things you've identified? And how should we just think about the trade-off of growth versus margins as we go forward?

**Manish Sarin**
*Chief Financial Officer*

Yes, I think that's a fantastic question because one of the things we've been very clear in saying is maybe in the past, investments in the company were not entirely thought through the lens of what is unit economics or is productivity per rep improving. And I think we're now just applying a little bit more careful analysis, if you will, before we make any more investments, right? So I don't think one should view it in the lens of, is this a cost versus growth trade-off because we believe we have enough investments in place that should allow us to grow at the rate that we are growing.

So where are we getting all these efficiencies from? Even things like when I said technology solution brokers for CCaaS, that obviously means I don't need that many direct reps selling CCaaS because I have partners doing it for me, right? We look at how do we reduce the intensity in trying to deploy some of these things. I don't need to hire all the deployment engineers because the partners are going to do it for us. So if you see across the board, you'll see sales and marketing spend coming down. And it's because we're just trying to do more with what we have, which wasn't the focus before. If you look at G&A spend, that's around 9% of revenues. It's not bad at all. Maybe we can get another point or 2 over time, but it's not bad and R&D at 11% of revenues is best in class.

So as you look across the P&L, our subscription gross margins at 83%, you'd see that's by far sort of the highest in the front office software space. There is work to do for sure on the professional services side. I did talk about why gross margins are going to be negative for that for the next 2 quarters. And I think in the December earnings call, I can give a lot more color on what to expect going forward. But I was jokingly telling another analyst, we don't like losses. So we will figure out a way to fix the head count that we have there.

If we are giving a lot more business to partners, we probably don't need the investment that we have already in place. So a lot of this is still in motion given, again, the breadth of the product portfolio and given different drivers for different products, we do need to think it through. And you'll have to probably give me another quarter or 2 to like figure it out.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

I guess to your point, I mean, a lot of your expense efficiency ratios are near best-in-class in the space. I mean, so do you think over time you can kind of get to a best-in-class margin within your peer group, I don't know, call it all the software because there's some very profitable companies out there. But what do you kind of think is the upper limit because -- again, not holding you to a specific year, but as you go out many years?

**Manish Sarin**
*Chief Financial Officer*

Yes. But I think if you go out here over the medium term, I think what we put out at Investor Day, we feel confident and comfortable we can meet that, which is get to a rule of 40 and be at least $200 million in free cash flow in FY '27, which just to be clear, is calendar '26, so we're not talking years and years out, it's 3 years out.

**Tyler Maverick Radke**
*Citigroup Inc., Research Division*

Right and that's at least, not rounding.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.