# EXHIBIT 17

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM
# FQ3 2024 Earnings Call Transcripts
## Wednesday, December 06, 2023 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2024- | | | -FQ4 2024- | -FY 2024- | -FY 2025- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.07 | 0.11 | ▲57.14 | 0.08 | 0.30 | 0.38 |
| **Revenue (mm)** | 180.42 | 186.32 | ▲3.28 | 188.31 | 720.51 | 834.30 |

Currency: USD
Consensus as of  Dec-01-2023 9:05 AM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2023** | 0.02 | 0.06 | ▲1 200.00 % |
| **FQ1 2024** | 0.01 | 0.06 | ▲2 500.00 % |
| **FQ2 2024** | 0.05 | 0.09 | ▲3 80.00 % |
| **FQ3 2024** | 0.07 | 0.11 | ▲4 57.14 % |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

**Contents**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................... | **3** |
| **Presentation** | ....................................................................... | **4** |
| **Question and Answer** | ....................................................................... | **10** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Greetings, and welcome to Sprinklr's Third Quarter Fiscal Year 2024 Earnings Call.

[Operator Instructions]

As a reminder, this conference is being recorded. It is now my pleasure to introduce your host, Eric Scro, SVP Finance. Thank you, Eric. You may begin.

**Eric Scro**
*Vice President of Finance*

Thank you, Alicia, and welcome, everyone, to Sprinklrs' Third Quarter Fiscal Year 2024 Results Financial Call. Joining us today are Ragy Thomas, Sprinklrs' Founder and CEO; and Manish Sarin, Chief Financial Officer. We issued our earnings release a short time ago, filed the related Form 8-K with the SEC, and we've made them available on the Investor Relations section of our website, along with the supplementary investor presentation.

Please note that on today's call, management will refer to certain non-GAAP financial measures. While the company believes these non-GAAP financial measures provide useful information for investors, the presentation of this information is not intended to be considered in isolation or as a substitute for financial information presented in accordance with GAAP. You are directed to our press release and supplementary investor presentation for a reconciliation of such measures to GAAP.

In addition, during today's call, we'll be making some forward-looking statements about the business and about the financial results of Sprinklr that involve many assumptions, risks and uncertainties, including our guidance for the Fourth fiscal quarter and full fiscal year 2024 and our initial framework for fiscal year 2025, and our actual results might differ materially.

Any forward-looking statements that we make on this call are based on our beliefs and assumptions as of today, and we disclaim any obligation to update them. For more details on the risks associated with these forward-looking statements, please refer to our filings with the SEC also posted on our website.

With that, let me turn it over to Ragy.

**Ragy Thomas**
*Founder, Chairman & CEO*

Thank you, Eric, and hello, everyone. Thank you for joining us today. We're pleased that Q3 was another strong quarter that exceeded guidance across all key metrics. Q3 total revenue grew 18% year-over-year to $186.3 million, and subscription revenue grew 22% year-over-year to $170.5 million. With our continued focus on operational efficiency, we generated $27.4 million in non-GAAP operating income, which resulted in a record 15% non-GAAP operating margin for the quarter.

We are going through what I believe is the most exciting time in recent history for the modern front office. Many AI experts agree that AI is going to boost human productivity significantly over the next few years. For many industries, customer-facing functions are the most labor intensive. And we believe that 20% to 40% productivity improvements are a real possibility in the next 5 years. We also believe that the data to train the AI models and the unification of siloed teams technology and processes are required to unlock the power of predictive and generative AI. I'd like to share more details on these three key areas, given the benefits customers are experiencing in terms of their operating cost, risk management and improved customer experiences.

Let's start with everyone's favorite topic, AI. We continue to believe that we are at the forefront of a very long-term durable growth opportunity, given our deep investments in AI more than 5 years ago. Today, I'm sure no one is debating the fact that we have an early mover AI advantage given our decision to

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPRINKLR, INC. FQ3 2024 EARNINGS CALL | DEC 06, 2023

Before wrapping up, I'd like to take a moment to celebrate our incredible product and engineering teams. As always, we make this possible. Their speed of innovation and dedication to serving customers continues to differentiate Sprinklr in the marketplace.

In closing, we had two primary goals this year. The first was to build and establish a foundation to scale in the exciting CCaaS market. And second was to meaningfully improve the operational efficiency and margins of our business. There's no question that we've been very successful in achieving both of these goals, and we're on track to deliver a solid year with 18% revenue growth, record profitability and strong free cash flow generation. We believe that the product suites we've built, the customers we serve and the size of the market opportunity ahead of us, put us in a great position to become a multibillion-dollar revenue company in the years ahead.

