# EXHIBIT 18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K
**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): March 26, 2024**

# Sprinklr, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-40528 | 45-4771485 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**29 West 35th Street**
**7th Floor**
**New York, New York**     **10001**
(Address of principal executive offices)     (Zip Code)

**Registrant's Telephone Number, Including Area Code: (917) 933-7800**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Class A Common stock, par value $0.00003 per share** | **CXM** | **The New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02    Results of Operations and Financial Condition.**

On March 27, 2024, Sprinklr, Inc. (the "Company") issued a press release announcing its financial results for the fourth quarter and year ended January 31, 2024. A copy of the press release is furnished herewith as Exhibit 99.1 and incorporated herein by reference.

The information set forth under Item 2.02 of this Current Report, including Exhibit 99.1 attached hereto, is furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or subject to the liabilities of that section. The information shall not be deemed incorporated by reference into any other filing with the Securities and Exchange Commission (the "SEC") made by the Company regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 8.01    Other Events.**

On March 26, 2024, the Board of Directors of the Company authorized the Company to amend its existing stock repurchase program to purchase an additional $100 million of shares of the Company's outstanding Class A common stock, up to a maximum of $200 million shares of Class A common stock, inclusive of shares of Class A common stock already purchased (the "Updated Stock Repurchase Program"). Under the Updated Stock Repurchase Program, the Company intends to repurchase shares through open market purchases at prevailing market prices or in negotiated transactions off the market, including, without limitation, accelerated share repurchase transactions, collared accelerated share repurchase transactions, volume weighted average purchase prepaid share forward transactions and similar arrangements, in accordance with applicable federal securities laws, including Rule 10b-18 of the Exchange Act. The Company intends to complete the Updated Repurchase Program by December 31, 2024, dependent on market conditions.

Repurchases of the Company's outstanding Class A common stock under the Updated Stock Repurchase Program shall be effected pursuant to a written trading plan under Rule 10b5-1 of the Exchange Act. Adopting a trading plan that satisfies the conditions of Rule 10b5-1 will allow the Company to repurchase its shares at times when it might otherwise be prevented from doing so due to self-imposed trading blackout periods or pursuant to insider trading laws. Under any Rule 10b5-1 trading plan, the Company's third-party broker, subject to SEC regulations regarding certain price, market, volume and timing constraints, would have authority to purchase the Company's Class A common stock in accordance with the terms of the plan.

The Company cannot predict when or if it will repurchase any shares of its outstanding Class A common stock as its use of Updated Stock Repurchase Program will depend on a number of factors, including constraints specified in any Rule 10b5-1 trading plans, price, general business and market conditions, and alternative investment opportunities. Information regarding share repurchases will be available in the Company's future periodic reports on Forms 10-K and 10-Q filed with the SEC as required by the applicable rules of the Exchange Act.

This report contains forward-looking information, as that term is defined under the Exchange Act, including information regarding purchases by the Company of its Class A common stock pursuant to any Rule 10b5-1 trading plans. By their nature, forward-looking information and statements are subject to risks, uncertainties, and contingencies, including changes in price and volume and the volatility of the Company's Class A common stock; adverse developments affecting either or both of prices and trading of exchange-traded securities, including securities listed on the New York Stock Exchange; and unexpected or otherwise unplanned or alternative requirements with respect to the capital investments of the Company. The Company does not undertake to update any forward-looking statements or information, including those contained in this report.

**Item 9.01    Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description of Exhibits |
| --- | --- |
| 99.1 | Press Release dated March 27, 2024. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 27, 2024

Sprinklr, Inc.

