# EXHIBIT 19

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM
# FQ4 2024 Earnings Call Transcripts

## Wednesday, March 27, 2024 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2024- | | | -FQ1 2025- | | -FY 2024- | | | -FY 2025- |
|---|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.09 | 0.12 | ▲33.33 | 0.09 | 0.07 | 0.35 | 0.38 | ▲8.57 | 0.39 |
| **Revenue (mm)** | 188.74 | 194.21 | ▲2.90 | 193.25 | - | 726.85 | 732.36 | ▲0.76 | 802.07 |

Currency: USD
Consensus as of Mar-21-2024 6:10 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2024** | 0.01 | 0.06 | ▲1 500.00 % |
| **FQ2 2024** | 0.05 | 0.09 | ▲2 80.00 % |
| **FQ3 2024** | 0.07 | 0.11 | ▲3 57.14 % |
| **FQ4 2024** | 0.09 | 0.12 | ▲4 33.33 % |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................... | **3** |
| **Presentation** | .......................................................................... | **4** |
| **Question and Answer** | .......................................................................... | **10** |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

SPRINKLR, INC. FQ4 2024 EARNINGS CALL | MAR 27, 2024

# Presentation

**Operator**

Greetings, and welcome to the Sprinklr Fourth Quarter Fiscal Year 2024 Earnings Call. [Operator Instructions] As a reminder, this conference is being recorded. It is now my pleasure to introduce your host, Eric Scro, Vice President of Finance. Thank you. You may begin.

**Eric Scro**
*Vice President of Finance*

Thank you, Camilla, and welcome, everyone, to Sprinklr's Fourth Quarter and Full Year Fiscal 2024 Results Financial Call. Joining us today are Ragy Thomas, Sprinklr's Founder and CEO; and Manish Sarin, Chief Financial Officer.

We issued our earnings release a short time ago, filed the related Form 8-K with the SEC, and we've made them available on the Investor Relations section of our website, along with the supplementary investor presentation.

In addition, during today's call, we'll be making some forward-looking statements about the business and about the financial results of Sprinklr that involve many assumptions, risks and uncertainties, including our guidance for the first fiscal quarter and full fiscal year of 2025. Actual results might differ materially.

With that, let me turn it over to Ragy.

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Thank you, Eric, and hello, everyone. Thank you for joining us today. We're pleased that Q4 was another strong quarter that exceeded guidance across all key metrics. Q4 total revenue grew 17% year-over-year to $194.2 million, and subscription revenue grew 19% year-over-year to $177 million. We generated a record $32.4 million in non-GAAP operating income, which resulted in a 17% non-GAAP operating margin for the quarter.

The end of a fiscal year is often a good time to reflect on how far we have come and where we are going. The opportunity we saw when we founded Sprinklr is coming to fruition in an accelerated fashion because of generative AI. After investing 14 years of unifying the back end of customer-facing functions with our AI-powered platform, we're beginning to see customers bring our vision of unifying to life with generative AI and conversational AI.

Generative AI has accelerated conversations happening at the brand's digital edge where the customer buys, gives feedback and engages for support and service. Anyone can use GenAI to build a chatbot. But unless the engine or the foundation behind it is unified to sell, to serve and to gain actionable insights, siloed chat bots can't manifest significant value for a brand.

In today's hyper-connected world, customers must experience a unified approach across all touch points with the brand. As you know, we're on a journey to create a new category of enterprise software that we call unified customer experience management. And we believe that will revolutionize the front office. And after continuous building and iteration across our core portfolio, CCaaS and AI, we have even more conviction today for our long-term vision and success and our platform strategy than we have ever had before.

As many of you know, we've been committed to this vision for quite some time now. But to make this vision a reality, we must deliver consistent and repeatable results. As we shared in our prepared remarks on our Q3 call in December, we anticipated that the decline in our FY '25 revenue growth rate will be driven by a combination of execution that needed to be improved, particularly on the go-to-market front as we over-rotated to CCaaS and a difficult macroeconomic condition that drove elevated churn.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We believe we now have the clarity on how to best position this company for our next phase of growth and have made several substantive changes across the organization. This includes investment in our leadership team and enhancements to our operational rigor.

