# EXHIBIT 20

**S&P Global**
Market Intelligence

# Sprinklr, Inc. NYSE:CXM

# FQ1 2025 Earnings Call Transcripts

## Wednesday, June 5, 2024 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2025- | | | -FQ2 2025- | -FY 2025- | -FY 2026- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.07 | 0.09 | ▲28.57 | 0.09 | 0.38 | NA |
| **Revenue (mm)** | 194.36 | 173.36 | ▼(10.80 %) | 196.88 | 805.07 | NA |

Currency: USD
Consensus as of Jun-02-2024 10:43 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2024** | 0.05 | 0.09 | ▲1 80.00 % |
| **FQ3 2024** | 0.07 | 0.11 | ▲2 57.14 % |
| **FQ4 2024** | 0.09 | 0.12 | ▲3 33.33 % |
| **FQ1 2025** | 0.07 | 0.09 | ▲4 28.57 % |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................................... | **3** |
| **Presentation** | .................................................................................... | **4** |
| **Question and Answer** | .................................................................................... | **9** |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

SPRINKLR, INC. FQ1 2025 EARNINGS CALL  JUN 05, 2024

# Presentation

### Operator

Greetings, and welcome to the Sprinklr Q1 Full Year 2025 Earnings Call. [Operator Instructions] As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, Eric Scro, VP Finance. Thank you, Eric. You may begin.

### Eric Scro
*Vice President of Finance*

Thank you, Alicia, and welcome, everyone, to Sprinklr's First Quarter Fiscal Year 2025 Financial Results Call. Joining us today are Ragy Thomas, Sprinklr's Founder and Co-Chief Executive Officer; Trac Pham, Co-Chief Executive Officer; and Manish Sarin, Chief Financial Officer.

We issued our earnings release a short time ago, filed a Form 8-K with the SEC, and we've made them available on the Investor Relations section of our website, along with the supplementary investor presentation.

During today's call, we'll be making some forward-looking statements about the business and about the financial results of Sprinklr that involve many assumptions, risks and uncertainties, including our guidance for the second fiscal quarter and full fiscal year of 2025, the impact of our corporate strategies and changes to our leadership team, the benefits of our platform and our market opportunity. Our actual results might differ materially from such forward-looking statements. Any forward-looking statements that we make on this call are based on our beliefs and assumptions as of today, and we disclaim any obligation to update them.

For more details on the risks associated with these forward-looking statements, please refer to our filings with the SEC also posted on our website, including Sprinklr's quarterly report on Form 10-Q for the quarter ended April 30, 2024.

And with that, I'll now turn it to Ragy.

### Ragy Thomas
*Founder, Chairman & CEO*

Thank you, Eric, and hello, everyone.

Q1 total revenue grew 13% year-over-year to $196 million, and subscription revenue grew 12% year-over-year to $177.4 million.

We generated $20.4 million in non-GAAP operating income, which resulted in a 10% non-GAAP operating margin for the quarter.

We are focused on delivering consistent and repeatable results for our stockholders. As we have shared on recent earnings calls, we've been experiencing lower net bookings over the past few quarters as we transition the company to better support our 2 distinct market opportunities in our core business and in CCaaS. To address this, we continue to make broad changes to our go-to-market strategy and hiring leaders to help grow and scale the business. This quarter, we made good progress with these leadership changes and operational improvement. However, these changes are significant and will take time to show measurable improvement. Furthermore, implementing these changes during what has become a more challenging macro environment has created more short-term volatility than we expected.

In the first quarter, buying behavior was more measured, sales cycles were longer but scrutiny on renewals increased as well. As a result, Q1 performance reflects lower net new bookings and increased customer churn.

Based on the current outlook for the year, we are lowering our revenue guidance for FY '25 but are committed to diligently managing the business and maintaining our non-GAAP operating income guidance. Manish will provide more details in his remarks.

