UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
IN RE SPRINKLR, INC. SECURITIES       :
LITIGATION                            :
                                      :   24 Civ. 6132 (LGS)
                                      :
                                      :
------------------------------------- :
                                      :
                                      :   **ORDER**
SARA BETH COFFEY, derivatively on     :
behalf of SPRINKLR, INC.,             :
                      Plaintiff,      :
                                      :
        -against-                     :   25 Civ. 2242 (LGS)
                                      :
RAGY THOMAS, et al.,                  :
                      Defendants.     :
                                      :
------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 13, 2024, 24cv6132 (the "PSLRA Case") was filed. The case is currently pending before this Court.

WHEREAS, on March 18, 2025, 25cv2242 (the "Derivative Case") was filed with a statement of relatedness to the PSLRA Case.

WHEREAS, the Derivative Case has been accepted as related to the PSLRA Case. It is hereby

**ORDERED** that, by **April 18, 2025**, the parties in both cases shall meet and confer, and shall file a joint letter stating to what extent the two cases should be coordinated or consolidated, if at all. If the parties are unable to agree, the letter shall include each party's respective position and rationale.

Dated: March 27, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE