**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SPRINKLR, INC. SECURITIES LITIGATION | **Case No. 1:24-cv-06132**<br><br>**CLASS ACTION**<br><br>Honorable Lorna G. Schofield |

**DECLARATION OF CHRISTOPHER P.T. TOUREK IN SUPPORT**
**OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Christopher P.T. Tourek, declare as follows:

1.     I am an attorney with the law firm of Pomerantz LLP, counsel for Plaintiffs Lead Plaintiff Anthony Marcheschi ("Lead Plaintiff"), and additional plaintiff Naveed Nawaz (collectively, "Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the following and, if called upon as a witness, would testify completely thereto.

2.     Attached as **Exhibit A** is a Table of Misleading Statements, created by Plaintiffs, outlining each alleged misleading statement, where in the First Amended Complaint that statement can be found, the speaker of that statement, when that statement was made, and the reasons why that statement was misleading/actionable.

3.     Attached as **Exhibit B** is a true and correct excerpted copy of Sprinklr's Form 10-K for the fiscal year ending January 31, 2023, filed with the SEC on April 3, 2023, describing Sprinklr's    Results    of    Operations.    It    is    publicly    available    at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001569345/000156934523000023/cxm-20230131.htm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 1, 2025                                 Respectfully submitted,

                                                   */s/ Christopher P.T. Tourek*
                                                   Christopher P.T. Tourek