# EXHIBIT A

*In re Sprinklr Securities Litigation* (Case No. 24 Civ. 6132 (LGS))

**Table of Misleading Statements**

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| 88–89 | Ragy Thomas | March 29, 2023 Earnings Call Q&A | So I can confirm that it is a big focus for the company. ***In fact, internally, we say this is the year of our contact center business. I can confirm that this is something that was very intentional and we have been doing steadily for the last several quarters, I would say, for the last probably even 18 months. So we have been hiring people from traditional contact center companies. We have -- we're building out and have built out a team of dedicated specialists. So it's very important to have that domain knowledge and vocabulary in addition to the technology. So we have staffed everything from the product organization to the sales organization and support organization people who have been doing it, in some cases, for like 20-25 years, who are also equally elated to see a very modern approach to this whole space.*** | (1) While Sprinklr may have hired a few people from traditional contact center companies, Sprinklr principally just diverted significant salespeople and developers from Core Suite to Sprinklr Service; <br><br> (2) these people were largely new to CCaaS and had not "been doing it…for like 20-25 years"; <br><br> (3) omitted that: <br><br> (a) Sprinklr's decision to divert resources and manpower away from Core Suite risked the Subscription Revenue that Core Suite brought to the Company; <br><br> (b) those risks had already started to materialize in the form of multi-million dollar Core Suite contracts cancelled, and failed Core Suite renewals; and <br><br> (c) Sprinklr's inexperienced salespeople did not have the domain knowledge and vocabulary that Thomas described as "very important." |

1

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| 92–93 | Ragy Thomas | June 5, 2023 Earnings Call Q&A | *So, despite the macro environment, we are very pleased with how we're managing, what's in our control with our go-to-market strategy, productivity and execution. Specifically, we're excited about the progress we're making to make it easier to sell, which has been a top priority for the company.* This past quarter, we made several key hires in the service overlay team to add expertise and depth to our CCaaS offering go-to-market, and we continue to verticalize to enable quicker time-to-value and faster deployments. *We are now up and running for CCaaS, with a couple of more key industries, including financial services and airlines.* *** *I'd love to provide a brief update on Sprinklr Service and our continued momentum as a disruptor in the CCaaS space.* Our vision is to help customers transform the contact center from a voice-focused cost center to a more efficient and effective AI-powered omnichannel revenue center by unifying it with marketing and sales. *IT buyers find Sprinklr to be a great fit for their needs, as they consolidate point solutions in the contact center stack to a platform that's built on a single code base with a very extendable architecture.* | Omitted that: (1) Sprinklr Service had become "easier to sell" at a very high cost: the Company diverted significant resources and manpower – including both salespeople and developers – from Core Suite to Sprinklr Service; (2) this diversion of resources and manpower away from Core Suite risked the Subscription Revenue that Core Suite brought to the Company; (3) those risks had already started to materialize in the form of multi-million dollar Core Suite contracts cancelled, failed Core Suite sales, and failed Core Suite renewals; and (4) Sprinklr was not a "disruptor in the CCaaS space" but rather sold an undifferentiated product. |
| 94–95 | Ragy Thomas | June 5, 2023 Earnings Call Q&A | So, there are two questions there. *The first one is what are we seeing in our larger deals in terms of renewal. I'll tell you, once you buy into the Sprinklr approach, we keep growing.* And two-story now, we have customers, who call us first before they go put out an RFP or open it up to a point solution, hey, do you guys do it, because they've bought into, they've tuned the AI model, they've set up the governance, they've got the | Omitted that: (1) Sprinklr was then experiencing setbacks rather than success in Core Suite renewals; |

