# EXHIBIT B

**Results of Operations**

The following table sets forth our consolidated statements of operations data for the periods indicated:

| | Year Ended January 31, | | | | | |
|---|---|---|---|---|---|---|
| (in thousands) | | 2023 | | 2022 | | 2021 |
| Revenue: | | | | | | |
| Subscription | $ | 548,649 | $ | 427,713 | $ | 339,586 |
| Professional services | | 69,541 | | 64,681 | | 47,344 |
| Total revenue | | 618,190 | | 492,394 | | 386,930 |
| Costs of revenue: | | | | | | |
| Costs of subscription [1] | | 102,276 | | 89,896 | | 77,033 |
| Costs of professional services [1] | | 61,449 | | 57,655 | | 45,049 |
| Total costs of revenue | | 163,725 | | 147,551 | | 122,082 |
| Gross profit | | 454,465 | | 344,843 | | 264,848 |
| Operating expense: | | | | | | |
| Research and development [1] | | 76,658 | | 60,591 | | 40,280 |
| Sales and marketing [1][2] | | 336,719 | | 286,963 | | 185,797 |
| General and administrative [1] | | 92,312 | | 84,759 | | 64,348 |
| Litigation settlement | | — | | 12,000 | | — |
| Total operating expense | | 505,689 | | 444,313 | | 290,425 |
| Operating loss | | (51,224) | | (99,470) | | (25,577) |
| Other income (expense), net | | 3,756 | | (5,084) | | (8,616) |
| Loss before provision for income taxes | | (47,468) | | (104,554) | | (34,193) |
| Provision for income taxes | | 8,274 | | 6,916 | | 3,777 |
| Net loss | | (55,742) | | (111,470) | | (37,970) |
| Deemed dividend in relation to tender offer | | — | | — | | (600) |
| Net loss attributable to Sprinklr common stockholders | $ | (55,742) | $ | (111,470) | $ | (38,570) |

[1] Includes stock-based compensation, net of amounts capitalized, as follows:

| | Year Ended January 31, | | | | | |
|---|---|---|---|---|---|---|
| (in thousands) | | 2023 | | 2022 | | 2021 |
| Cost of subscription | $ | 1,528 | $ | 1,794 | $ | 2,012 |
| Cost of professional services | | 2,249 | | 2,448 | | 1,658 |
| Research and development | | 10,678 | | 6,417 | | 4,804 |
| Sales and marketing | | 26,651 | | 19,929 | | 14,976 |
| General and administrative | | 14,411 | | 19,543 | | 21,619 |
| Stock-based compensation, net of amounts capitalized | $ | 55,517 | $ | 50,131 | $ | 45,069 |

[2] Includes amortization of acquired intangible assets as follows:

| | Year Ended January 31, | | | | | |
|---|---|---|---|---|---|---|
| (in thousands) | | 2023 | | 2022 | | 2021 |
| Sales and marketing | $ | 475 | $ | 412 | $ | 626 |
| Amortization of acquired intangible assets | $ | 475 | $ | 412 | $ | 626 |

The following table sets forth our consolidated statements of operations data expressed as a percentage of total revenue:

| | Year Ended January 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Revenue: | | | |
| Subscription | 89 % | 87 % | 88 % |
| Professional services | 11 % | 13 % | 12 % |
| Total revenue | 100 % | 100 % | 100 % |
| Costs of revenue: | | | |
| Costs of subscription | 17 % | 18 % | 20 % |
| Costs of professional services | 10 % | 12 % | 12 % |
| Total costs of revenue | 26 % | 30 % | 32 % |
| Operating expense: | | | |
| Research and development | 12 % | 12 % | 10 % |
| Sales and marketing | 54 % | 58 % | 48 % |
| General and administrative | 15 % | 17 % | 17 % |
| Litigation settlement | 0 % | 2 % | 0 % |
| Total operating expense | 82 % | 88 % | 75 % |
| Operating loss | (8)% | (20)% | (7)% |
| Other income (expense), net | 1 % | (1)% | (2)% |
| Loss before provision for income taxes | (8)% | (21)% | (9)% |
| Provision for income taxes | 1 % | 1 % | 1 % |
| Net loss | (9)% | (23)% | (10)% |
| Deemed dividend in relation to tender offer | 0 % | 0 % | 0 % |
| Net loss attributable to Sprinklr common stockholders | (9)% | (23)% | (10)% |

## Comparison of Fiscal Years Ended January 31, 2023 and 2022

### Revenue

| | Year Ended January 31, | | | |
| (in thousands) | 2023 | 2022 | $ Change | % Change |
|---|---|---|---|---|
| Subscription | $ 548,649 | $ 427,713 | $ 120,936 | 28 % |
| Professional services | 69,541 | 64,681 | 4,860 | 8 % |
| Total revenue | $ 618,190 | $ 492,394 | $ 125,796 | 26 % |

Total revenue increased $125.8 million, or 26%, in fiscal year 2023, compared to fiscal year 2022, and was comprised of an increase in subscription revenue of $120.9 million, or 28%, and an increase in professional services of $4.9 million, or 8%.

The increase in subscription revenue for the fiscal year 2023, compared to the fiscal year 2022, was due primarily to (i) increased demand for our solutions from new customers and (ii) an increase in revenue from existing customers driven by the purchase of additional quantities of current subscription solutions and additional add-on solutions within our platform.

The increase in professional services revenues for the fiscal year 2023, compared to the fiscal year 2022, was primarily due to an increase in implementation and managed services performed during the fiscal year 2023, compared to the fiscal year 2022.

