

**Christopher Tourek**
Of Counsel

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Plaintiffs' claims are dismissed with prejudice, and each side shall bear its own costs.  So Ordered.

The Clerk of Court is respectfully directed to close this case.

April 21, 2026

Via ECF

Dated:  April 24, 2026
New York, New York

The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:    *In re Sprinklr, Inc. Securities Litigation*, Case No. 1:24-cv-06132-LGS
(S.D.N.Y.)

Dear Judge Schofield,

I represent the court-appointed Lead Plaintiff, Anthony Marcheschi, and Additional Plaintiff, Naveed Nawaz (collectively, "Plaintiffs"), in the above-referenced action. Plaintiffs respectfully submit this letter in response to the Court's March 31, 2026 Opinion & Order (the "Order"). *See* ECF No. 62. The Court's Order granted Defendants Sprinklr, Inc., Ragy Thomas, and Manish Sarin (collectively, "Defendants")'s motion to dismiss, and allowed Plaintiffs leave to file a letter seeking leave to replead and explain how any proposed amendments would cure the deficiencies identified by the Court. *Id*. at 34.

Plaintiffs have determined that they will not seek leave to replead. Plaintiffs consent to dismissal with prejudice, with each side to bear its own costs. Plaintiffs have conferred with Defendants, who consent to this relief as well.

Respectfully Submitted,

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 229-8811
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Counsel for Plaintiffs and*
*Lead Counsel for the Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Attorney for Plaintiffs*

cc:     Counsel of record (via ECF)