**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE SPRINKLR, INC. SECURITIES
LITIGATION

24 **CIVIL** 6132 (LGS)

## JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memo Endorsed Order dated May 28, 2026, judgment is entered in favor of

Defendants pursuant to FRCP 58.

**Dated:**  New York, New York
          May 29, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**            K. mango

_____

**Deputy Clerk**