Since our IPO in the June of 2021, we've continued to expand our product portfolio and market focus from social to digital and transitioning to Unified-CXM. The investments we've been making over the last 18 months are enabling us to mainstream our product suites into large obvious replacement markets, starting with establishing ourselves as a disruptor in CCaaS.

As we've diversified the business and focused on scaling our CCaaS business, we'd like to acknowledge that we have made slower progress on some of our other go-to-market initiatives focused on our core product suites. We expect this will have a near-term impact on growth, which Manish will review in more detail in his remarks as he shares initial framework for FY '25.

We maintain our conviction for the long-term vision of what we are building. And like so many companies that have successfully built billion-dollar businesses. We're navigating through the normal cohorts of resource allocation and investment cycles required to balance short-term success metrics with long-term growth objectives. We're committed to innovating and developing a new category of software that we call unified customer experience management and executing for growth and profitability to deliver for our customers and our shareholders. Thank you to our customers, partners and our employees for their hard work and results, and thank you to our investors for believing in our long-term vision.

Let me now hand over the call to Manish.

**Manish Sarin**
*Chief Financial Officer*

Thank you, Ragy, and good afternoon, everyone. As you heard from Ragy, we're pleased with this quarter's results which exceeded the high end of our guidance range on the top and bottom line. For the third quarter, total revenue was $186.3 million, up 18% year-over-year. This was driven by subscription revenues of $170.5 million, which grew 22% year-over-year. Subscription revenue benefited by $1 million from new business being booked earlier than expected in the quarter.

Professional services revenue for the quarter came in at $15.9 million. In terms of new logos, we are pleased with the number of new customers that joined the Sprinklr platform in Q3. This is particularly true with our Sprinklr Service product suite as many of the deals in this product suite over the last few quarters have been with new customers. As of the end of the third quarter, we had 123 customers contributing $1 million or more in subscription revenue over the preceding 12 months, an increase of 3 customers sequentially and a 15% increase year-over-year.

Our subscription revenue-based net dollar expansion rate in the third quarter was 118%, while NDE was healthy in the quarter, I would note that we began to see incremental pressure on renewals in Q3 as certain customers that are impacted by the difficult macro environment adjusted their spending levels with us. As a reminder, the NDE statistic is not something we monitor as part of growing our business, but rather a byproduct.

Turning to gross margins for the third quarter. On a non-GAAP basis, our subscription gross margins came in at [ 83% ] as we continue to drive efficiencies in our cloud operations with total non-GAAP gross margins of 75%. Non-GAAP gross margins for professional services were slightly negative, coming in at minus 2%. As we have discussed in the past, we continue to invest in CCaaS delivery capabilities and build out our expertise in that area.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning to profitability for the quarter. Non-GAAP operating income was a record $27.4 million resulting in non-GAAP net income of $0.12 per basic share. This 15% non-GAAP operating margin for the quarter was a result of revenue over-performance strong subscription gross margins, coupled with broad-based expense discipline and is the fifth consecutive quarter of non-GAAP profitability.

Lastly, on the topic of profitability. For the third consecutive quarter, we posted positive GAAP net income totaling $17 million or $0.06 per basic share. In terms of free cash flow, we generated $15.9 million during the third quarter compared to a cash burn of $1.7 million in the same period last year. With this result in Q3, our free cash flow generation during the first 9 months of this year now stands at $38.9 million. Our balance sheet has become stronger each quarter, now standing at $656.4 million in cash and marketable securities with no debt outstanding.

Calculated billings for the third quarter were $161.2 million, an increase of 16% year-over-year. As of the end of Q3, total remaining performance obligations, or RPO, which represents revenue from committed customer contracts that has not yet been recognized was $774.5 million, up 34% compared to the same period last year, and cRPO was $491.4 million, up 19% year-over-year. Moving now to our Q4 and full year FY '24 non-GAAP guidance.

Our Q4 guidance assumes the go-to-market dynamics Ragy mentioned and the renewal headwinds I discussed earlier will have an impact on revenue growth in the quarter. As a reminder, Q4 is our biggest book of business for both new business and renewals. Given the macro environment, we are experiencing a higher level of down cells, as large customers rightsize their software spend. As such, we are mindful that this cycle of renewals may be one of the more challenging quarters to get through and is factored into the guidance numbers.

Given these dynamics for Q4, we expect total revenues to be in the range of $187.5 million to $189.5 million, representing 14% growth year-over-year at the midpoint. Within this, we expect subscription revenue to be in the range of $172.5 million to $174.5 million, representing 17% growth year-over-year at the midpoint.