By:    /s/ Manish Sarin

Manish Sarin
Chief Financial Officer

**Sprinklr Announces Fourth Quarter and Full Year Fiscal 2024 Results**

- *Q4 Total Revenue of $194.2 million, up 17% year-over-year*

- *Q4 Subscription Revenue of $177.0 million, up 19% year-over-year*

- *Q4 net cash provided by operating activities of $17.3 million and free cash flow\* of $12.3 million in Q4*

- *RPO and cRPO up 34% and 21% year-over-year, respectively*

- *126 $1 million customers, up 17% year-over-year*

- *In March 2024, Board authorized an incremental $100 million to the existing stock buyback program*

NEW YORK, New York--March 27, 2024--Sprinklr (NYSE: CXM), the unified customer experience management (Unified-CXM) platform for modern enterprises, today reported financial results for its fourth quarter and fiscal year ended January 31, 2024.

"We are pleased with Sprinklr's fourth quarter performance and overall success in FY 24. Our vision is clear: to unify customer-facing teams on an AI-powered platform. We're strengthening our foundation and recruiting top-tier leaders to fuel our next phase of growth. With strong conviction, we believe we are the natural third or fourth front office platform for global brands at the forefront of exceptional customer experience," said Ragy Thomas, Founder and CEO at Sprinklr.

**Fourth Quarter Fiscal 2024 Financial Highlights**

- **Revenue**: Total revenue for the fourth quarter was $194.2 million, up from $165.3 million one year ago, an increase of 17% year-over-year. Subscription revenue for the fourth quarter was $177.0 million, up from $148.3 million one year ago, an increase of 19% year-over-year.
- **Operating Income (Loss) and Margin\***: Fourth quarter GAAP operating income was $18.5 million, compared to an operating loss of $1.8 million one year ago. Non-GAAP operating income for the fourth quarter was $32.4 million, compared to non-GAAP operating income of $14.3 million one year ago. For the fourth quarter, GAAP operating margin was 10% and non-GAAP operating margin was 17%.
- **Net Income (Loss) Per Share\***: Fourth quarter net income per share, basic was $0.08, compared to net loss per share, basic of $0.00 in the fourth quarter of fiscal year 2023. Non-GAAP net income per share, basic for the fourth quarter was $0.13, compared to non-GAAP net income per share, basic of $0.06 in the fourth quarter of fiscal year 2023.
- **Cash, Cash Equivalents and Marketable Securities**: Total cash, cash equivalents and marketable securities as of January 31, 2024 was $662.6 million.

**Full Year Fiscal 2024 Financial Highlights**

- **Revenue**: Total revenue for fiscal year 2024 was $732.4 million, up from $618.2 million one year ago, an increase of 18% year-over-year. Subscription revenue for fiscal year 2024 was $668.5 million, up from $548.6 million one year ago, an increase of 22% year-over-year.
- **Operating Income (Loss) and Margin\***: Fiscal year 2024 operating income was $33.9 million, compared to an operating loss of $51.2 million one year ago. Non-GAAP operating income for fiscal year 2024 was $92.0 million, compared to non-GAAP operating income of $6.0 million one year ago. For fiscal year 2024, GAAP operating margin was 5% and non-GAAP operating margin was 13%.
- **Net Income (Loss) Per Share\***: Fiscal year 2024 net income per share, basic was $0.19, compared to net loss per share, basic of $0.21 in fiscal year 2023. Non-GAAP net income per share, basic for fiscal year 2024 was $0.41, compared to non-GAAP net income per share, basic of $0.01 in fiscal year 2023.

\* Free cash flow, non-GAAP operating income, non-GAAP operating margin and non-GAAP net income per share are non-GAAP financial measures defined under "Non-GAAP Financial Measures," and are reconciled to net cash provided by operating activities, operating income (loss), net income (loss) or net income (loss) per share, as applicable, the closest comparable GAAP measure, at the end of this release.

**Financial Outlook**

Sprinklr is providing the following guidance for the first fiscal quarter ending April 30, 2024:

- Subscription revenue between $177.5 million and $178.5 million.
- Total revenue between $194 million and $195 million.
- Non-GAAP operating income between $19.5 million and $20.5 million.
- Non-GAAP net income per share of approximately $0.07, assuming 289 million diluted weighted-average shares outstanding.