Let's begin with the investments in our executive leadership. We've recently brought on experienced leaders from high-growth companies that are known for their execution. They have expertise in helping companies scale revenue and profitability significantly beyond our current levels. As we have shared, Trac Pham, a member of our Board of Directors since June of 2023, has been appointed as the interim COO, where he is focused on organizational structure, getting our teams to better collaborate cross-functionally and bringing operational rigor to Sprinklr.

Scott Harvey was promoted to the role of Chief Customer Officer, a role that did not exist, where he leads a unified global customer-facing organization, including all sales and delivery and service teams to accelerate go-to-market efficiencies and better serve customers. Scott has been actively onboarding several new leaders across the Americas, Europe and APJI as well as our partner team.

And today, we are very, very pleased to announce that Amitabh Misra has been appointed as our new Chief Technology Officer effective April 1. Amitabh joins us from Adobe, where he led a global R&D organization that was responsible for their Experience Cloud platform. Prior to that, he was the Founder and CEO of GoFro.com; and the CTO, Chief Architect and Head of Engineering at Snapdeal.com. He has invaluable industry experience, extensive experience in scaling businesses and a deep understanding of AI. We are excited to have him onboard soon. We will continue working towards recruiting top-tier talent with proven track records of success and operational excellence as we build out a bench strength to help us drive this company and grow forward.

In terms of our go-to-market strategy, progress is underway. We have established a more structured cross-functional and disciplined approach for fiscal year 2025 under this new leadership. We're now focused on emphasizing a more balanced strategy to pursue growth opportunities in both our core as well as service suites.

There is work in process with renewals, customer engagement and solution selling pretty much across the board. The results of this work will take some time to manifest through the P&L. But we feel very good that we have a clear plan, and we've brought in the right people with the right experience, and we are, heads down, focused on executing.

As of January 31, 2024, we had 1,735 customers, which is up 21% compared to the previous year. While we are pleased with this growth, it's important to note that we're only at a 4% penetration of our target market of 43,000 named companies as we shared during our Investor Day last July. This indicates significant untapped potential for Sprinklr.

Turning our focus to our technology platform. We are known for our blazing pace of innovation, and this year was no different. Our product and engineering teams' unwavering commitment to customers sets Sprinklr apart in the marketplace. In FY '24 alone, we released over 2,000 features and platform enhancements to further advance our vision. Our vision, we believe that has the potential to dramatically transform a brand's front office with AI.

Here are a few highlights from Q4. For Sprinklr Social, we launched auto image and video optimization that reduces publishing failure and optimizes usability. For Sprinklr Insights, we have extensively deployed AI to reduce time to insights. For example, something that would normally take an average of more than 4 hours to read and understand in a graph and chart in data form now is just simplified with a click of button to generate insights in human readable form.

In marketing and advertising, we have deepened our integrations with leading platforms such as Meta, Snap and Reddit to enable advertisers to diversify media coverage and access these platforms' latest capabilities. And lastly, with Sprinklr Service, we've expanded our channel offerings for Microsoft Teams and Slack and deployed AI in our conversational analytics module to do root cause analysis for top call drivers faster. These enhancements within our architecture, especially our GenAI solutions, are helping customers improve productivity in their front office across the board dramatically, in some cases, a large

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

electronics retailer that recently implemented our contact center solution, reported a whopping 45% increase in customer service productivity because of our conversational self-service AI capability.

During the fourth quarter, we continued to add new customers and expand with existing customers. This includes world-class brands like BT, British Telecom, where we were selected to be their strategic customer service technology partner. We also added and expanded with brands like AT&T, Canada Goose, Kia, Sephora and UBS across all our product suites. Major global enterprises are seeking tangible evidence of AI's efficacy and its potential to drive measurable productivity gains. There's plenty of hype around AI and plenty of conversations around the theory and infrastructure, and it's time now to make it real and customer-facing functions.