As you've seen, we're taking decisive actions to address these challenges and remain confident in our long-term vision and our ability to execute against it. Our new leadership and an industry-leading AI-powered platform position us well for long-term growth and success.

Sprinklr is built on a single code base and operate a multichannel, multifunction and multi-market front-office platform. Our current focus remains on our go-to-market execution and enhancing stakeholder alignment across both selling and delivering our platform's extensive capabilities.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We are making changes internally to elevate our sales and field expertise to focus on the C-suite within our customer base and to better align accounts with skill sets internally. We're also investing in more scalable and repeatable onboarding experiences for our customers. This will require both operational rigor and platform capabilities that we expect will result in faster time to value for our customers and better retention and growth opportunities for Sprinklr.

In recent quarters, we have highlighted the experienced leaders we have brought onboard from successful companies. Scott Harvey, who is at ServiceNow for many years, and Amitabh Misra from Adobe, both known for their ability to scale revenue and profitability, which we believe is a crucial foundational step. These leaders have operated businesses at scale and develop processes and systems to address sophisticated go-to-market needs.

And as you saw with today's press release, we are excited to announce that Trac Pham has been appointed as the co-CEO of Sprinklr. In the time Trac has been with us, he's already made a solid impact in establishing a consistent operating rhythm, fostering strong alignment across our executive team and leveraging his operational expertise to set us up for our next phase of growth. Trac has been an invaluable partner, drawing on his extensive experience at Synopsys. As a member of the executive leadership team at Synopsys, he led the company through an extended period of strong growth and expanding profitability.

In this new structure, we will maintain the effective collaboration that we established over the last 5 months and leverage our complementary skill sets to realize our shared vision for Sprinklr.

Let me turn it over to Trac to share a few words.

**Trac Pham**
*Director & Interim COO*

Thanks, Ragy. I am excited to partner with Ragy as co-CEO and lead Sprinklr through the next phase of growth. Initially, I stepped into the leadership team on an interim basis due to my Board exposure and to provide support to the team as the company conducted a search for a permanent operating leader.

Sprinklr operates a unique and powerful platform. We work with incredible brands, and I believe we have a very good hand to play. We are working through some major operational changes with new leaders at the helm and what I now experience firsthand is a company that is pioneering a technical vision, while the rest of the company must catch up operationally.

But my genuine belief in Sprinklr's mission and conviction for our potential motivated me to join the company in a permanent capacity. Ragy and I are aligned on how our co-CEO structure can drive our success. Our partnership is built on a strong foundation of complementary skill sets, trust and mutual respect. And together, we are committed to delivering the best outcomes for our customers, partners, employees and investors.

I look forward to working with you all. Let me hand it back to Ragy.

**Ragy Thomas**
*Founder, Chairman & CEO*

Thanks, Trac. I'm excited to work in partnership with you in this new capacity. Now let's shift gears a little bit and focus on some positive developments with our products and customers.

Recently, we hosted a few hundred of Sprinklr customers, partners and industry luminaries at our flagship event, CXUnifiers in New Orleans. This event was an opportunity to share our vision and collaborate on how AI can elevate customer experiences and productivity.

Here are a few of the highlights. First is the Sprinklr Digital Twin, which is an AI version of your brand, your teams and employees that have access to all the same systems and information as you do, but with guardrails, so that tasks can be done with privacy and governance. We believe that this is the next evolution of AI for Unified-CXM, and we're excited by the definition partnerships that are already underway.

Next is Sprinklr Surveys, which formally enters us into the customer feedback management market with a comprehensive voice of the customer platform. Sprinklr customers will now be able to leverage generative AI-powered surveys to gather solicited and unsolicited, structured and unstructured feedback from all customers in one unified platform. It's designed to unify insights from all channels and customer touch points, so they are actionable and available in real time.