2

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| | | | analytics. I'll give you an example of a very, very large, I'd say top five, probably top three tech company that expanded their marketing services with us. And the idea was there was an agency breach that happened and issue that resulted in ad spend that was not governed and approved. So, they just paused spending till everybody got on Sprinklr, so that they can be compliant, right? And so they can have governance and visibility and they can have a global editorial calendar. So, I can confirm to you and you know we had one customer that paid us over $15 million, and if you count the number of customers that are paying over $10 million, that's going up as well. | (2) Sprinklr secretly diverted significant resources and manpower – including both salespeople and developers – from Core Suite to Sprinklr Service; <br><br> (3) this diversion of resources and manpower away from Core Suite risked the Subscription Revenue that Core Suite brought to the Company; and <br><br> (4) those risks had already started to materialize in the form of multi-million dollar Core Suite contracts cancelled, failed Core Suite sales, and failed Core Suite renewals. |
| 97–98 | Manish Sarin | July 12, 2023 Investor Day | ***Second takeaway; all product suites are growing at a very healthy rate. I bring this out because many a times investors are of the – have some concerns that is it the case that one product suite is making up for declining growth or tepid growth on another product suite and that isn't the case here.*** | Core Suite was not growing at a "healthy rate," but instead was already experiencing multi-million dollar contract cancellations, failed Core Suite sales, and failed Core Suite renewals as a result of the Company's secret diversion of resources and manpower away from Core Suite and towards Sprinklr Service. |
| 99–100 | Manish Sarin | July 12, 2023 Investor Day | ***What we are comfortable doing is at this point setting $1 billion in subscription revenue as floor for FY 2027. Now, that would compute to roughly an approximate 16% CAGR between now and then. And just so that we are clear, FY 2027 is really calendar year 2026. That ends in January 2027. So it really is three years from now.*** So what is baked into these numbers? | Omitted that: <br><br> (1) the Company lacked a reasonable basis for asserting that they would reach a $1 billion floor for Subscription Revenue by the Fiscal Year ending January 31, 2027; and |

3

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| | | | What we have taken into account is the current environment persists. I have no way of projecting is there going to be a recession? Is there not going to be a recession? There is any number of pundits you find on CNBC talking about what's going to happen next? I didn't feel it was the right forum for me to make one of those statements. So we feel, given what we know right now, if the current environment persists, *we are comfortable setting $1 billion in subscription revenue as floor*. Said differently, should the environment improve, should sales cycles become shorter; all of that would be upside to these numbers.<br><br>Now you'll notice I am not specifically talking about professional services revenue here. And I think that goes back to the earlier point that I made, that we fully expect that professional services mix to morph quite considerably over the next few years. We believe it's going to become a lot more targeted, a lot of it driven by CCaaS delivery and managed services, but the quantum of it may not be very much different than where we are today. So I think if you look at the broader picture, it seems to be a much smaller proportion of overall revenues than where we are today. And it just felt like in terms of setting the stage, subscription revenue is what we need to be measured against and *we are comfortable putting down $1 billion as the floor for subscriptions*. | (2) the Company had already jeopardized, and was experiencing renewal cancellations and failed sales in the business that comprised the overwhelming majority of Subscription Revenue, Core Suite, largely as the result of its intentional diversion of sales and development resources from that business to Sprinklr Service. |
| 105–106 | Manish Sarin | September 6, 2023 Earnings Call Q&A | And I -- I think, we did call out the fact that, look, our growth in RPO is because several large customers renew on a multi-year basis. But those are the ones you'd remember from even a few years ago, we had them do multi-year billings. So that hasn't happened this time, where we are sticking to annual | (1) Sprinklr was not seeing "strength in renewal activity," but instead had been experiencing failed Core Suite renewals as a result of the Company's secret diversion of resources and manpower away |