61

### *Costs of Revenue and Gross Margin*

| (in thousands) | Year Ended January 31, | | | | $ Change | % Change |
|---|---|---|---|---|---|---|
| | **2023** | | **2022** | | | |
| Costs of subscription revenue | $ | 102,276 | $ | 89,896 | $ 12,380 | 14 % |
| Costs of professional services revenue | | 61,449 | | 57,655 | 3,794 | 7 % |
| Total costs of revenue | $ | 163,725 | $ | 147,551 | $ 16,174 | 11 % |
| *Gross margin - subscription* | | *81 %* | | *79 %* | | |
| *Gross margin - professional services* | | *12 %* | | *11 %* | | |

Total costs of revenue increased $16.2 million, or 11%, in fiscal year 2023, compared to fiscal year 2022, and was comprised of an increase in costs of subscription revenue of $12.4 million, or 14%, and an increase in costs of professional services of $3.8 million, or 7%.

Costs of subscription revenue was $102.3 million for the fiscal year 2023, compared to $89.9 million for the fiscal year 2022. The increase in cost of subscription revenue was due primarily to higher costs related to third-party cloud infrastructure necessary to meet our increased customer demand, which included a combined $10.6 million increase in costs to host our software platform and our data costs. Also contributing to this increase in costs of subscription revenue was an increase of $2.5 million in amortization of capitalized research and development costs.

Costs of professional services revenue was $61.4 million for the fiscal year 2023, compared to $57.7 million for the fiscal year 2022. The increase in cost of professional services revenue was due primarily to increases in personnel costs of $1.7 million due to increased headcount of professional services employees and a $1.1 million increase in subcontractor costs.

Gross margin for subscription increased by 2 percentage points, primarily driven by the year-over-year growth in subscription revenue. Gross margin for professional services remained flat year-over-year as professional services revenue moved in-line with cost of services.

### *Research and Development Expense*

| (in thousands) | Year Ended January 31, | | | | $ Change | % Change |
|---|---|---|---|---|---|---|
| | **2023** | | **2022** | | | |
| Research and development | $ | 76,658 | $ | 60,591 | $ 16,067 | 27 % |
| *% of revenue* | | *12 %* | | *12 %* | | |

Research and development expense increased $16.1 million, or 27%, in fiscal year 2023, compared to fiscal year 2022. The increase was primarily due to a $18.6 million increase in research and development personnel costs driven by increased headcount of research and development employees as we continue to add to and enhance our product, which included a $6.1 million increase in stock-based compensation. The increase to research and development personnel costs was partially offset by a $4.1 million increase in research and development costs that were capitalized.

### *Sales and Marketing Expense*

| (in thousands) | Year Ended January 31, | | | | $ Change | % Change |
|---|---|---|---|---|---|---|
| | **2023** | | **2022** | | | |
| Sales and marketing | $ | 336,719 | $ | 286,963 | $ 49,756 | 17 % |
| *% of revenue* | | *54 %* | | *58 %* | | |

Sales and marketing expense increased $49.8 million, or 17%, in fiscal year 2023, compared to fiscal year 2022. The increase was primarily due to a $38.1 million increase in personnel costs driven by increased headcount of sales and marketing employees to support growth, which included a $7.2 million increase in benefits, a $6.7 million increase in stock-based compensation and a $4.5 million increase in commissions and bonuses associated with an increase in customer contracts and revenue growth. Also contributing to the increase in sales and marketing expense was a combined increase of $8.6 million associated with increases in rent and facilities costs due to new leases entered into in fiscal 2023 and travel-related costs due to return to office and in-person meetings.

*General and Administrative Expense*

| (in thousands) | Year Ended January 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| General and administrative | $ 92,312 | $ 84,759 | $ 7,553 | 9 % |
| % of revenue | 15 % | 17 % | | |

General and administrative expenses increased $7.6 million, or 9%, in fiscal year 2023, compared to fiscal year 2022. The increase was primarily due to a $8.2 million increase in general and administrative employee personnel costs, including benefits, as well as a combined increase of $4.0 million in insurance and software-related costs. These increases were partially offset by a $5.1 million decrease in stock-based compensation related to a one-time acceleration of stock-based compensation in fiscal year 2022. There was not a corresponding acceleration of stock-based compensation recognized in fiscal year 2023.

*Litigation Settlement*

| (in thousands) | Year Ended January 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| Litigation settlement | $ — | $ 12,000 | $ (12,000) | N/M |
| % of revenue | — % | 2 % | | |

In 2022 we agreed to settle all outstanding claims for a total amount of $12.0 million with Opal Labs Inc. ("Opal") with respect to Opal's complaints alleging breach of contract and violation of Oregon's Uniform Trade Secrets Act. The settlement was recorded as a one-time operating expense charge in the fiscal year 2022. There were no litigation settlements accrued for during fiscal year 2023.

*Other Income (Expense), Net*

| (in thousands) | Year Ended January 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| Other income (expense), net | $ 3,756 | $ (5,084) | $ 8,840 | (174)% |
| % of revenue | 1 % | (1)% | | |

Other income of $3.8 million in fiscal year 2023 was primarily attributable to $8.2 million of interest income, net earned on money market and short-term investment accounts, partially offset by $4.7 million in net foreign currency transaction losses. Other expense in fiscal year 2022 was primarily attributable to $3.2 million of paid in kind interest expense related to the historical senior subordinated convertible notes and $1.6 million in foreign currency transaction losses.

*Provision for Income Taxes*

| (in thousands) | Year Ended January 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2023 | 2022 | | |
| Provision for income taxes | $ 8,274 | $ 6,916 | $ 1,358 | 20 % |

Provision for income taxes increased $1.4 million, or 20%, in fiscal year 2023, compared to fiscal year 2022. The increase was related to higher foreign income tax liability on our non-U.S. subsidiaries.