We expect professional services revenue of approximately $15 million in Q4. We also expect non-GAAP gross margin from professional services to be approximately negative $2 million in Q4. From a profitability perspective, we expect non-GAAP operating income to be in the range of $20.3 million to $22.3 million and non-GAAP net income per share of $0.08 to $0.09 per share, assuming 275 million basic shares outstanding. The slight decrease in non-GAAP operating income sequentially is driven by our ongoing investments in Sprinklr Service product development and delivery.

For the full year FY '24, we are raising both our subscription and total revenue outlook for the year. We now expect subscription revenue to be in the range of $664 million to $666 million, representing 21% growth year-over-year at the midpoint. This is an increase of $6 million at the midpoint, which is higher than the full magnitude of the Q3 beat. We expect total revenue to be in the range of $725.5 million to $727.5 million for the full year FY '24 representing 18% growth year-over-year at the midpoint.

For the full year FY '24, we are raising our non-GAAP operating income estimate to now be in the range of $80 million to $82 million, equating to a non-GAAP net income per share of $0.36 to $0.37, assuming 273 million basic weighted shares outstanding. This implies an approximately 11% non-GAAP operating margin at the midpoint on a full year basis. Note the increase of $15 million at the midpoint is greater than the full beat for Q3 and the accompanying operating income raise for Q4.

In deriving the net income per share for modeling purposes, we estimate $24 million in interest income for the full year with $6 million of that to be earned here in Q4. Furthermore, a $6 million total tax provision for the full year FY '24 needs to be added to the non-GAAP operating income ranges provided. We estimate a tax provision of $2.5 million here in Q4. And given the performance throughout the first 9 months of the year, we will be GAAP net income positive for the full year FY '24, consistent with our comments on the past few earnings calls.

And lastly, I would like to provide some thoughts on billings. We estimate billings to grow 13% here in Q4, equating to total billings of approximately $262 million for the quarter. This translates to total billings of

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about $773 million for the full year FY '24, which is up a little over 17% on a full year basis compared to FY '23.

Before moving into Q&A, I would like to provide some high-level commentary on fiscal year 2025. As I just outlined, we are on track to deliver a very successful FY '24, with 18% revenue growth and 11% operating margins that will have expanded by more than 1,000 basis points year-over-year, and we accomplished all this while broadening our product portfolio.

Our primary strategic focus in FY '24 has been to rapidly scale our Sprinklr Service product suite. We are very pleased with the results, having made significant demonstrable progress with Sprinklr Service, gaining market share and customer momentum in the CCaaS market. As Ragy mentioned, our focus on succeeding in our CCaaS business slowed progress with some of our other go-to-market initiatives in our core product suites much more than we had anticipated.

Now that Sprinklr Service is at scale, we have developed a consistent and repeatable selling motion to that buying persona and built an enviable collection of reference customers. We're in a position to refocus our go-to-market efforts to better align our resources across all product suites. We expect it will take several quarters for the full impact of these changes to work its way through the P&L.

To put some numbers around these dynamics, if you adjust for the $1 million linearity benefit I mentioned for Q3, Q4 subscription revenue is expected to grow approximately 2.5% sequentially. At this time, based on what I just outlined, coupled with an unforgiving macro environment, we expect a sequential quarterly increase of 2.5% for each quarter of FY '25. This equates to approximately a 10% total revenue growth for the full year, which we believe is the appropriate starting point for FY '25.

From a profitability perspective, we have been pleased with the significant progress in our profitability performance this year. We expect FY '25 non-GAAP operating margins to continue to expand from our guidance for 11% operating margins for FY '24. I want to be clear that the dynamics I've just discussed here will be short term in nature and do not change our expectations for Sprinklr's growth potential across each of our four product suites. We have the strongest product portfolio in our history with an innovation flywheel that is consistently expanding our competitive differentiation.

Lastly, I would like to thank all our employees for their dedication and passion for what we are building at Sprinklr. I'm also grateful for the confidence that our customers have placed in us during these uncertain times. We remain focused on building a track record of successful execution and operating discipline across the business.
And with that, let's open it up for questions. Operator?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]

Our first question comes from the line of Arjun Bhatia with William Blair. Please proceed with your question.

**Arjun Rohit Bhatia**
*William Blair & Company L.L.C., Research Division*

Maybe to start just on the go-to-market adjustments that you're making in the macro pressures that you called out. Are there any products where you're seeing the greatest incremental pressure? Or any part of the customer base that sticks out here in Q4 where the downsell is greater than other areas just as we try to hone in on where the headwinds are increasing the most?

**Ragy Thomas**
*Founder, Chairman & CEO*

Yes. Arjun, I'll -- let me take a first pass at it. It's Kind of the obvious culprit is what most people would guess it is. One of our product suite is a Marketing and Advertising product suite. And as you know, in difficult times, Marketing is one of the first budgets and teams to be impacted with layoffs, cutting back on spend, what's going on with some of the networks that isn't helping. And so that's an obvious place where we're seeing some additional pressure.