Sprinklr is providing the following guidance for the full fiscal year ending January 31, 2025:

- Subscription revenue between $740.5 million and $741.5 million.
- Total revenue between $804.5 million and $805.5 million.
- Non-GAAP operating income between $104 million and $105 million.
- Non-GAAP net income per share between $0.38 and $0.39, assuming 291 million diluted weighted-average shares outstanding.

**Non-GAAP Financial Measures**

This press release and the accompanying tables contain the following non-GAAP financial measures:

- Non-GAAP gross profit and non-GAAP gross margin
- Non-GAAP operating income and non-GAAP operating margin
- Non-GAAP net income and non-GAAP net income per share

We define these non-GAAP financial measures as the respective U.S. GAAP measures, excluding, as applicable, stock-based compensation expense-related charges and amortization of acquired intangible assets. We believe that it is useful to exclude stock-based compensation expense-related charges and amortization of acquired intangible assets in order to better understand the long-term performance of our core business and to facilitate comparison of our results to those of peer companies over multiple periods. In periods of net loss, we calculate non-GAAP net income (loss) per share by using non-GAAP net income (loss) divided by basic weighted average shares for the period regardless of whether we are in a non-GAAP net income or (loss) position and assuming that all potentially dilutive securities are anti-dilutive.

In addition, the press release and the accompanying tables contain free cash flow, which is defined as net cash provided by operating activities less cash used for purchases of property and equipment and capitalized internal-use software. We believe that free cash flow is a useful indicator of liquidity as it measures our ability to generate cash, or our need to access additional sources of cash, to fund operations and investments. We expect our free cash flow to fluctuate in future periods with changes in our operating expenses and as we continue to invest in our growth. We typically experience higher billings in the fourth quarter compared to other quarters and experience higher collections of accounts receivable in the first half of the year, which results in a decrease in accounts receivable in the first half of the year.

However, non-GAAP financial measures have limitations in their usefulness to investors because they have no standardized meaning prescribed by U.S. GAAP and are not prepared under any comprehensive set of accounting rules or principles. In addition, other companies, including companies in our industry, may calculate similarly titled non-GAAP financial measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures as tools for comparison. As a result, our non-GAAP financial measures are presented for supplemental informational purposes only and should not be considered in isolation or as a substitute for our consolidated financial statements presented in accordance with U.S. GAAP.

Sprinklr has not reconciled its financial outlook expectations as to non-GAAP operating income, or as to non-GAAP net income per share, to their most directly comparable U.S. GAAP measures as a result of the high variability, complexity and low visibility with respect to the charges excluded from these non-GAAP measures; in particular, the measures and effects of stock-based compensation expense specific to equity compensation awards that are directly impacted by unpredictable fluctuations in our stock price. We expect the variability of the above charges to have a significant, and potentially unpredictable, impact on our future U.S. GAAP financial results. Accordingly, reconciliation is not available without unreasonable effort, although it is important to note that these factors could be material to Sprinklr's results computed in accordance with U.S. GAAP.

**Conference Call Information**

Sprinklr will host a conference call today, March 27, 2024, to discuss fourth quarter and full year fiscal 2024 financial results, as well as the first quarter and full year fiscal 2025 outlook, at 5:00 p.m. Eastern Time, 2:00 p.m. Pacific Time. Investors are invited to join the webcast by visiting: https://investors.sprinklr.com/. To access the call by phone, dial 877-459-3955 (domestic) or 201-689-8588 (international). The conference ID number is 13744962. The webcast will be available live, and a replay will be available following completion of the live broadcast for approximately 90 days.

**About Sprinklr Inc.**

Sprinklr is a leading enterprise software company for all customer-facing functions. With advanced AI, Sprinklr's unified customer experience management (Unified-CXM) platform helps companies deliver human experiences to every customer, every time, across any modern channel. Headquartered in New York City with employees around the world, Sprinklr works with more than 1,700 valuable enterprises - global brands like Microsoft, P&G, Samsung and more than 60% of the Fortune 100. Sprinklr's value to the enterprise is simple: We un-silo teams to make customers happier.