We'd like to share a few use cases where our customers are making it real by leveraging our platform. Our recent partnership with a major European telco company underscores our commitment to delivering next-generation CCaaS solutions. This telecommunications leader aims to be the #1 telco in their market and wants to replace more than 10 existing point solutions in their contact center with our comprehensive unified service suite that's enhanced by our AI. This includes over 30-plus integrations with their existing customer service support systems. The timing of this collaboration is pretty strategic as it aligns with the new cloud strategy to optimize the CCaaS environment. This customer is now running Sprinklr to support 2,500 agents in 8 countries across social, digital and voice channels. This is all geared to improve efficiency, cost effectiveness and overall customer experience for this telco leader.

Next, we have a leading pharmaceutical company that recently had their weight loss drug approved for sale in the market. They are anticipating an obvious increase in customer interactions and needed a partner to scale their front office technology with AI. Discussions on updating the display technology quickly expanded to comprehensive migration to our Social suite, where we displace an incumbent legacy solution. They also invested in understanding millions of public data mentions across social, competitive and digital conversations without adding additional people or resources. Our innovative approach, commitment to collaboration and expertise in navigating complex legal requirements required for regulated industries to mitigate brand risk were key factors in the decision. By choosing Sprinklr, they gain a trusted partner committed to improving their customer experiences and generating ROI, better ROI for their business.

Our third example is about one of the world's leading health care companies that embarked on a transformative journey with Sprinklr many years ago. Their continued expansion in leveraging a Unified-CXM platform now includes all our product suites. They have more than 450 users and consume more than 2 billion mentions to get competitive and product insights and to measure the effectiveness of their brand.

This most recent expansion last quarter was to execute against their new marketing strategy that included better content orchestration and strategic collaboration. Sprinklr is now a strategic partner for this company across 3 of their key businesses. Through a definition partnership agreement, we're also collaborating with them to significantly enhance our marketing suite. We're introducing critical capabilities like budget and resource management in our marketing suite.

I also want to remind all of you that we'll be hosting our first flagship customer event as a public company on May 7 through 9. CXUnifiers, The Edge of AI will be in New Orleans, and we will have some of the world's most forward-thinking brands, like Amazon, like L'Oreal, like Cartier, like Google, like Microsoft and Deutsche Telekom, talking about how AI is transforming their front office. We look forward to sharing these customer stories and their tangible results, along with practical usable advice with you.

In closing, we delivered a strong year, marked by an 18% growth in revenue, record profitability and strong free cash flow. As we look to the future, we're strengthening our foundation this year with top-tier leadership with -- by fostering innovation and by enhancing our execution capabilities, critical elements that would fuel our sustained success and drive value for our customers and shareholders.

Our confidence is grounded in the conviction that we have for our long-term vision. It's also grounded in the AI-powered Unified-CXM platform we've developed, the global customers we serve and with the substantial market opportunity that lies ahead of us.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you to our customers, partners, our employees for their hard work and their results. And thank you to all of you, our investors, for believing in our vision. Let me now hand over the call.

**Manish Sarin**
*Chief Financial Officer*

Thank you, Ragy, and good afternoon, everyone. As you heard from Ragy, FY '24 was a solid year for Sprinklr, punctuated by strong financial results with noted opportunities for operational improvement. Starting with our Q4 financial results. Total revenue was $194.2 million, up 17% year-over-year. This was driven by subscription revenue of $177 million, which grew 19% year-over-year. Services revenue for the quarter came in at $17.2 million as we completed several key project implementations during the quarter.

As noted on our Q3 earnings call, we began to see incremental pressure on renewals in Q3 as certain customers adjusted their spending levels with us. This renewal pressure lingered into Q4, and our current expectation is that we will continue to see some renewal pressure in the first half of FY '25.