Another innovation we launched is Sprinklr Voice Connect, our vertically integrated CPaaS solution, which is a powerful contact center connectivity layer that integrates Sprinklr's service and telephony to deliver high-quality voice connections. This allows us to be

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

vertically integrated for our CCaaS offering and enables us to take full responsibility for end-to-end performance and uptimes required for mission-critical contact centers. Further details about this can be found in the press release we issued on May 7 and my keynote address at the conference, which is posted on the sprinklr.com website.

We also had a good quarter from the perspective of industry analyst reports. Forrester named Sprinklr a strong performer in conversational AI for customer service report. Per the report, and I quote, "Brands interested in managing their customer self-service as a part of the broader approach to customer experience should give serious thought to Sprinklr." We believe that the report validates our goal of helping enterprises boost productivity, reduce costs and drive meaningful conversations with the most advanced conversational AI.

We were also named a leader in the 2024 Magic Quadrant for Content Marketing Platforms for the fifth consecutive year. Per the report, and I quote, "Sprinklr Marketing is a comprehensive marketing platform that offers a variety of tools and features to optimize marketing efforts." This validates our commitment to providing AI-powered capabilities to help marketing teams achieve improved results and operate in a unified way.

During the first quarter, we continued to add new customers and expand with existing ones, such as Alibaba, Audi, IHG Hotels & Resorts, lululemon and Vodafone across all our product suite. I'm also happy to announce that we have signed a new partnership agreement with Reddit. With its broad reach, extensive user base and unique approach to community and conversations, Reddit is a compelling platform for Sprinklr enterprise customers. Sprinklr and Reddit's partnership is significant and spans multiple aspects of the Reddit platform, including social listening and management of ad campaigns, which will empower Sprinklr enterprise customers to leverage Reddit it as a business-critical channel for their digital strategies.

In closing, FY '25 is an important transition year for Sprinklr to further strengthen our foundation with top-tier leadership, product innovation, and enhanced execution capabilities, critical elements in the sustained success of our company and our ability to drive value for all our customers and stockholders. We have deep conviction in our belief that the market needs 3 or 4 unified and consolidated platforms for the front office, not countless point solutions, and the foundational role that AI will play in the long run. We are confident that our vision is very aligned with this opportunity.

Thank you to our customers, partners, our employees for their hard work, and thank you all, to our investors, for believing in our vision.

I'll now hand the call over to Manish.

**Manish Sarin**
*Chief Financial Officer*

Thank you, Ragy, and good afternoon, everyone.

For the first quarter, total revenue was $196 million, up 13% year-over-year. This was driven by subscription revenue of $177.4 million, which grew 12% year-over-year. Services revenue for the first quarter came in at $18.6 million.

As Ragy noted, new business in Q1 was lower than expected, although we did see some good strength in our Sprinklr service offering. However, the broader demand environment has softened with longer sales cycles and heightened budgetary scrutiny.

In addition, we continue to experience higher churn in our core product suites driven by reduced marketing spend, elimination of programs and seat reductions. As such, we now estimate this elevated level of churn to continue for the full year FY '25.

Our subscription revenue-based net dollar expansion rate in the first quarter was 115%. As a reminder, we calculate NDE on a trailing 12-month subscription revenue basis, which makes it a lagging indicator. While we do not forecast NDE, we expect this number to come down over the next few quarters as the lower quantum of new business and heightened renewal pressure rolls through the revenue waterfall and works its way through the calculation.

As of the end of the first quarter, we had 138 customers, contributing $1 million or more in subscription revenue over the preceding 12 months, which is a 20% increase year-over-year.

Turning to gross margins for the first quarter. On a non-GAAP basis, our subscription gross margin was 82%, and professional services gross margin was 2%, equating to a total non-GAAP gross margin of 74%.

Turning to profitability for the quarter. Non-GAAP operating income was $20.4 million or a 10% margin, which drove non-GAAP net income of $0.09 per diluted share.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Lastly, on the topic of profitability, we posted positive GAAP net income totaling $10.6 million or $0.04 per diluted share.