4

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|------|---------|--------|-------------------------------|-------------------------------------------------------------------------|
| | | | billings. When I called out on the billing side that there were select customers that renewed early, that was only to make sure that, as you think about your Q3 billings, you do take that into account. ***But I think macro, if you just step back, we're seeing strength in renewal activity, as shown in the multi-year RPO renewals, RPO numbers, as well as our sense around overall billings for the year.*** | from Core Suite and towards Sprinklr Service since the start of 2023; and<br><br>(2) omitted that:<br><br>  (a) it was known internally at this time that the failed renewals, failed sales, and cancelled multi-million dollar contracts in Sprinklr's Core Suite business would have significant negative consequences for the Company. |
| 107–108 | Ragy Thomas | September 6, 2023 Earnings Call Q&A | Look, the macroenvironment is just about as uncertain as it was, and it has been. So we -- ***we're not seeing any different behavior this quarter or last quarter than we saw before.*** Budgets are tight, there's more CFO scrutiny and all the good things that come with people being not very sure where the market's going, right, and interest rates are going to be. ***But I think what you're seeing is, like a consistent trickling impact of our better execution and focus on go-to-market.*** | (1) Sprinklr was not seeing "consistent trickling impact of our better execution and focus on go-to-market," but instead was failing at both execution and go-to-market for both its Core Suite and Sprinklr Service; and<br><br>(2) omitted that:<br><br>  (a) Sprinklr secretly diverted significant resources and manpower – including both salespeople and developers – from Core Suite to Sprinklr Service; and<br><br>  (b) Sprinklr Service relied on salespeople inexperienced with CCaaS, pushed an undifferentiated product, and was impaired by longer sales cycles. |

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| 107–108 | Manish Sarin | September 6, 2023 Earnings Call Q&A | But there's nothing that I would call out at this stage. We -- as I look at the quantum of business that we are booking, it sort of seems in-line with what we would expect. It's -- like any enterprise software company, we're pretty back-end loaded, so I wouldn't make any broad assumptions around how Q3 and Q4 would land. But *there is nothing that we are seeing today that would give us any cause for concern. It's sort of along the lines of what we would expect. So -- so steady is what I would say.* | (1) Sprinklr had been seeing "cause for concern" since the beginning of 2023 in the form of multi-million dollar Core Suite contracts cancellations, failed Core Suite sales, and failed Core Suite renewals, and the impacts of those failures on the Company's growth were known internally at this time; and<br><br>(2) omitted that:<br><br>(a) Sprinklr secretly diverted significant resources and manpower – including both salespeople and developers – from Core Suite to Sprinklr Service; and<br><br>(b) Sprinklr Service relied on salespeople inexperienced with CCaaS, pushed an undifferentiated product, and was impaired by longer sales cycles. |
| 109–110 | Manish Sarin | September 7, 2023 Citi Global Technology Conference Q&A | Yeah, *I think that's a fantastic question because we were acutely aware that the buyer for our traditional set of products, our core products, was somebody in the marketing team. And as we are outselling CCaaS, in some companies, social care is still with marketing. So that's an easier sell. When you're obviously trying to do a full stack replacement, that is sitting with the CIU as an example. So, what we have done is two things. One is there is a specialist overlay team today, so that we started hiring, I'd say, about 9, 12 months ago. And they've come from your big CCaaS vendors. They* | (1) There were minimal synergies between Sprinklr Service and Core Suite;<br><br>(2) the Company's strategy to sell Sprinklr Service to Core Suite customer contacts was failing;<br><br>(3) Sprinklr was not using a specialized team "hir[ed]…from big CCaaS vendors" to sell Sprinklr Service, but instead mainly diverted Core Suite |

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| | | | *sort of know the lingo. They know how to go about selling the product. They know where the bodies are buried. So, they've been a tremendous addition to the sales team. And so, we have aligned them by, what we call, sort of divisional leaders. So, in the US, there'll be, several of them, same in EMEA same in APJ. And the idea there is they worked hand in glove with the individual reps in the territories to unearth new CCaaS opportunities. So, that's something that's working really well.* | salespeople experienced in traditional SaaS not CCaaS; and<br><br>(4) omitted that:<br><br>(a) Sprinklr secretly diverted significant resources and manpower – including both salespeople and developers – from Core Suite to Sprinklr Service;<br><br>(b) this diversion of resources and manpower away from Core Suite risked the Subscription Revenue that Core Suite brought to the Company; and<br><br>(c) those risks had already started to materialize in the form of multi-million dollar Core Suite contracts cancelled, failed Core Suite sales, and failed Core Suite renewals. |
| 111–112 | Manish Sarin | September 7, 2023 Citi Global Technology Conference Q&A | Yeah, I think that's a fantastic question, because one of the things we've been very clear in saying is maybe in the past, investments in the company were not entirely thought through the lens of what is unit economics or is productivity per rep improving. And I think we're now just applying a little bit more careful analysis, if you will, before we make any more investments, right? *So, I don't think one should view it in the lens of is this a cost versus growth trade off because we believe we have enough investments in place that should allow us to grow at the rate that we are growing.* So, where | (1) There was a "cost versus growth trade off";<br><br>(2) omitted that:<br><br>(a) because the Company had chosen to constrain costs by diverting Core Suite resources rather than building out specialized resources for the new division, it had imperiled the Company's Core Suite business; and |