**Arjun Rohit Bhatia**
*William Blair & Company L.L.C., Research Division*

Okay. Got it. And then just as we look to the other side of this, when you think about the go-to-market revamped. What are some of the steps that you need to take to, I guess, refocus on the broader suite? Is there incremental hiring that needs to happen? Or is it more a matter of internal resource allocation enablement, et cetera?

**Ragy Thomas**
*Founder, Chairman & CEO*

It's more of an internal resource allocation. And in hindsight, I think the most obvious explanation for this is the fact that we -- and I don't know whether we would have knowing everything we know, done it differently. We kind of over-rotated a little bit more on the CCaaS side. And so we took our field and we incented them strongly to go sell CCaaS. And essentially, there's a lot of people who jumped in and really are happy, and we're thrilled with the results. And there were some that didn't quite jumped, but didn't quite make it on the other side.

And the fix is quite obvious to all of us. You've got to take the field folks in sales and support and service that came from the social suite background of the marketing suite background or the research insight suite background. And we got to let them go back and focus on it. So what we are doing now is we think and plan for the next year is we are adjusting quarters, and we are just bifurcating or trifurcating the field to have -- to just fix the over-rotation we did, and we're pretty hopeful that in 1 or 2 quarters will begin to see some data that would allow us to just update you further.

**Operator**

Our next question comes from the line of Pinjalim Bora with JPMorgan.

**Noah Ross Herman**
*JPMorgan Chase & Co, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**SPRINKLR, INC. FQ3 2024 EARNINGS CALL | DEC 06, 2023**

This is Noah on for Pinjalim. On the first part, Ragy, you mentioned that you met with over 70 customers globally this quarter. Just curious to hear some of the feedback from those conversations. Just any incremental takeaways from there? And then I have a quick follow-up.

**Ragy Thomas**
*Founder, Chairman & CEO*

[ Pinjalim ], I'm glad you asked that question. Look, I think our -- I've not seen this kind of excitement since the early days of social that I'm seeing now on the CCaaS side. I think we have a very differentiated product. And these -- and we've landed -- I mean, we're ahead of schedule in terms of our own expectations, which is why we rotated. And we're seeing like such an exciting reception to that. And the idea there is pretty simple, right? We're going into a market with vendors who have been there for a long time. And a market that's very fragmented.

If your knowledge base, your agent console, your supervisor console, you're routing and your bot and your quality and your workforce management, all this is unified and everything is based on AI. These results are fairly spectacular and it's cost advantageous as well, right? So we're bringing the average handling time down. And these demos are received really well.

And the #1 question we get it, that's not real is it, in the way like we are -- we'll set it up for you. I want you to know, though, that excitement is meted in months, not weeks, right, a social product [indiscernible] time, people are happy. Let's go.

In the CCaaS world, these are very time-consuming transformation. So there are long protracted RFPs. And so we're very pleased with where we are. The #1 excitement we're seeing in the field among customers is our CCaaS product. And so we know we've done the right thing.

Now if you play this movie in 3-year increments. I think most of us would agree we did the right thing. So excitement on AI, excitement on practical AI, excitement seeing the results, because we are walking into customers, I'll give you a large customer that I spoke to, who was on the track to kind of build their own LLM.

And after really understanding how we're approaching AI, they were like, "Oh my God, yes" we just got to work with you, and then you'll ensure that we can always use the best LLM and the best model that yields us the best results. So that's the most exciting thing that's going on. No surprise that AI and what it can do for you. And we're manifesting just easy, measurable results on the CCaaS side.

**Noah Ross Herman**
*JPMorgan Chase & Co, Research Division*

Got it. And then maybe just focusing a little bit more on the model. As we sort of contemplate the preliminary 2025 guidance. How does that -- if anything, does that change at all the long-term model that you had outlined during your Analyst Day? How should we really think about that going forward?

**Ragy Thomas**
*Founder, Chairman & CEO*

Well, I'll start by saying No, and Manish, can you elaborate?

**Manish Sarin**
*Chief Financial Officer*

Yes. It does not change our FY '27 long-term plan. And again, just to be clear, this is not our guide for '25. I will do that in our March earnings call. Just given the -- some of the renewal pressures we are seeing here in Q3. And as I said Q4, we expect it to be quite intense. Given the visibility that we have, and we just wanted to be clear that we laid out what we are seeing right now. It might change substantially when we talk in March, and we talk about the full year guide.

But sitting where we sit today, we don't feel any difference about FY '27 than we did 6 months ago.

**Operator**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.