**Forward-Looking Statements**

This press release contains express and implied "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding our financial outlook for the first quarter and full year fiscal 2025, our strategy to support growth and scale and our opportunity to be the partner of choice for global brands at the forefront of exceptional customer experience. In some cases, you can identify forward-looking statements by terms such as "anticipate," "believe," "estimate," "expect," "intend," "may," "might," "plan," "project," "will," "would," "should," "could," "can," "predict," "potential," "target," "explore," "continue," or the negative of these terms, and similar expressions intended to identify forward-looking statements. By their nature, these statements are subject to numerous uncertainties and risks, including factors beyond our control, that could cause actual results, performance, or achievement to differ materially and adversely from those anticipated or implied in the statements, including: our rapid growth may not be indicative of our future growth; our revenue growth rate has fluctuated in prior periods; our ability to achieve or maintain profitability; we derive the substantial majority of our revenue from subscriptions to our Unified-CXM platform; our ability to manage our growth and organizational change; the market for Unified-CXM solutions is new and rapidly evolving; our ability to attract new customers in a manner that is cost-effective and assures customer success; our ability to attract and retain customers to use our products; our ability to drive customer subscription renewals and expand our sales to existing customers; our ability to effectively develop platform enhancements, introduce new products or keep pace with technological developments; the market in which we participate is new and rapidly evolving and our ability to compete effectively; our business and growth depend in part on the success of our strategic relationships with third parties; our ability to develop and maintain successful relationships with partners who provide access to data that enhances our Unified-CXM platform's artificial intelligence capabilities; the majority of our customer base consists of large enterprises, and we currently generate a significant portion of our revenue from a relatively small number of enterprises; our investments in research and development; our ability to expand our sales and marketing capabilities; our sales cycle with enterprise and international clients can be long and unpredictable; certain of our results of operations and financial metrics may be difficult to predict; our ability to maintain data privacy and data security; we rely on third-party data centers and cloud computing providers; the sufficiency of our cash and cash equivalents to meet our liquidity needs; our ability to comply with modified or new laws and regulations applying to our business; our ability to successfully enter into new markets and manage our international expansion; the attraction and retention of qualified employees and key personnel; our ability to effectively manage our growth and future expenses and maintain our corporate culture; our ability to maintain, protect, and enhance our intellectual property rights; unstable market and economic conditions, including as a result of increases in inflation rates, higher interest rates, recent bank closures or instability, public health crises and geopolitical actions, such as war and terrorism or the perception that such hostilities may be imminent; and our ability to successfully defend litigation brought against us. Additional risks and uncertainties that could cause actual outcomes and results to differ materially from those contemplated by the forward-looking statements are or will be discussed in our Quarterly Report on Form 10-Q for the quarter ended October 31, 2023, filed with the SEC on December 6, 2023, under the caption "Risk Factors," and in other filings that we make from time to time with the SEC, including our Annual Report on Form 10-K for the year ended January 31, 2024. Forward-looking statements speak only as of the date the statements are made and are based on information available to Sprinklr at the time those statements are made and/or management's good faith belief as of that time with respect to future events. Sprinklr assumes no obligation to update forward-looking statements to reflect events or circumstances after the date they were made, except as required by law.

**Key Business Metrics**

*RPO.* RPO, or remaining performance obligations, represents contracted revenue that have not yet been recognized, and include deferred revenue and amounts that will be invoiced and recognized in future periods.

*cRPO.* cRPO, or current RPO, represents contracted revenue that have not yet been recognized, and include deferred revenue and amounts that will be invoiced and recognized in the next 12 months.

**Investor Relations:**
ir@sprinklr.com

**Media & Press:**
pr@sprinklr.com