Our subscription revenue-based net dollar expansion rate in the fourth quarter held steady at 118%. As a reminder, we calculate NDE on a trailing 12-month subscription revenue basis, which makes it a lagging indicator. While we do not forecast NDE, we estimate this number to keep coming down over the next few quarters as the renewal pressure rolls through the revenue waterfall and works its way through the calculation.

As of the end of the fourth quarter, we had 126 customers contributing $1 million or more in subscription revenue over the preceding 12 months, which is a 17% increase year-over-year. And as Ragy stated, we ended the year with 1,735 total customers, which is a 21% increase in new customers for the year.

Turning to gross margins for the quarter. On a non-GAAP basis, our subscription gross margins came in at 83% with total non-GAAP gross margins of 76%. Non-GAAP gross margins for professional services were better than expected, coming in at 5%.

Turning to profitability for the quarter. Non-GAAP operating income was a record $32.4 million resulting in non-GAAP net income of $0.13 per basic share. The 17% non-GAAP operating margin for the quarter was a result of revenue over-performance, strong subscription gross margins, coupled with broad-based expense discipline and is the sixth consecutive quarter of non-GAAP profitability. Lastly, on the topic of profitability, for the fourth consecutive quarter, we posted positive GAAP net income totaling $21.1 million or $0.08 per basic share.

In terms of free cash flow, we generated $12.3 million during the fourth quarter. Our balance sheet has become stronger each quarter now standing at $662.6 million in cash and marketable securities with no debt outstanding. Calculated billings for the fourth quarter were $271 million, an increase of 17% year-over-year. And just as a quick reminder, our fourth quarter billings have historically been the largest for us given the timing of our renewals and the quantum of new business booked in the quarter.

As of the end of Q4, total remaining performance obligations or RPO, which represents revenue from committed customer contracts that has not yet been recognized was $966.6 million, up 34% compared with the same period last year, and CRPO was $587 million, up 21% year-over-year.

During the fourth quarter, pursuant to the company's stock buyback program, we purchased 2.4 million shares of our Class A common stock for a total cost of $29.6 million. All the shares repurchased have been retired. Furthermore, between February 1, 2024, and March 26, 2024, we purchased an additional 2.1 million shares for a total cost of $27.1 million. And as disclosed in our earnings release, I'm happy to report that Sprinklr's Board has authorized a $100 million expansion of the existing stock buyback program. As such, as of March 26, 2024, we now have $143.3 million remaining in our share buyback authorization, and we intend to complete the full buyback here in FY '25.

Turning to a quick summary of financial results for the full year FY '24. Total revenue was $732.4 million, up 18% year-over-year, with subscription revenue of $668.5 million, up 22% versus the prior year. Calculated billings for the full year were $781.9 million, up 19% year-over-year. We reported non-GAAP operating income for the full year of $92 million equating to a non-GAAP net income per basic share of

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

$0.41 and a non-GAAP operating margin of 13%. In terms of free cash flow, we generated $51.1 million in free cash flow for the year, equating to a free cash flow margin of 7%. This is an increase of over 500 basis points from FY '23.

Before moving on to guidance, I would like to provide additional details on the go-to-market initiatives Ragy mentioned, starting with renewals. We're implementing a more systematic approach to renewals with a dedicated renewals team. In terms of our customer engagement models, we're creating parts of customer-facing teams and investing deeper in sales and skills enablement training to best equip our people in the field. And with regards to solution selling, we're developing solution packages that best align to customers' priorities and their strategic technology road map.

Moving now to our Q1 and full year FY '25 guidance and business outlook. We recognize that the macroeconomic environment continues to be cautious, and our current assumption is that the broader macro trends from last year are likely to continue throughout FY '25. Before we walk through FY '25 guidance, I would like to point out that our guidance range for next year is deliberately a tighter range than what we have done in the past.