In terms of free cash flow, we generated $36.2 million during the first quarter, which represents an 18% free cash flow margin compared to free cash flow of $14.3 million in the same period last year. This cash flow generation contributed to our healthy balance sheet, which includes $610.1 million in cash and equivalents, with no debt outstanding.

During the first quarter, pursuant to the company's stock buyback program, we purchased 8.3 million shares of our Class A common stock for a total cost of $101.2 million. All the shares repurchased have been retired. The Board has also authorized an incremental $100 million share buyback program. As such, we now have a cumulative $300 million share buyback program, of which, as of June 3, 2024, we have $128 million remaining. We intend to complete this buyback by the end of the year.

Calculated billings for the first quarter were $191.8 million, an increase of 12% year-over-year.

As of April 30, 2024, total remaining performance obligations, or RPO, which represents revenue from committed customer contracts that have not yet been recognized, was $922.5 million, up 30% compared to the same period last year and cRPO was $570.4 million, up 19% year-over-year. The sequential decrease in RPO and cRPO is seasonal, with prior year Q1 demonstrating a similar dynamic. The decline this year, however, was more pronounced given the weak demand environment and heightened renewal pressures, as described earlier.

Moving now to Q2 and full year FY '25 non-GAAP guidance and business outlook. We continue to see elevated churn and our current assumption is that the macro softness that we are experiencing will continue through the entirety of FY '25.

Related to some of these market dynamics and performance challenges, we recently concluded an internal review across product areas, regions and support functions to ensure our resources are best aligned with Sprinklr's priorities. As a result of this review, we restructured our global workforce by approximately 3% in May. Expenses related to this action were approximately $4 million and will be booked here in Q2 FY '25. These expenses are included in the guidance figures for both Q2 and the full year FY '25.

For Q2, we expect total revenue to be in the range of $194 million to $195 million, representing 9% growth year-over-year at the midpoint. Within this, we expect subscription revenue to be in the range of $177.5 million to $178.5 million, also representing 9% growth year-over-year at the midpoint. This implies approximately $16.5 million services revenue in Q2. Using the midpoint of the Q2 subscription guide, this equates to a first half subscription growth rate of 11%.

As we have signaled on prior earnings calls, we are continuing to invest in our CCaaS delivery capabilities given the growth opportunities available to us in that market. As such, we expect services gross margins to decline in Q2 to approximately negative 10%.

We expect non-GAAP operating income to be in the range of $16.5 million to $17.5 million and non-GAAP net income per diluted share of $0.06 to $0.07 per share, assuming 277 million weighted average shares outstanding. And as noted earlier, this non-GAAP operating income range is impacted by approximately $4 million in costs related to the workforce reduction taken here in Q2, that is included in these numbers.

For the full year FY '25, we now expect subscription revenue to be in the range of $714 million to $716 million, representing 7% growth year-over-year at the midpoint. This implies a modest sequential quarterly increase for the remainder of the year. We expect total revenue to be in the range of $779 million to $781 million, representing 7% growth year-over-year at the midpoint.

For the full year FY '25, we reaffirm our previous non-GAAP operating income to remain in the range of $104 million to $105 million, equating to a non-GAAP net income per diluted share of $0.40 to $0.41, assuming 276 million weighted average shares outstanding. This implies a 13% non-GAAP operating margin at the midpoint. Recall, the restructuring charge of approximately $4 million in Q2 is included in these numbers.

Considering the current operating environment, we have proactively taken steps to reduce our expense base and maintain our operating income. Furthermore, we are committed to regularly evaluating our investments and resources to ensure they are commensurate with our near-term growth outlook.

In deriving the net income per share, for modeling purposes, we estimate $23 million in other income for the full year, with $5 million of that to be earned here in Q2. This other income line primarily consists of interest income. Furthermore, a $13.5 million total tax provision for the full year FY '25 needs to be added to the non-GAAP operating income range just provided. We estimate a tax provision of $3.5 million here in Q2. We are tracking to be GAAP net income positive for the full year FY '25, consistent with our comments on the Q4 earnings call.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.