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| | | | are we getting all these efficiencies from? Even things like when I said technology, solution brokers for CCaaS, that obviously means I don't need that many direct reps selling CCaaS because I have partners doing it for me, right? | (b) as a result of the secret diversion, Sprinklr had been seeing the "cost versus growth trade off" materialize since the beginning of 2023 in the form of multi-million dollar Core Suite contracts cancelled, failed Core Suite sales, and failed Core Suite renewals, and the impacts of those failures on the Company's growth were known internally at this time. |
| 119–120 | Ragy Thomas | December 6, 2023 Earnings Call Q&A | *It's more of an internal resource allocation. In hindsight, I think the most obvious explanation for this is the fact that we, and I don't know whether we would have, knowing everything we know, done it differently. We kind of overrotated a little bit more on the CCaaS side. And so we took our field and we incented them strongly to go sell CCaaS.* And essentially there's a lot of people who jumped in and really are happy and we're thrilled with the results. And there are some that jumped but didn't quite -- jump -- didn't quiet [sic], make it on the other side. *And the the [sic] fix is quite obvious to all of us. You've got to take the field folks in sales and support and service that came from the social suite background or the marketing suite background or the research inside suite background, and we got to let them go back and focus on it.* So what we are doing now, as we think and plan for the next year is we are adjusting quotas and we are just bifurcating or trifurcating the field to just -- so you can fix the overrotation. We did, and we're pretty hopeful that in one or two quarters, we'll begin to see some data that would allow us to just update you further. | (1) Sprinklr had not fixed the problems caused by the Company's push towards Sprinklr Service at the expense of Core Suite; and<br><br>(2) omitted that:<br><br>(a) it would take a significant amount of time, effort, and resources to undo the damage of Sprinklr's failed push towards Sprinklr Service, and therefore the Company's Subscription Revenue and growth would continue to be negatively impacted moving forward. |

8

| AC ¶ | Speaker | Source | Misleading Statement/Omission | Reasons Why The Statement Was Materially False and Misleading When Made |
|---|---|---|---|---|
| | | | | |
| 121–122 | Manish Sarin | December 6, 2023 Earnings Call Q&A | ***It does not change our FY '27 long-term plan.*** And again, just to be clear, this is not our guide for '25. I will do that in our March earnings call. Just given the some of the renewal pressures we are seeing here in Q3. And as I said Q4, we expect it to be, you know, quite intense. Given the visibility that we have, and we just wanted to be clear that we laid out what we are seeing right now, it might change substantially when we talk in March, and we talk about the full year guide. ***But sitting where we sit today, we don't feel any difference about FY '27 than we did six months ago.*** | Omitted that:<br><br>(1) Sprinklr had not fixed the problems caused by the Company's push towards Sprinklr Service at the expense of Core Suite; and<br><br>(2) the effects of Sprinklr's failed push towards Sprinklr Service would continue to be felt for the immediate and medium-term future, negatively impacting the Company's Subscription Revenue and reducing the Company's growth, thus making the Company's plans for Fiscal Year 2027 extremely unlikely; and<br><br>(3) as a result, Defendants Sprinklr and Sarin lacked any reasonable basis to maintain that the prior $1 billion projection remained intact. |

9