For Q1 FY '25, we expect total revenue to be in the range of $194 million to $195 million, representing 12% growth year-over-year at the midpoint. Within this, we expect subscription revenue to be in the range of $177.5 million to $178.5 million, representing 13% growth year-over-year at the midpoint. This implies a professional services revenue of $16.5 million for the quarter.

We expect non-GAAP operating income to be in the range of $19.5 million to $20.5 million and non-GAAP net income per diluted share of approximately $0.07, assuming 289 million weighted average shares outstanding. We are now guiding on a diluted share basis given our expectation to remain profitable for the full year FY '25. The change from basic to diluted shares represents about $0.005 in Q1 EPS calculations.

Note that the sequential decrease in Q1 non-GAAP operating income is typical for us as we have larger expenses at the start of the year for sales kickoff, marketing campaigns and selective hiring. For the full year FY '25, we expect subscription revenue to be in the range of $740.5 million to $741.5 million, representing 11% growth year-over-year at the midpoint.

We expect total revenue to be in the range of $804.5 million to $805.5 million, representing 10% growth year-over-year at the midpoint. For modeling purposes, assume the quarterly revenue distribution follows the same trend as FY '24. These guidance ranges imply a FY '25 professional services revenue of $64 million, flat with the numbers that we posted for FY '24. As we grow our partner ecosystem and work closely with implementation partners, we expect growth in our professional services to remain range bound. In addition, as we have stated in the past, we will continue to invest in critical CCaaS delivery capabilities. And as such, we estimate our professional services gross margin to be largely breakeven throughout the course of FY '25.

I would now like to touch on the billings topic for FY '25. We have been working diligently to improve billings duration for new deals such that we no longer estimate billings growth to lag revenue -- lag subscription revenue growth. For FY '25, we estimate billings to grow in line with subscription revenue. Given this new dynamic, we estimate total billings for FY '25 of approximately $868 million and $193 million for Q1. For modeling purposes, this total billings number can be spread across the arc of the 4 quarters, largely following the same trend as FY '24.

For full year FY '25, for non-GAAP operating income, we are forecasting a 13% non-GAAP operating margin similar to what we posted for full year FY '24. This equates to a range of $104 million to $105 million or a non-GAAP net income per diluted share of $0.38 to $0.39, assuming 291 million weighted average shares outstanding. The change from basic to diluted shares represents about $0.02 per share in the full year FY '25 EPS calculation.

Note that we expect subscription gross margins to come down by approximately 2 percentage points in FY '25 driven by onetime setup costs associated with new cloud environments to serve new CCaaS customers. These costs are baked into the 13% non-GAAP operating margin highlighted earlier. In deriving

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Michael H. Berg**
*Wells Fargo Securities, LLC, Research Division*

Sure. Just the incremental step function in operating margin progression is much less implied for fiscal '25 guidance relative to what was done in fiscal '24. And the nature of the question is, is there a particular reason or driver as to why there's not more margin accretion here as growth slows. I understand there's the go-to-market changes happening in the background. But is there something else at play?

**Manish Sarin**
*Chief Financial Officer*

Yes. And I think in the December call, I also mentioned and I've been saying it to investors that we obviously had a lot of near-term success as we went from where we were a couple of years ago to last year. So there was a lot of low-hanging fruit that we were able to go take care of. Margin expansion from here will be subdued. Again, let's be candid that this is just the initial outlook for the year. As we make progress during the year, we would, of course, update investors. But at this point, I'm most comfortable just stating the 13%.

**Operator**

Our next question comes from the line of Jackson Ader with KeyBanc Capital Markets.

**Jackson Edmund Ader**
*KeyBanc Capital Markets Inc., Research Division*

The first one, Ragy, how can we -- or I guess, can we quantify how much would be their bookings dollars or growth actually comes or is being generated from generative AI? And then -- and how much maybe going forward do you expect to come from generative AI?

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Jackson, thank you for that question. We have taken the approach of like infusing everything we do with AI. And in the past, didn't take the approach of trying to monetize it separately. However, we're looking at what's going on in the industry, and we think that could be an opportunity. So we are currently evaluating, and this is quite a bit of work. So again, don't factor anything in for this year.

But we think there's an opportunity to charge a premium for at least for our AI+ offering, and we're exploring that. So right now, no, but we're exploring the possibility of being able to do that. Our position has always been that AI is a big differentiator for us across everything we do, and -- but I think the market's willing to absorb some additional cost for it.

**Jackson Edmund Ader**
*KeyBanc Capital Markets Inc., Research Division*

Okay. All right. Got you. And then on the renewals pressure, so expecting it kind of to persist here in the first half and then maybe start to go away. I'm just curious, like how do we know that the pressure will end? Is there something -- is there some cohort? Or is there something specific about the renewals that are going to be happening over the next couple of quarters that you can point to and say like they are different from what the renewals will look like after we get past this first half?

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Okay. So I think, first off, I got to tell you, we've put a lot of energy behind understanding what is going on. And what I can confirm, as I've done in the past, is we think the majority of it is self-inflicted. And what we're finding that -- is that the best execution of our team versus the best execution of any competitor in our core markets and the CCaaS, frankly, we win. So what we are finding is -- and I say it's self-inflicted because weak execution on our side meeting strong execution with the competitor is when we're losing. And so it gives us a lot of confidence that these are fixable things. And it's a part of this big

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPRINKLR, INC. FQ4 2024 EARNINGS CALL | MAR 27, 2024**

set of initiatives that we have outlined. And like we said, it's going to take a few quarters, but right now, we're pretty optimistic that we should see our retention go back to our historic norms once our execution and what we can control is addressed.

**Jackson Edmund Ader**
*KeyBanc Capital Markets Inc., Research Division*

Okay. I got you. So this is a process turnaround, not necessarily like a customer-driven thing.

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Correct. Correct.

**Operator**

Our next question comes from the line of Tyler Radke with Citi.

**Matthew Pryde**

This is Matt Pryde on for Tyler Radke. I was just curious if you could comment on -- just dive more into the win rates for CCaaS and what you expect moving forward.

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Look, I think we have taken a very pointed approach right now given that we've only been in general availability for a short period. So I can confirm that when we are in a competitive RFP and follow-on process that CCaaS -- in the CCaaS market, I can confirm that the win rates are pretty high. But we -- it's not -- we're not able to deploy it everywhere in every market across all teams. And that's partly because we need to get to a critical mass of seats, which we should be getting through towards later this year. That will then allow us to be featured in analyst reports, which will then allow us to be default participant.

Right now is word of mouth and people being very impressed when they actually see the platform in action and trying it out and doing a proof of concept and being convinced that a newcomer like us can outperform others. So it's more measured and it's more -- it's not around the world in all markets.

**Matthew Pryde**

Got it. And can you speak to the conversational AI offering and how that's ramping?

**Ragy Thomas**
*Founder, Advisor to the CEO & Chairman*

Yes, very well, very well. It's one of the silver linings that we see or -- so we are able to now digitize voice and have conversational AI calls, not just text and chat and interaction. So many of the deals we are winning is because of our ability to manifest this. So there's a lot of talk about whose AI is better. We challenge our customers to just put this to task, and we show them that we can do a better job than others.

So we have taken the approach of developing models across languages for each function, and now we're developing those models specifically for industries. So we're able to start with a baseline of a much higher accuracy level than others. And then we customize those models. We've done thousands of custom models where that just gets to a really, really good percentage of accurate responses.

And our power is we're not a point solution offering AI in the contact center, right? We have a full-blown agent experience sitting behind it. So the frustrating thing for a lot of customers and brands is if you just go in with AI, the bot takes you through 17 steps and then you hit a dead end. And it's very frustrating because in the non-unified contact center, the consumer is now repeating everything you did, which is beyond frustrating.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.